EXHIBIT A-001

# COMMERCIAL LINES POLICY



**STAR**
**INSURANCE COMPANY**
MEMBER OF AMERITRUST GROUP

**26255 American Drive**
**Southfield, MI  48034**
**(800) 482-2726 or (248) 358-1100**

JCL 0001 0818

EXHIBIT A-002

# Safetysurance®
A SERVICE OF AMERITRUST GROUP

www.safetysurance.com

## Now available online!



**Safetysurance is a revolutionary *Risk Management Platform* containing a searchable library of resources, including:**

- Safety Brochures
- Safety Talks and Meeting Topics
- Safety Resources and Solution Providers
- Live Streaming Safety Training Videos
- Safety Posters and Checklists
- Industry News and Regulatory Updates
- Safety Plans and Programs

*(Options available in Spanish)*

**As a valued Policyholder, Agent Partner, or Employee, Safetysurance is available to you – FREE of charge.**

1. It's easy – just go to **www.safetysurance.com**
2. Register by using your:
   - Policy # – If you are a policyholder
   - Agent ID # (Which is your Federal ID #) – If you are an agent
   - Employee email address – If you are an AmeriTrust employee
3. Then, login using your newly created Login Name and Password

## Features

### Trending News

- Keep up with industry trends, changes, and activity. News feeds are aggregated and updated weekly from a variety of industry resources.

### Safety Highlights

- Focus on current safety issues within your industry. Topics include current industry loss trends, seasonal concerns, and other related items.

### Best Practices

- Helps to identify key industry loss characteristics and quickly provides safety resources to apply best practices.

### Reference Links

- Easily access Federal, State, and other regulatory links in the aggregated resource links library.

### Loss Control REC Resources

- Easily access resources to comply with Loss Control Recommendations.

Edition: 8/18

If you have questions, or need assistance creating your account, please contact us directly at: **safetysurance@ameritrustgroup.com** or call **(855) 686-1691**

EXHIBIT A-003



**CLAIMS REPORTING**



## We offer *THREE* convenient ways to report a claim

*This policy serviced by Meadowbrook, Inc., a Member of AmeriTrust Group, Inc.*

### 1) Report Claim by Phone

Report claim by phone to our Service Center at (800) 825-9489

### 2) Report by Email

Send claim information to: newclaim@ameritrustgroup.com

### 3) Report Claim by Fax

Fax claim report to (855) 603-8409

Edition: 12/18

www.ameritrustgroup.com

EXHIBIT A-004

## Privacy Statement

In applying for insurance products and services with AmeriTrust Group, Inc. subsidiaries, you may have provided us with non-public personal information. Additionally, we may seek additional information, such as your creditworthiness or credit history, from third party reporting agencies. This information allows us to provide you with the best products and customer service. Keeping your personal information private and secure, whether learned directly from you or a third-party reporting agency, is our priority.

The categories of non-public personal and financial information that we collect may include your name, address, social security or employer identification number, assets, income, date of birth, motor vehicle driving information and other information that is appropriate or necessary to provide you with the insurance products and services that you request.

We do not disclose any non-public personal or financial information about you, unless permitted or required by law or with your consent.

We may have shared this information with affiliated parties as permitted by law. We refer to and use that information to issue and service your insurance policies, provide insurance services or administer claims. We restrict access to your non-public personal and financial information to those employees who need the information to provide you with products or services.

We maintain physical, electronic and procedural safeguards to protect your non-public personal and financial information. These safeguards comply with federal and state regulations.

If you contact us at our website, https://www.ameritrustgroup.com, we do not use "cookies", which many organizations use to track visitors' actions on their websites. Cookies are a general mechanism that can store and retrieve information on your computer.

We value the relationship that we have established with current and former customers. Should you have any comments or questions regarding our Privacy Policy, please contact us at 800-482-2726.

This Privacy Policy applies to the following companies: (1) AmeriTrust Group, Inc.'s insurance company subsidiaries (Star Insurance Company, Ameritrust Insurance Corporation, Williamsburg National Insurance Company, ProCentury Insurance Company, and Century Surety Company); (2) Crest Financial Corporation's subsidiaries; and (3) Meadowbrook, Inc.'s subsidiaries.

EXHIBIT A-005

# INDIANA POLICYHOLDER NOTICE
## INSURANCE DEPARTMENT CONTACT

Questions regarding your policy or coverage should be directed to:



**STAR**
I N S U R A N C E
C O M P A N Y
*A member of Meadowbrook® Insurance Group*

26255 American Drive
Southfield, MI 48034-6112
(800) 482-2726

If you (a) need the assistance of the governmental agency that regulates insurance, or (b) have a complaint you have been unable to resolve with your insurer, you may contact the Department of Insurance by mail, telephone or email:

**STATE OF INDIANA DEPARTMENT OF INSURANCE**
Consumer Services Division
311 West Washington Street, Suite 300
Indianapolis, IN 46204

Consumer Hotline:   **(800) 622-4461  -  (317) 232-2395**

Complaints can be filed electronically at:  **www.in.gov/idoi**

**5434 NO 1211**                                                                                                    **Page 1 of 1**

EXHIBIT A-006

COMMERCIAL AUTO
CA P 007 10 13

# 2013 COMMERCIAL AUTO MULTISTATE FORMS REVISION ADVISORY NOTICE TO AUTO DEALERS COVERAGE FORM POLICYHOLDERS

This is a summary of the major changes to your policy. No coverage is provided by this summary nor can it be construed to replace any provisions of your policy or endorsements. You should read your policy and review your Declarations page for complete information on the coverages you are provided. If there is any conflict between the Policy and this summary, **THE PROVISIONS OF THE POLICY SHALL PREVAIL.**

This notice has been prepared in conjunction with the replacement of your Garage Coverage Form (GCF) with a new Auto Dealers Coverage Form (ADCF). It contains a brief overview of the new organizational structure of the ADCF and a synopsis of the broadenings, restrictions and reinforcements of coverage that may result under the ADCF as compared to the GCF, including a number of related endorsements. Other changes, not directly related to the introduction of the ADCF, are also highlighted. This notice does not reference every change, including editorial changes, made in your policy.

---

## AUTO DEALERS COVERAGE FORM

### OVERVIEW

The new ADCF, which is designated to provide a variety of insurance coverages tailored exclusively for your auto dealer operations, is organized into five sections as follows:

A. **Section I – Covered Autos Coverages**

   1. Covered Autos Liability Coverage

   2. Garagekeepers Coverage

   3. Physical Damage Coverage;

B. **Section II – General Liability Coverages**

   1. Bodily Injury And Property Damage Liability

   2. Personal And Advertising Injury Liability

   3. Locations And Operations Medical Payments;

C. **Section III – Acts, Errors Or Omissions Liability Coverages;**

D. **Section IV – Conditions;** and

E. **Section V – Definitions.**

---

EXHIBIT A-007

---

## AUTO DEALERS COVERAGE FORM VS. GARAGE COVERAGE FORM

---

### BROADENINGS OF COVERAGE

With respect to the coverage provided under the Garage Coverage Form (**CA 00 05**), the Auto Dealers Coverage Form (**CA 00 25**) offers the following broadenings of coverage (the location within the ADCF of the provisions listed below is indicated next to each item):

**Preamble**

Spouses of individual named insureds are included as named insureds under the ADCF (second introductory paragraph before Section **I**). This coverage was formerly provided in optional GCF Endorsement **CA 99 18** – Individual Named Insured – Dealers Only.

**Garagekeepers Coverage**

Spouses of partners, managers of limited liability companies and executive officers are included as insureds (Section **I** – Paragraphs **E.2.b., c.** and **d.**).

**General Liability Coverages**

A. Spouses of partners, managers of limited liability companies and executive officers are included as insureds (Section **II** – Paragraphs **D.2., 3.** and **4.**).

B. The following coverages, which were formerly available via optional GCF Endorsement **CA 25 14** – Broadened Coverage – Garages, are now contained within your policy, either by specific coverage grant or via exceptions to certain exclusions, as follows:

   1. Personal And Advertising Injury Liability (Section **II** – Paragraph **B.**);

   2. Damages To Rented Premises Liability (exception to Exclusion **2.e.** of Section **II** – Paragraph **A.**; and exception to Exclusions **c.** through **o.** in the final paragraph of Section **II** – Paragraph **A.**);

   3. Host Liquor Liability (exception to Exclusion **2.o.** of Section **II** – Paragraph **A.**);

   4. 90-day Automatic Liability Coverage For Newly Acquired Auto Dealerships (Section **II** – Paragraph **D.6.**);

   5. Limited Worldwide Liability (Section **IV** – Paragraphs **B.7.(5)(b), (c)** and **(d)**);

   6. Non-owned Watercraft Coverage (exception to Exclusion **2.g.** of Section **II** – Paragraph **A.**); and

   7. Incidental Medical Malpractice (Section **II** – Paragraph **D.5.a.(4)**).

C. Coverage is provided for liability assumed under an "insured contract" for the ownership, maintenance or use of aircraft or watercraft (exception to Exclusion **2.g.** of Section **II** – Paragraph **A.**).

D. The coverage that was formerly available via optional GCF Endorsement **CA 25 05** – Garage Locations And Operations Medical Payments Coverage is now automatically included in your policy (Section **II** – Paragraph **C.**).

E. In addition to the General Liability Aggregate Limit (formerly called the Aggregate Limit Of Insurance – Garage Operations – Other Than Covered Autos in the GCF), a separate Products And Work You Performed Aggregate Liability Limit is included in the ADCF is designed to apply to losses arising out of your products or work you performed which occur away from locations owned, maintained or used for your auto dealer operations (Section **II** – Paragraph **F.b.**).

**Acts, Errors Or Omissions Liability Coverages**

A new coverage section for Acts, Errors Or Omissions Liability is included in Section **III**. In general, this coverage section provides insurance protection for acts, errors or omissions committed by an insured in the course of your auto dealer operations and arising:

A. Out of an insured's failure to comply with laws or regulations concerning the disclosure of credit or lease terms;

B. Out of an insured's failure to comply with laws or regulations concerning the disclosure of accurate odometer mileage;

C. Out of a defective auto title; and

D. In an insured's capacity as an insurance agent or broker.

**Definitions**

The "products" definition includes the products of an auto dealership that you acquire (Section **V** – Paragraph **T.**).

## REDUCTIONS OF COVERAGE

With respect to the coverage provided under the Garage Coverage Form, the following reductions of coverage may result from the Auto Dealers Coverage Form (the location within the ADCF of the provisions listed below is indicated next to each item):

**Covered Autos Liability Coverage**

The former Loss Of Use Exclusion in the GCF has been retitled "Damage To Impaired Property Or Property Not Physically Damaged" in the ADCF. This ADCF exclusion incorporates an "impaired property" concept and addresses property damage to property that has not sustained direct physical damage (Section **I** – Paragraph **D.4.n.**).

**General Liability Coverages**

A. The former Care, Custody Or Control Exclusion in the GCF has been retitled "Damage To Property" in the ADCF. The portion of the exclusion pertaining to property damage to property you own, rent or occupy has been updated in the ADCF to also exclude coverage for any costs or expenses incurred for the repair, replacement, enhancement, restoration or maintenance of such property for any reason, including the prevention of injury to a person or damage to another's property (Section **II** – Paragraph **A.2.e.(1)**).

B. The former Loss Of Use Exclusion in the GCF has been retitled "Damage To Impaired Property Or Property Not Physically Damaged" in the ADCF. This ADCF exclusion incorporates an "impaired property" concept and addresses property damage to property that has not sustained direct physical damage (Section **II** – Paragraph **A.2.j.**).

C. The former Distribution Of Material In Violation Of Statutes Exclusion in the GCF has been retitled "Recording And Distribution Of Material Or Information In Violation Of Law" in the ADCF and has been revised to include, in part, actual or alleged violations of the Fair Credit Reporting Act and any other federal, state or local statutes, ordinances or regulations that address, prohibit or limit the printing, dissemination, disposal, collecting or recording of material or information (Section **II** – Paragraphs **A.2.m.** and **B.2.o.**).

D. With respect to Locations And Operations Medical Payments, if you formerly had optional GCF Endorsement **CA 25 05** – Garage Locations And Operations Medical Payments Coverage attached to your policy, the following reductions of coverage may result due to the addition of the following exclusions:

1. **Hired Person** – Generally excludes a person hired to do work for or on behalf of any insured or a tenant of any insured (Section **II** – Paragraph **C.2.c.**).

2. **Injury On Normally Occupied Premises** – Generally excludes a person injured on that part of the premises you own or rent that the person normally occupies (Section **II** – Paragraph **C.2.d.**).

3. **Athletic Activities** – Generally excludes a person injured while practicing, instructing or participating in any physical exercises or games, sports or athletic contests (Section **II** – Paragraph **C.2.e.**).

4. **Injury Away From Dealer Locations** – Generally excludes injuries sustained by a person away from locations owned, maintained or used for your auto dealer operations (Section **II** – Paragraph **C.2.f.**).

5. **Bodily Injury And Property Damage Liability** – Generally incorporates the exclusions under Paragraph A. Bodily Injury And Property Damage Liability (Section **II** – Paragraph **C.2.g.**).

E. Employees are not insureds for:

1. Bodily injury or personal and advertising injury to you, or your partners or members (Section **II** – Paragraph **D.5.a.(1)**); and

2. Property damage to property:

   a. Owned, occupied or used by; or

   b. Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

   you, or your employees, partners or members (Section **II** – Paragraph **D.5.b.**).

EXHIBIT A-009

F.  The deductible for property damage to an auto as a result of work you performed is increased from $100 to $500 (Section **II** – Paragraph **F.7.**).

# REINFORCEMENTS OF COVERAGE

**Covered Autos Liability Coverages**

A.  The title of the insuring agreement for "Garage Operations" – Covered "Autos" in the GCF is replaced with "Covered Autos Liability Coverage" in the ADCF to distinguish such coverage from the other types of liability coverages included in your policy.

B.  References to the defined term "garage operations" have been removed from this section.

C.  The following GCF Liability Coverage exclusions, which were formerly contained under Liability Coverage in the GCF, are now contained under Paragraph **A.** Bodily Injury And Property Damage Liability of Section **II** – General Liability Coverages:

1.  Expected Or Intended Injury – The exception to the exclusion pertaining to reasonable force to protect persons or property;

2.  Employee Indemnification And Employer's Liability – The portion of the exclusion pertaining to employment-related practices;

3.  Pollution Exclusion Applicable To "Garage Operations" – Other Than Covered "Autos";

4.  Watercraft Or Aircraft; and

5.  Distribution Of Material In Violation Of Statutes Exclusion Applicable To "Garage Operations" – Other Than Covered "Autos".

D.  Exclusions concerning Handling Of Property and Movement Of Property By Mechanical Device have been included to reinforce that damages arising out of the exposure of handling property before loading begins and after unloading ends are not covered under this section. Rather, coverage for such loading and unloading exposure is generally addressed under Section **II** – General Liability Coverages.

E.  An "Acts, Errors Or Omissions" Exclusion is added to reinforce that damages arising out an insured's "acts, errors or omissions" are not included under this section. Rather, coverage with respect to an insured's "acts, errors or omissions" is addressed under Section **III** – Acts, Errors Or Omissions Coverages.

F.  Language is added to reinforce that the Limit Of Insurance for Covered Autos Liability Coverage does not include damages payable under Section **II** – General Liability Coverages or Section **III** – Acts, Errors Or Omissions Coverages.

**Physical Damage Coverage**

Paragraph **F.4.a.** of the Limits Of Insurance provision under Physical Damage Coverage is reinforced to reflect that "loss" rather than "accident" triggers coverage under this section.

**General Liability Coverages**

A.  **Bodily Injury And Property Damage Liability**

1.  References to "garage operations" have been replaced with "auto dealer operations".

2.  References to "'garage operations' – other than covered 'autos'" have either been deleted or replaced with "General Liability Coverages", as appropriate.

3.  The insuring agreement includes references to Personal And Advertising Injury Liability and Locations And Operations Medical Payments Coverages, as a result of the incorporation of these coverages directly into the base ADCF.

4.  Auto-related provisions have been moved to the Covered Autos Liability section, such as the "Out-of-state Coverage Extensions" and exclusions pertaining to Leased Autos, Racing, and Pollution applicable to covered autos.

5.  The GCF exception for bodily injury to domestic employees contained in the Employee Indemnification And Employer's Liability Exclusion is relocated to the Covered Autos Liability section, as this exception relates to the auto exposure only.

6. The GCF exclusion for Watercraft Or Aircraft has been retitled "Aircraft, Auto Or Watercraft" in the ADCF. The ADCF exclusion newly precludes coverage for liability arising out of the ownership, maintenance, use or entrustment to others of autos, since coverage for the auto exposure is addressed under Section **I** – Covered Autos Coverages. Additionally, the ADCF exclusion under the General Liability section reinforces that the exclusion is designed to apply even if claims against an insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured with respect to liability arising out of the ownership, maintenance, use or entrustment to others of any aircraft, auto or watercraft that is owned or operated by or rented or loaned to any insured.

7. An exclusion addressing Personal And Advertising Injury Liability is added for consistency with the similar exclusion contained in former optional GCF Endorsement **CA 25 14** – Broadened Coverages – Garages.

**B. Personal And Advertising Injury Liability Coverage**

As compared to the coverage formerly provided in optional GCF Endorsement **CA 25 14** – Broadened Coverage – Garages:

1. The insuring agreement includes references to Personal And Advertising Injury Liability and Locations And Operations Medical Payments Coverages, as a result of the incorporation of these coverages directly into the base ADCF.

2. Exclusion titles are added.

3. An Acts, Errors Or Omissions Exclusion is added to reinforce that damages arising out an insured's acts, errors or omissions are not included under Personal And Advertising Injury Liability Coverage. Coverage with respect to an insured's acts, errors or omissions is addressed under Section **III** – Acts, Errors Or Omissions Liability Coverage.

**C. Locations And Operations Medical Payments**

As compared to the coverage formerly provided in optional GCF Endorsement **CA 25 05** – Garage Locations And Operations Medical Payments Coverage, the insuring agreement has been updated to reinforce that coverage applies regardless of fault and to specify the type of reasonable expenses that are covered.

**D. Limits Of Insurance – General Liability Coverages**

1. Language is added to differentiate between losses arising out of the named insured's products or performed work which occur on premises and product or performed work-related losses which occur off premises for the purposes of determining whether the General Liability Aggregate or the Products/Work You Performed Aggregate Limit applies in a given loss situation.

2. Language is added to reinforce that damages payable under any applicable limits of insurance for General Liability Coverages are not payable under Section **I** – Covered Autos Coverages or Section **III** – Acts, Errors Or Omissions Liability Coverages.

**Definitions**

The definition of "garage operations" is changed to "auto dealer operations". Additionally, the GCF reference to "the ownership, maintenance or use of the 'autos' indicated in Section **I**" is removed since the insuring agreements and exclusions for the Covered Autos Liability and Commercial General Liability Coverages are now located in separate coverage sections.

EXHIBIT A-011

## MULTISTATE ENDORSEMENTS

## BROADENINGS OF COVERAGE

**EXISTING OPTIONAL ENDORSEMENTS**

**CA 20 47 – Additional Insured – Lessor Of Leased Equipment (Newly titled Additional Insured – General Liability Coverages – Lessor Of Leased Equipment)**

This endorsement has been revised, in part, to reflect the inclusion of Personal And Advertising Injury Liability Coverage.

**CA 20 54 – Employee Hired Autos**

This endorsement is revised to reinforce that any employee of yours is an insured while operating a rental or hired vehicle taken out in another employee's name for the purposes of performing duties related to the conduct of your business and with your permission.

**CA 25 09 – Owners Of Garage Premises (Newly titled Additional Insured – General Liability Coverages – Owners Of Leased Or Rented Land Or Premises)**

This form is generally revised to extend additional insured status, not only to owners of premises, but to owners of land with respect to their liability arising out of the ownership, maintenance or use of that portion of the described land which is leased or rented to you.

**CA 99 16 – Hired Autos Specified As Covered Auto You Own**

This endorsement has been revised to remove the wording which limits coverage with respect to the lessor solely to liability arising out of the acts or omissions of the lessee or anyone else acting on the lessee's behalf.

**NEW OPTIONAL ENDORSEMENTS**

The following optional endorsements are being introduced to provide greater coverage flexibility for your auto dealer operations and to correspond with the additional coverages included in the ADCF:

**CA 25 15 – Full Covered Autos Liability Limit For Customers**

In general, this endorsement is designed to provide liability coverage for your customers for amounts up to the full limit of liability provided under your policy.

**CA 25 29 – Additional Insured – General Liability Coverages – Concessionaires Trading Under Your Name**

This endorsement generally grants additional insured status to named concessionaire(s), but only with respect to their liability as a concessionaire trading under your name.

**CA 25 30 – Additional Insured – General Liability Coverages – Controlling Interest**

This endorsement, in general, grants additional insured status to a named person or organization, but only with respect to their liability arising out of their financial control of you, or arising out of premises they own, maintain or control while you lease or occupy these premises.

**CA 25 31 – Additional Insured – General Liability Coverages – Grantor Of Licenses – Automatic Status When Required By Licensor**

**CA 25 32 – Additional Insured – General Liability Coverages – Grantor Of Licenses**

Generally, these endorsements provide additional insured status to grantors of licenses, either on an automatic basis when required by a written contract or agreement (**CA 25 31**), or by naming such grantor in the Schedule of the endorsement (**CA 25 32**).

**CA 25 45 – Additional Insured – General Liability Coverages – Lessor Of Leased Equipment – Automatic Status When Required In Lease Agreement With You**

This endorsement, in general, grants additional insured status to a lessor of leased equipment on an automatic basis when required by a written contract or agreement.

**CA 25 46 – Additional Insured – General Liability Coverages – Co-owner Of Insured Premises**

This endorsement generally grants additional insured status to a named person or organization, but only with respect to their liability as co-owner of the premises designated in the endorsement.

**CA 25 48 – Employee Benefits Liability Coverage**

This endorsement generally addresses coverage for an insured's acts, errors or omissions arising out of the administration of an employee benefits program on a claims-made basis.

**CA 25 49 – Limited Product Withdrawal Expense Endorsement**

This endorsement in general provides reimbursement for certain expenses incurred because of a product withdrawal with respect to a recall or tampering.

**CA 25 58 – Amendment Of Limits Of Insurance – General Liability Coverages**

This endorsement, in general, may be used after policy inception to replace the limits for the various General Liability coverages shown in the Declarations with the limits shown in the endorsement.

**CA 25 59 – Designated Location(s) General Liability Aggregate Limit For Certain General Liability Coverages**

This endorsement generally changes the General Liability Aggregate Limit from a per policy basis to a per designated location basis.

**CA 25 60 – Worldwide General Liability Coverages**

**CA 25 61 – Expanded Coverage Territory For General Liability Coverages – Additional Scheduled Countries**

Generally, these endorsements expand the scope of the worldwide coverage addressed in the ADCF with respect to General Liability Coverages, to include reimbursement of defense costs for suits brought outside the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada, if certain conditions are met.

**CA 25 66 – Customer Complaint Legal Defense Coverage**

This endorsement provides coverage for defense costs coverage only, without indemnity protection, for claims or suits for damages brought by your customers and arising out of the sale, service or repair of an auto in your auto dealer operations.

**CA 25 67 – Extended Reporting Period Endorsement For Employee Benefits Liability Coverage**

This endorsement generally provides an optional five-year extended reporting period for the reporting of claims under Employee Benefits Liability Coverage Endorsement **CA 25 48.**

## REDUCTIONS OF COVERAGE

**EXISTING OPTIONAL ENDORSEMENTS**

**CA 25 01 – Broad Form Products**

This endorsement is revised to generally increase the deductible amount for property damage to your products from $250 to $500.

**NEW OPTIONAL ENDORSEMENTS**

**CA 25 28 – Abuse Or Molestation Exclusion For General Liability Coverages**

This endorsement, in general, excludes coverage with respect to liability arising out of the actual or threatened abuse or molestation of anyone while in the care, custody or control of any insured.

**CA 25 47 – Limited Contractual Liability Coverage For Personal And Advertising Injury**

In general, this endorsement provides limited contractual liability coverage with respect to personal and advertising injury arising out of false arrest, detention or imprisonment, but only with respect to the contract or agreement designated in the endorsement Schedule.

EXHIBIT A-013

**CA 25 50 – Exclusion – Damage To Rented Premises**

Generally, this endorsement excludes coverage for damage to rented premises, which was formerly provided in optional Endorsement **CA 25 14** – Broadened Coverage – Garages or **CA 25 10** – Damage To Rented Premises Liability Coverage – Garages.

**CA 25 51 – Exclusion – Designated Products**

This endorsement in general excludes coverage with respect to bodily injury and property damage that are both sustained away from your auto dealer locations and arising out of the designated product(s) shown in the endorsement Schedule.

**CA 25 52 – Exclusion – Locations And Operations Medical Payments**

In general, this endorsement excludes coverage for Locations And Operations Medical Payments, which was formerly provided in Endorsement **CA 25 05** – Garage Locations And Operations Medical Payments Coverage.

**CA 25 53 – Exclusion – Newly Acquired Or Formed Auto Dealership**

This endorsement generally excludes coverage provided for newly acquired or formed auto dealerships, which was formerly provided in optional Endorsement **CA 25 14** – Broadened Coverages – Garages.

**CA 25 54 – Exclusion – Personal And Advertising Injury Liability Coverage**

In general, this endorsement excludes coverage for Personal And Advertising Injury Liability, which was formerly provided in optional Endorsement **CA 25 14** – Broadened Coverage – Garages.

**CA 25 55 – Exclusion – Products And Work You Performed**

This endorsement generally excludes coverage with respect to bodily injury and property damage that are both sustained away from your auto dealer locations and arising out of your products or work you performed.

**CA 25 56 – Exclusion – Designated Work You Performed**

In general, this endorsement excludes coverage with respect to bodily injury and property damage that are both sustained away from your auto dealer locations and arising out of the designated work you performed which is shown in the endorsement Schedule.

**CA 25 57 – Communicable Disease Exclusion For General Liability Coverages**

This endorsement generally excludes coverage with respect to liability arising out of the actual or alleged transmission of a communicable disease.

**CA 25 58 – Amendment Of Limits Of Insurance - General Liability Coverages**

This endorsement, in general, may be used after policy inception to replace the limits for the various General Liability coverages shown in the declarations with the limits shown in the endorsement.

**CA 25 62 – Changes To Bankruptcy Or Insolvency Exclusion For Acts, Errors Or Omissions Liability Coverages**

In general, this endorsement amends the exception to the Bankruptcy Or Insolvency Exclusion under Section **III** – Acts, Errors Or Omissions Liability Coverages to replace the "A.M. Best Company B+" credit rating with another rating score and/or credit rating bureau reflected in the Schedule.

**CA 25 63 – Exclusion – Acts, Errors Or Omissions Liability Coverages**

In general, this endorsement excludes all Section **III** – Acts, Errors Or Omissions Liability Coverages, relating to truth in lending, odometer, insurance agents and brokers and title coverages.

**CA 25 64 – Exclusion Of Specified Acts, Errors Or Omissions Liability Coverages**

This endorsement generally provides the option of excluding one or more of the Acts, Errors Or Omissions Liability Coverages, relating to truth in lending, odometer, insurance agents and brokers and title coverages.

**CA 25 65 – Total Bankruptcy Or Insolvency Exclusion For Acts, Errors Or Omissions Liability Coverages**

In general, this endorsement removes the exception with respect to insurance placed with an "A.M. Best Company B+" minimum rating under the Bankruptcy Or Insolvency Exclusion contained in Section **III** – Acts, Errors Or Omissions Liability Coverages, thereby providing a means to exclude in total bankruptcy or insolvency related losses stemming from insurance placed by an insured on behalf of your customers.

EXHIBIT A-014

# REINFORCEMENTS OF COVERAGE

**EXISTING OPTIONAL ENDORSEMENTS**

CA 03 03 – 100 Dollar Deductible For Completed Operations Does Not Apply (Newly titled 500 Dollar Deductible For Work You Performed Does Not Apply)

CA 20 47 – Additional Insured – Lessor Of Leased Equipment (Newly titled Additional Insured General Liability Coverages – Lessor Of Leased Equipment)

CA 20 49 – Additional Insured – Garages – Grantor Of Franchise (Newly titled Additional Insured – General Liability Coverages – Grantor Of Franchise)

CA 25 01 – Broad Forms Products Coverage

CA 25 02 – Dealers Driveaway Collision Coverage

CA 25 03 – False Pretense Coverage

CA 25 04 – Fire, Fire And Theft And Limited Specified Causes Of Loss Coverage For Dealers

CA 25 07 – Locations And Operations Not Covered

CA 25 09 – Owners Of Garage Premises (Newly titled Additional Insured – General Liability Coverages – Owners Of Leased Or Rented Land Or Premises)

CA 25 11 – Named Driver Collision Coverage

CA 25 16 – Garage Coverage Form – Other Than Covered Autos Exposure – Total Pollution Exclusion (Newly titled Auto Dealers Coverage Form – General Liability Coverages – Total Pollution Exclusion)

CA 25 18 – Exclusion – Year 2000 Computer-related And Other Electronic Problems Exclusion

CA 25 19 – Exclusion – Year 2000 Computer-related And Other Electronic Problems – Products/Work You Performed

CA 25 20 – Year 2000 Limited Coverage Options – Computer-related And Other Electronic Problems

CA 25 24 – Exclusion – Year 2000 Computer-related And Other Electronic Problems – With Exception For Bodily Injury On Your Premises

CA 25 25 – Year 2000 Computer-related And Other Electronic Problems – Exclusion Of Specified Coverages For Designated Locations, Products, Services Or Work You Performed

CA 25 36 – Garage Coverage Form – Other Than Covered Autos Exposure – Total Pollution Exclusion With A Building Heating, Cooling And Dehumidifying Equipment Exception And A Hostile Fire Exception (Newly titled Auto Dealers Coverage Form – General Liability Coverages – Total Pollution Exclusion With A Building Heating, Cooling And Dehumidifying Equipment Exception And A Hostile Fire Exception)

CA 25 37 – Fungi Or Bacteria Exclusion – Garage Operations – Other Than Covered Autos (Newly titled Fungi Or Bacteria Exclusion – General Liability Coverages)

CA 25 38 – Limited Fungi Or Bacteria Coverage For Garage Operations – Other Than Covered Autos (Newly titled Limited Fungi Or Bacteria Coverage For General Liability Coverages)

CA 25 39 – Silica Or Silica-related Dust Exclusion For Other Than Covered Autos Exposure – Garage Coverage Form (Newly titled Silica Or Silica-related Dust Exclusion For General Liability Coverages)

CA 99 55 – Pollution Liability – Broadened Coverage For Covered Autos – Garage Coverage Form (Newly titled Pollution Liability – Broadened Coverage For Covered Autos – Auto Dealers Coverage Form)

These endorsements, which previously modified the Garage Coverage Form, have been revised to accommodate the introduction of the Auto Dealers Coverage Form by:

1. Adding reference to "Auto Dealers Coverage Form" and deleting reference to "Garage Coverage Form" in the list of the coverage forms to which the endorsement modifies; and

2. Revising paragraph references, headers and lead-in statements to track with the relevant provisions in the Auto Dealers Coverage Form.

CA 01 21 – Limited Mexico Coverage

CA 02 38 – Reinstatement Of Insurance

CA 02 40 – Suspension Of Insurance

CA 03 01 – Deductible Liability Coverage

CA 03 02 – Deductible Liability Coverage

CA 04 42 – Exclusion Of Federal Employees Using Autos In Government Business

CA 04 44 – Waiver Of Transfer Of Rights Of Recovery Against Others To Us (Waiver Of Subrogation)

CA 20 01 – Lessor – Additional Insured And Loss Payee

CA 20 16 – Mobile Homes Contents Coverage

CA 20 17 – Mobile Homes Contents Not Covered

CA 20 21 – Snowmobiles

CA 20 27 – Registration Plates Not Issued For A Specific Auto

CA 20 33 – Autos Leased, Hired, Rented Or Borrowed With Drivers – Physical Damage Coverage

CA 20 48 – Designated Insured (Newly titled Designated Insured For Covered Autos Liability Coverage)

CA 20 54 – Employee Hired Autos

CA 20 55 – Fellow Employee Coverage

CA 20 56 – Fellow Employee Coverage For Designated Employees/Positions

CA 20 70 – Coverage For Certain Operations In Connection With Railroads

CA 20 71 – Auto Loan/Lease Gap Coverage

CA 23 25 – Coverage For Injury To Leased Workers

CA 23 94 – Silica Or Silica-related Dust Exclusion For Covered Autos Exposure

CA 23 97 – Amphibious Vehicles

CA 99 03 – Auto Medical Payments Coverage

CA 99 10 – Drive Other Car Coverage – Broadened Coverage For Named Individuals

CA 99 14 – Fire, Fire And Theft, Fire, Theft And Windstorm And Limited Specified Causes Of Loss Coverage

CA 99 16 – Hired Autos Specified As Covered Autos You Own

CA 99 23 – Rental Reimbursement Coverage

CA 99 28 – Stated Amount Insurance

CA 99 30 – Tapes, Records And Discs Coverage

CA 99 40 – Exclusion Or Excess Coverage Hazards Otherwise Insured

CA 99 44 – Loss Payable Clause

CA 99 47 – Employee As Lessor

CA 99 54 – Covered Auto Designation Symbol

CA 99 59 – Garagekeepers Coverage – Customers' Sound-receiving Equipment

CA 99 60 – Audio, Visual And Data Electronic Equipment Coverage Added Limits

CA 99 61 – Loss Payable Clause – Audio, Visual And Data Electronic Equipment Coverage Added Limits

CA 99 90 – Optional Limits – Loss Of Use Expenses

These forms have been revised, in general and where appropriate, to:

1.  Add reference to "Auto Dealers Coverage Form" and delete references to the "Business Auto Physical Damage Coverage Form", "Garage Coverage Form" and/or "Truckers Coverage Form" in the list of the coverage forms to which the endorsement modifies,

2.  Update paragraph references, Schedules, headers and lead-in statements to track with the relevant provisions in the ADCF, Business Auto Coverage Form and the Motor Carrier Coverage Form; and/or

3. Replace references to "Liability Coverage" with respect to auto liability with "Covered Autos Liability Coverage" to distinguish such coverage from the other types of liability coverages included in your policy.

**CA 23 97 – Amphibious Vehicles**

This endorsement, in general, is revised to reinforce that insurance is not applicable to amphibious vehicles while being launched into, used in or beached from the water. This includes, but is not limited to, coverages such as, liability and physical damage coverages.

**CA 25 02 – Dealers Driveaway Collision Coverage**

This endorsement, in general, has been revised to reference the specific Physical Damage Coverage Exclusion that is being modified by this endorsement by paragraph reference.

**CA 99 28 – Stated Amount Insurance**

**CA 99 60 – Audio, Visual And Data Electronic Equipment Coverage Added Limits**

**CA 99 61 – Loss Payable Clause – Audio, Visual And Data Electronic Equipment Coverage Added Limits**

Various provisions and schedules applicable to Physical Damage Coverage have been reinforced to reflect that "loss" rather than "accident" triggers coverage under this section.

EXHIBIT A-017

IL P 001 01 04

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

IL P 001 01 04                   © ISO Properties, Inc., 2004                   Page 1 of 1

EXHIBIT A-018

IL U 050 12 16

# TENNESSEE UNINSURED MOTORISTS COVERAGE SELECTION/REJECTION

| Policy Number:<br>CA0952079 | Policy Effective Date:<br>05/01/2022 |
|---|---|

| Company:<br>STAR INSURANCE COMPANY – AUTOEDGE | |
| **Producer:**<br>Williams & Stazzone Insurance Agency, Inc. | |
| **Applicant/Named Insured:**<br>Transport Enterprise Leasing LLC | |

Tennessee law permits you to make certain decisions regarding Uninsured Motorists Coverage. This document describes this coverage and the options available.

You should read this document carefully and contact us or your agent if you have any questions regarding Uninsured Motorists Coverage and your options with respect to this coverage.

This document includes general descriptions of coverage. However, no coverage is provided by this document. You should read your policy and review your Declarations Page(s) and/or Schedule(s) for complete information on the coverages you are provided.

**BODILY INJURY AND PROPERTY DAMAGE UNINSURED MOTORISTS COVERAGE**

Bodily Injury Uninsured Motorists Coverage provides insurance protection to an insured for compensatory damages which the insured is legally entitled to recover from the owner or operator of an uninsured motor vehicle because of bodily injury caused by an automobile accident. Also included are damages due to bodily injury that result from an automobile accident with a hit-and-run vehicle whose owner or operator cannot be identified.

Property Damage Uninsured Motorists Coverage provides insurance protection to an insured for compensatory damages which the insured is legally entitled to recover from the owner or operator of an uninsured motor vehicle because of property damage caused by an automobile accident. Also included are damages due to property damage that result from an automobile accident with a hit-and-run vehicle whose owner or operator cannot be identified.

Unless rejected or a lower limit is selected, Bodily Injury Uninsured Motorists Coverage will be included in your policy at limits equal to the limits of your Bodily Injury Liability Coverage (split limits) or Combined Single Limit of Liability. If you purchase Bodily Injury Uninsured Motorists Coverage, then you may also purchase Property Damage Uninsured Motorists Coverage or you may reject such coverage.

Please indicate one choice from **A., B.** or **C.** by initialing next to the appropriate item(s) and signing below.

EXHIBIT A-019

**A. Selection Of Bodily Injury And Property Damage Uninsured Motorists Coverage**

Please indicate your choice by initialing next to the appropriate item(s) in **1.** OR **2.** and signing below.

Please note that we only offer Uninsured Motorists Coverage limits up to the Liability Coverage limits of your policy, even though higher limits may appear below.

| | | | | | |
|---|---|---|---|---|---|
| **(Initials)** | | | | | |
| _____ | 1. **I select Bodily Injury And Property Damage Uninsured Motorists Coverage at limits equal to my Liability Coverage.** | | | | |
| **OR** | | | | | |
| **(Initials)** | | | | | |
| _____ | 2. **I reject Bodily Injury And Property Damage Uninsured Motorists Coverage at limits equal to my Liability Coverage and select the following lower limit(s):** | | | | |
| | **(Choose one Split Limits Bodily Injury option and one Property Damage limit option, OR one Combined Single Limit option from the following):** | | | | |

| (Initials) | Split Limits Bodily Injury | (Initials) | Property Damage | OR | (Initials) | Combined Single Limit |
|---|---|---|---|---|---|---|
| _____ | $ 25,000/50,000 | _____ | $ 15,000 | | _____ | $ 65,000 |
| _____ | 50,000/100,000 | _____ | 25,000 | | _____ | 75,000 |
| _____ | 100,000/300,000 | _____ | 50,000 | | _____ | 100,000 |
| _____ | 250,000/500,000 | _____ | 100,000 | | _____ | 200,000 |
| _____ | 500,000/500,000 | _____ | 200,000 | | _____ | 250,000 |
| _____ | 1,000,000/1,000,000 | _____ | 300,000 | | _____ | 300,000 |
| | | _____ | 500,000 | | _____ | 350,000 |
| | | _____ | 1,000,000 | | _____ | 500,000 |
| | | | | | _____ | 1,000,000 |
| _____ | (Other) | _____ | (Other) | | _____ | (Other) |

_____    _____
Signature Of Applicant/Named Insured                    Date

© Insurance Services Office, Inc., 2016            IL U 050 12 16

EXHIBIT A-020

**B. Rejection Of Property Damage Uninsured Motorists Coverage And Selection Of Bodily Injury Uninsured Motorists Coverage Only**

Please indicate your choice by initialing next to the appropriate item(s) in **1.** OR **2.** and signing below.

Please note that we only offer Uninsured Motorists Coverage limits up to the Liability Coverage limits of your policy, even though higher limits may appear below.

**(Initials)**

_____

1. **I reject Property Damage Uninsured Motorists Coverage and select ONLY Bodily Injury Uninsured Motorists Coverage at limits equal to the limits of my Bodily Injury Liability Coverage (Split Limits) or Combined Single Limit for Liability Coverage.**

   **OR**

**(Initials)**

_____

2. **I reject Property Damage Uninsured Motorists Coverage and select ONLY Bodily Injury Uninsured Motorists Coverage at the following lower limits:**

   **(Choose one Split Limits Bodily Injury option, OR one Combined Single Limit option from the following lower limits):**

| (Initials) | Split Limits Bodily Injury | OR | (Initials) | Combined Single Limit |
|---|---|---|---|---|
| _____ | $      25,000/50,000 | | _____ | $      65,000 |
| _____ | 50,000/100,000 | | _____ | 75,000 |
| _____ | 100,000/300,000 | | _____ | 100,000 |
| _____ | 250,000/500,000 | | _____ | 200,000 |
| _____ | 500,000/500,000 | | _____ | 250,000 |
| _____ | 500,000/1,000,000 | | _____ | 300,000 |
| _____ | 1,000,000/1,000,000 | | _____ | 350,000 |
| | | | _____ | 500,000 |
| | | | _____ | 1,000,000 |
| | **(Other)** | | | **(Other)** |

_____          _____
**Signature Of Applicant/Named Insured**                              **Date**

EXHIBIT A-021

**C. Rejection Of Bodily Injury And Property Damage Uninsured Motorists Coverage**

**(Initials)**

_____    **I reject Bodily Injury And Property Damage Uninsured Motorists Coverage.**


_____    _____

**Signature Of Applicant/Named Insured**                                **Date**

EXHIBIT A-022

# STAR INSURANCE COMPANY

26255 American Drive
Southfield, MI 48034-6112

## AUTO DEALERS DECLARATIONS

POLICY NUMBER: CA0952079

**COMMERCIAL AUTO**
**CA DS 26 11 20**

**ITEM ONE**

| Company Name: | | 18023 |
|---|---|---|
| | STAR INSURANCE COMPANY<br>26255 American Drive<br>Southfield, MI 48034-6112 | |

| Producer Name: | | 0011567 |
|---|---|---|
| | Williams & Stazzone Insurance Agency, Inc.<br>6549 North Wickham Rd., Unit 101<br>Melbourne FL32940 | |

**Named Insured:** Transport Enterprise Leasing LLC
As Per Named Insured Extension

**Mailing Address:** 400 Birmingham Hwy
Chattanooga, TN 37419

### Policy Period

**From:** 05/01/2022

**To:** 05/01/2023    At 12:01 AM Standard Time at your mailing address shown above

**Previous Policy Number:** CA0952079

**Form Of Business:**

- [ ] Corporation
- [x] Limited Liability Company (LLC)
- [ ] Individual
- [ ] Partnership
- [ ] Other:

In return for the payment of the premium, and subject to all the terms of this Policy, we agree with you to provide the insurance as stated in this Policy.

**Premium Shown Is Payable At Inception:** ▓▓▓▓▓▓▓▓

**Audit Period** (if applicable): [ ] **Annually** [ ] **Semiannually** [ ] **Quarterly** [ ] **Monthly**

### Endorsements Attached To This Policy

**IL 00 17** – Common Policy Conditions (**IL 01 46** in Washington)

**IL 00 21** – Broad Form Nuclear Exclusion (not applicable in New York) (**IL 01 98** in Washington)

See Schedule of Forms and Endorsements.

CA DS 26 11 20    © Insurance Services Office, Inc., 2019
Original

Page 1 of 22

EXHIBIT A-023

**ITEM ONE** (Cont'd)

| Countersignature Of Authorized Representative |
|---|
| **Name:** |
| **Title:** |
| **Signature:** |
| **Date:** |

**NOTE**

Officers' facsimile signatures may be inserted here, on the Policy cover or elsewhere at the company's option.

**ITEM TWO**

**Schedule Of Coverages And Covered Autos**

This Policy provides only those coverages where a charge and limit, if applicable, are shown in the columns below. Each of the "auto"-related coverages will apply only to those "autos" shown as covered "autos". **"Autos" are shown as covered "autos" for the applicable coverages by the entry of one or more of the symbols from Section I – Covered Autos Coverages of the Auto Dealers Coverage Form next to the name of the "auto"-related coverage.**

| Coverages | Covered Autos | Limit Or Deductible | | Premium |
|---|---|---|---|---|
| Covered Autos Liability | 21 | $1,000,000 | Each Accident | |
| General Liability Bodily Injury And Property Damage Liability | | $1,000,000 | Each Accident | |
| Damages To Premises Rented To You | | $100,000 | Any One Premises | ███████ |
| Personal And Advertising Injury Liability | | $1,000,000 | Any One Person Or Organization | ███████ |
| | | $3,000,000 | General Liability Aggregate | ███████ |
| | | $3,000,000 | Products And Work You Performed Aggregate | ███████ |
| Locations And Operations Medical Payments | | $5,000 | Any One Person | ███████ |
| Personal Injury Protection (Or Equivalent No-fault Coverage) | | Separately Stated In Each Personal Injury Protection Endorsement Minus | Deductible | |
| Added Personal Injury Protection (Or Equivalent Added No-fault Coverage) | | Separately Stated In Each Added Personal Injury Protection Endorsement | | |
| Property Protection Insurance (Michigan Only) | | Separately Stated In The Property Protection Insurance Endorsement Minus Deductible For Each Accident | | |
| Auto Medical Payments | 22 | $5,000    Each Insured See Item Seven For Covered Autos Insured On A Specified Car Basis. | | ███████ |
| Medical Expense And Income Loss Benefits (Virginia Only) | | Separately Stated In The Medical Expense And Income Loss Benefits Endorsement | | ███████ |
| Uninsured Motorists | 22 | | | ███████ |

    © Insurance Services Office, Inc., 2019
Original

EXHIBIT A-025

**ITEM TWO**

**Schedule Of Coverages And Covered Autos** (Cont'd)

| | | | |
|---|---|---|---|
| **Underinsured Motorists (When Not Included In Uninsured Motorists Coverage)** | 22 | | ████ |
| **Garagekeepers Comprehensive Coverage** | 30 | **Separately Stated For Each Location In Item Five** | ████ |
| **Garagekeepers Specified Causes Of Loss Coverage** | | | ████ |
| **Garagekeepers Collision Coverage** | 30 | | ████ |
| **Physical Damage Comprehensive Coverage** | 31 | **Deductible**<br>**For Each Covered Auto For Loss Caused By Theft Or Mischief Or Vandalism**<br>(A maximum deductible may also apply. Refer to Coverage Form for details.)<br><br>**OR**<br><br>**Deductible**<br>**For All Perils For Each Covered Auto**<br>(A maximum deductible may also apply. Refer to Coverage Form for details.)<br>See Item Six For Dealers Autos. | |
| **Physical Damage Specified Causes Of Loss Coverage** | | **Deductible**<br>**For Each Covered Auto For Loss Caused By Theft Or Mischief Or Vandalism**<br>(A maximum deductible may also apply. Refer to Coverage Form for details.)<br><br>**OR**<br><br>**Deductible**<br>**For All Perils For Each Covered Auto**<br>(A maximum deductible may also apply. Refer to Coverage Form for details.)<br>See Item Six For Dealers Autos. | |

EXHIBIT A-026

**ITEM TWO**

**Schedule Of Coverages And Covered Autos** (Cont'd)

| Physical Damage Collision Coverage | 31 | Deductible<br><br>**For Each Covered Auto**<br>See Item Six For Dealers Blanket Collision Autos. | |
|---|---|---|---|
| **Acts, Errors Or Omissions Liability** | | $500,000    **Aggregate**<br><br>$1,000    **Per Claim**<br>    **Deductible** | |
| | | | |
| | | **Premium For Endorsements** | |
| | | **Estimated Total Premium\*** | |

\*This Policy may be subject to final audit.

© Insurance Services Office, Inc., 2019<br>Original

EXHIBIT A-027

**ITEM THREE**

**Locations Where You Conduct Auto Dealer Operations**

| Location Number | Address (State your main business location first.) |
|---|---|
| 001 | 400 Birmingham Hwy<br>Chattanooga, TN  37419 |
| 002 | 700 Birmingham Hwy<br>Chattanooga, TN  37419 |
| 003 | 3503 E 33rd Street/  3200 N Mitthoeffer Rd.<br>Indianapolis, IN  46235 |
| 004 | 9420 E 30th Street<br>Indianapolis, IN  46235 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

EXHIBIT A-028

**ITEM FOUR**

**Liability And Personal Injury Protection (Or Equivalent Or Similar No-fault Coverages) – Premiums**

| Location Number: 001 | | |
|---|---|---|
| **Classes Of Operators** | **Number Of Persons** | **Rating Units** |
| Class I – Employees Regular Operators | SEE SUPPLEMENTAL DECLARATIONS | |
| Class I – Employees All Others | | |
| Class II – Nonemployees Under Age 25 | | |
| Class II – Nonemployees Age 25 Or Over | | |
| All Employees (Only For Trailer Dealers) | | |
| **Total Rating Units** | | |
| **Premiums** | | |
| Covered Autos Liability And General Liability | | |
| Personal Injury Protection | | |
| Property Protection Insurance (Michigan Only) | | |
| Medical Expense Benefits (Virginia Only) | | |
| Income Loss Benefits (Virginia Only) | | |
| Acts, Errors Or Omissions Liability | | |

| Location Number: 002 | | |
|---|---|---|
| **Classes Of Operators** | **Number Of Persons** | **Rating Units** |
| Class I – Employees Regular Operators | SEE SUPPLEMENTAL DECLARATIONS | |
| Class I – Employees All Others | | |
| Class II – Nonemployees Under Age 25 | | |
| Class II – Nonemployees Age 25 Or Over | | |
| All Employees (Only For Trailer Dealers) | | |
| **Total Rating Units** | | |
| **Premiums** | | |
| Covered Autos Liability And General Liability | | |
| Personal Injury Protection | | |
| Property Protection Insurance (Michigan Only) | | |
| Medical Expense Benefits (Virginia Only) | | |
| Income Loss Benefits (Virginia Only) | | |
| Acts, Errors Or Omissions Liability | | |

EXHIBIT A-029

**ITEM FOUR**

**Liability And Personal Injury Protection (Or Equivalent Or Similar No-fault Coverages) – Premiums**

**Location Number:** 003

| Classes Of Operators | Number Of Persons | Rating Units |
|---|---|---|
| Class I – Employees Regular Operators | SEE SUPPLEMENTAL DECLARATIONS | |
| Class I – Employees All Others | | |
| Class II – Nonemployees Under Age 25 | | |
| Class II – Nonemployees Age 25 Or Over | | |
| All Employees (Only For Trailer Dealers) | | |
| Total Rating Units | | |

| Premiums | | |
|---|---|---|
| Covered Autos Liability And General Liability | | |
| Personal Injury Protection | | |
| Property Protection Insurance (Michigan Only) | | |
| Medical Expense Benefits (Virginia Only) | | |
| Income Loss Benefits (Virginia Only) | | |
| Acts, Errors Or Omissions Liability | | |

**Location Number:** 004

| Classes Of Operators | Number Of Persons | Rating Units |
|---|---|---|
| Class I – Employees Regular Operators | SEE SUPPLEMENTAL DECLARATIONS | |
| Class I – Employees All Others | | |
| Class II – Nonemployees Under Age 25 | | |
| Class II – Nonemployees Age 25 Or Over | | |
| All Employees (Only For Trailer Dealers) | | |
| Total Rating Units | | |

| Premiums | | |
|---|---|---|
| Covered Autos Liability And General Liability | | |
| Personal Injury Protection | | |
| Property Protection Insurance (Michigan Only) | | |
| Medical Expense Benefits (Virginia Only) | | |
| Income Loss Benefits (Virginia Only) | | |
| Acts, Errors Or Omissions Liability | | |

EXHIBIT A-030

**ITEM FOUR**

**Liability And Personal Injury Protection (Or Equivalent Or Similar No-fault Coverages) – Premiums** (Cont'd)

| Total Liability And Liability And Personal Injury Protection (Or Equivalent Or Similar No-fault Coverages) – Premiums For All Locations | ███████ |
|---|---|

**DEFINITIONS**

**Class I – Employees**

| | |
|---|---|
| **Regular Operator:** | Proprietors, partners and officers active in the "auto dealer operations", salespersons, general managers, service managers, any "employee" whose principal duty involves the operation of covered "autos" or who is furnished a covered "auto" |
| **All Others:** | All other "employees" |

**NOTE**

1. Part-time "employees" working an average of at least 20 hours a week for the number of weeks worked are to be counted as one rating unit each.
2. Part-time "employees" working an average of less than 20 hours a week for the number of weeks worked are to be counted as 1/2 rating unit each.

**Class II – Nonemployees**

Any of the following persons who are regularly furnished with a covered "auto": inactive proprietors, partners or officers and their relatives and the relatives of any person described in Class I.

CA DS 26 11 20

© Insurance Services Office, Inc., 2019
Original

EXHIBIT A-031

**ITEM FIVE**

**Garagekeepers Coverages And Premiums**

**Location Number:** 001

| Coverages | | Limit Of Insurance And Deductible | Premium |
|---|---|---|---|
| Comprehensive | | Limit Of Insurance | |
| | | Deductible For Each Customer's Auto For Loss Caused By Theft Or Mischief Or Vandalism | |
| | | Maximum Deductible For Loss Caused By Theft Or Mischief Or Vandalism In Any One Event | |
| | | OR | |
| | $100,000 | Limit Of Insurance | |
| | $1,000 | Deductible For All Perils For Each Customer's Auto | |
| | $5,000 | Maximum Deductible For All Loss In Any One Event | |
| Specified Causes Of Loss | | Limit Of Insurance | |
| | | Deductible For Each Customer's Auto For Loss Caused By Theft Or Mischief Or Vandalism | |
| | | Maximum Deductible For Loss Caused By Theft Or Mischief Or Vandalism In Any One Event | |
| | | OR | |
| | | Limit Of Insurance | |
| | | Deductible For All Perils For Each Customer's Auto | |
| | | Maximum Deductible For All Loss In Any One Event | |
| Collision | $100,000 | Limit Of Insurance | |
| | $1,000 | Deductible For Each Customer's Auto | |

**Location Number:** 002

| Coverages | | Limit Of Insurance And Deductible | Premium |
|---|---|---|---|
| Comprehensive | | Limit Of Insurance | |
| | | Deductible For Each Customer's Auto For Loss Caused By Theft Or Mischief Or Vandalism | |
| | | Maximum Deductible For Loss Caused By Theft Or Mischief Or Vandalism In Any One Event | |
| | | OR | |
| | $100,000 | Limit Of Insurance | |
| | $1,000 | Deductible For All Perils For Each Customer's Auto | |
| | $5,000 | Maximum Deductible For All Loss In Any One Event | |
| Specified Causes Of Loss | | Limit Of Insurance | |
| | | Deductible For Each Customer's Auto For Loss Caused By Theft Or Mischief Or Vandalism | |
| | | Maximum Deductible For Loss Caused By Theft Or Mischief Or Vandalism In Any One Event | |
| | | OR | |
| | | Limit Of Insurance | |
| | | Deductible For All Perils For Each Customer's Auto | |
| | | Maximum Deductible For All Loss In Any One Event | |
| Collision | $100,000 | Limit Of Insurance | |
| | $1,000 | Deductible For Each Customer's Auto | |

EXHIBIT A-032

**ITEM FIVE**

**Garagekeepers Coverages And Premiums**

**Location Number:** 003

| Coverages | | Limit Of Insurance And Deductible | Premium |
|---|---|---|---|
| Comprehensive | | Limit Of Insurance | |
| | | Deductible For Each Customer's Auto For Loss Caused By Theft Or Mischief Or Vandalism | |
| | | Maximum Deductible For Loss Caused By Theft Or Mischief Or Vandalism In Any One Event | |
| | | OR | |
| | $400,000 | Limit Of Insurance | |
| | $1,000 | Deductible For All Perils For Each Customer's Auto | |
| | $5,000 | Maximum Deductible For All Loss In Any One Event | |
| Specified Causes Of Loss | | Limit Of Insurance | |
| | | Deductible For Each Customer's Auto For Loss Caused By Theft Or Mischief Or Vandalism | |
| | | Maximum Deductible For Loss Caused By Theft Or Mischief Or Vandalism In Any One Event | |
| | | OR | |
| | | Limit Of Insurance | |
| | | Deductible For All Perils For Each Customer's Auto | |
| | | Maximum Deductible For All Loss In Any One Event | |
| Collision | $400,000 | Limit Of Insurance | |
| | $1,000 | Deductible For Each Customer's Auto | |

**Location Number:** 004

| Coverages | | Limit Of Insurance And Deductible | Premium |
|---|---|---|---|
| Comprehensive | | Limit Of Insurance | |
| | | Deductible For Each Customer's Auto For Loss Caused By Theft Or Mischief Or Vandalism | |
| | | Maximum Deductible For Loss Caused By Theft Or Mischief Or Vandalism In Any One Event | |
| | | OR | |
| | $100,000 | Limit Of Insurance | |
| | $1,000 | Deductible For All Perils For Each Customer's Auto | |
| | $5,000 | Maximum Deductible For All Loss In Any One Event | |
| Specified Causes Of Loss | | Limit Of Insurance | |
| | | Deductible For Each Customer's Auto For Loss Caused By Theft Or Mischief Or Vandalism | |
| | | Maximum Deductible For Loss Caused By Theft Or Mischief Or Vandalism In Any One Event | |
| | | OR | |
| | | Limit Of Insurance | |
| | | Deductible For All Perils For Each Customer's Auto | |
| | | Maximum Deductible For All Loss In Any One Event | |
| Collision | $100,000 | Limit Of Insurance | |
| | $1,000 | Deductible For Each Customer's Auto | |

EXHIBIT A-033

## ITEM FIVE

**Garagekeepers Coverages And Premiums (Cont'd)**

| Total Garagekeepers Premium For All Locations | ▉▉▉ |
|---|---|

## Direct Coverage Options

Indicate below with an "X" which, if any, Direct Coverage Option is selected.

☐ **Excess Insurance**

If this box is checked, Garagekeepers Coverage remains applicable on a legal liability basis. However, coverage also applies without regard to your or any other "insured's" legal liability for "loss" to a "customer's auto" on an excess basis over any other collectible insurance regardless of whether the other insurance covers your or any other "insured's" interest or the interest of the "customer's auto's" owner.

☐ **Primary Insurance**

If this box is checked, Garagekeepers Coverage is changed to apply without regard to your or any other "insured's" legal liability for "loss" to a "customer's auto" and is primary insurance.

## ITEM SIX

**Physical Damage Coverage – Types Of Covered Autos And Interests In These Autos – Premiums – Reporting Or Nonreporting Basis**

Each of the following Physical Damage Coverages that is indicated in Item Two applies only to the types of "autos" and interests indicated below by an "X".

| Coverages | Types Of Autos | | Interests Covered | | | |
|---|---|---|---|---|---|---|
| | New Autos | Used Autos, Demonstrators And Service Vehicles | Your Interest In Covered Autos You Own | Your Interest Only In Financed Covered Autos | Your Interest And The Interest Of Any Creditor Named As A Loss Payee | All Interests In Any Auto Not Owned By You Or Any Creditor While In Your Possession On Consignment For Sale |
| Comprehensive | X | X | X | X | | |
| Specified Causes Of Loss | | | | | | |
| Collision | X | X | X | X | | |

EXHIBIT A-034

**ITEM SIX**

**Physical Damage Coverage – Types Of Covered Autos And Interests In These Autos – Premiums – Reporting Or Nonreporting Basis (Cont'd)**

| Location Number: | 001 | |
|---|---|---|
| **Coverages** | **Limit Of Insurance And Deductible** | **Premium** |
| Comprehensive | Limit Of Insurance | Included |
| | Deductible For Each Covered Auto For Loss Caused By Theft Or Mischief Or Vandalism | |
| | Maximum Deductible For Loss Caused By Theft Or Mischief Or Vandalism In Any One Event | |
| | OR | |
| $11,000,000 | Limit Of Insurance | |
| $10000 | Deductible For All Perils For Each Covered Auto | |
| $50000 | Maximum Deductible For All Loss In Any One Event | |
| Specified Causes Of Loss | Limit Of Insurance | |
| | Deductible For Each Covered Auto For Loss Caused By Theft Or Mischief Or Vandalism | |
| | Maximum Deductible For Loss Caused By Theft Or Mischief Or Vandalism In Any One Event | |
| | OR | |
| | Limit Of Insurance | |
| | Deductible For All Perils For Each Covered Auto | |
| | Maximum Deductible For All Loss In Any One Event | |

| Location Number: | | |
|---|---|---|
| **Coverages** | **Limit Of Insurance And Deductible** | **Premium** |
| Comprehensive | Limit Of Insurance | |
| | Deductible For Each Covered Auto For Loss Caused By Theft Or Mischief Or Vandalism | |
| | Maximum Deductible For Loss Caused By Theft Or Mischief Or Vandalism In Any One Event | |
| | OR | |
| | Limit Of Insurance | |
| | Deductible For All Perils For Each Covered Auto | |
| | Maximum Deductible For All Loss In Any One Event | |
| Specified Causes Of Loss | Limit Of Insurance | |
| | Deductible For Each Covered Auto For Loss Caused By Theft Or Mischief Or Vandalism | |
| | Maximum Deductible For Loss Caused By Theft Or Mischief Or Vandalism In Any One Event | |
| | OR | |
| | Limit Of Insurance | |
| | Deductible For All Perils For Each Covered Auto | |
| | Maximum Deductible For All Loss In Any One Event | |

EXHIBIT A-035

**ITEM SIX**

**Physical Damage Coverage – Types Of Covered Autos And Interests In These Autos – Premiums – Reporting Or Nonreporting Basis** (Cont'd)

| Blanket Collision (All Locations) | $11,000,000 | **Limit Of Insurance** | Included |
|---|---|---|---|
| | $10,000 | **Deductible For Each Covered Auto** | |

| | | **Total Premium For All Locations** | Included |
|---|---|---|---|

| **Our Limit Of Insurance For Loss At Locations Other Than Those Stated In Item Three:** | |
|---|---|
| $150,000 | **Additional Locations Where You Store Covered Autos** |
| | **In Transit** |

**Premium Basis** – Reporting (Quarterly or Monthly) or Nonreporting (Indicate basis agreed upon by an "X".)

☐ **Reporting Basis** (Quarterly or Monthly as indicated below by an "X")

You must report to us on our form the location of your covered "autos" and their total value at each such location. For your main sales location identified as location Number **1,** you must include the total value of all covered "autos" you have furnished or made available to yourself, your executives, your "employees" or family members and other Class **II** – Nonemployees, and covered "autos" that are temporarily displayed or stored at locations other than those stated in Item Three. For your main sales location, you must include the total value of all service vehicles.

**Your Reporting Basis Is:**

☐ **Quarterly**

You must give us your first report by the 15th of the fourth month after the Policy begins. Your subsequent reports must be given to us by the 15th of every third month. Your reports must contain the value for the last business day of every third month coming within the policy period.

☐ **Monthly**

You must give us your reports by the 15th of every month. Your reports will contain the total values you had on the last business day of the preceding month.

Premiums will be calculated pro rata of the annual premium for the exposures contained in each report. At the end of each policy year, we will add the monthly premiums or the quarterly premiums to determine your final premium due for the entire policy year. The estimated total premiums shown above will be credited against the final premium due.

☒ **Nonreporting Basis**

Stated limit of insurance shown above applies.

| **Loss Payee** – Any loss is payable as interest may appear to you and: |
|---|
| See LP Schedule |

EXHIBIT A-036

**ITEM SEVEN**

**Schedule Of Covered Autos Which Are Furnished To Someone Other Than A Class I Or Class II Operator Or Which Are Insured On A Specified Car Basis**

| Covered Auto Number: | | | | | | |
|---|---|---|---|---|---|---|
| Town And State Where The Covered Auto Will Be Principally Garaged: | | | | | | |

| Covered Auto Description | | | | | | |
|---|---|---|---|---|---|---|
| Year: | Model: | | | Trade Name: | | |
| Body Type: | | | | Serial Number(s): | | |
| Vehicle Identification Number (VIN): | | | | | | |

| Classification | | | | | | |
|---|---|---|---|---|---|---|
| Original Cost New | Radius Of Operation | Business Use s=service r=retail c=commercial | Size GVWR, GCW Or Vehicle Seating Capacity | Age Group | Secondary Rating Classification | Code |
| | | | | | | |

**Except For Towing And Labor, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss:**

**Coverages – Premiums, Limits And Deductibles**
(Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding Item Two column applies instead.)

| Coverages | Limit Or Deductible | Premium |
|---|---|---|
| **Covered Autos Liability** | | |
| **Personal Injury Protection** | Stated In Each Personal Injury Protection Endorsement Minus       Deductible | |
| **Added Personal Injury Protection** | Stated In Each Added Personal Injury Protection Endorsement | |
| **Property Protection Insurance (Michigan Only)** | Stated In The Property Protection Insurance Endorsement Minus       Deductible | |
| **Auto Medical Payments** | Each Insured | |
| **Medical Expense And Income Loss Benefits (Virginia Only)** | Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person | |

**CA DS 26 11 20**                    © Insurance Services Office, Inc., 2019                    **Page 15 of 22**
Original

EXHIBIT A-037

**ITEM SEVEN**

**Schedule Of Covered Autos Which Are Furnished To Someone Other Than A Class I Or Class II Operator Or Which Are Insured On A Specified Car Basis** (Cont'd)

| | | |
|---|---|---|
| **Uninsured Motorist** | | |
| **Underinsured Motorist** | | |
| **Comprehensive** | **Deductible For Loss Caused By Theft Or Mischief Or Vandalism**<br>(A maximum deductible may also apply. Refer to Coverage Form for details.)<br><br>**OR**<br>**Deductible For All Perils**<br>(A maximum deductible may also apply. Refer to Coverage Form for details.) | |
| **Specified Causes Of Loss** | **Deductible For Loss Caused By Theft Or Mischief Or Vandalism**<br>(A maximum deductible may also apply. Refer to Coverage Form for details.)<br><br>**OR**<br>**Deductible For All Perils**<br>(A maximum deductible may also apply. Refer to Coverage Form for details.) | |
| **Collision** | **Deductible** | |

EXHIBIT A-038

**ITEM SEVEN**

**Schedule Of Covered Autos Which Are Furnished To Someone Other Than A Class I Or Class II Operator Or Which Are Insured On A Specified Car Basis** (Cont'd)

| Total Premiums For All Specified Autos | |
|---|---|
| **Covered Autos Liability** | |
| **Personal Injury Protection** | |
| **Added Personal Injury Protection** | |
| **Property Protection Insurance (Michigan Only)** | |
| **Auto Medical Payments** | |
| **Medical Expense And Income Loss Benefits (Virginia Only)** | |
| **Uninsured Motorist** | |
| **Underinsured Motorist** | |
| **Comprehensive** | |
| **Specified Causes Of Loss** | |
| **Collision** | |

| Covered Auto Number | Person Or Organization To Which The Covered Auto Has Been Furnished (Do not include Covered Autos which have been furnished to Class I or Class II operators.) |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

EXHIBIT A-039

**ITEM EIGHT**

**Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums**

| Covered Autos Liability Coverage – Cost Of Hire Rating Basis (Other Than Mobile Or Farm Equipment) | | | |
|---|---|---|---|
| **Covered Autos Liability Coverage** | **State** | **Estimated Annual Cost Of Hire For Each State** | **Premium** |
| **Primary Coverage** | | | |
| **Excess Coverage** | | | |
| | | **Total Hired Auto Premium** | |

Cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

| Physical Damage Coverages – Cost Of Hire Rating Basis For All Autos (Other Than Mobile Or Farm Equipment) | | | | |
|---|---|---|---|---|
| **Coverage** | **State** | **Deductible** | **Estimated Annual Cost Of Hire For Each State (Excluding Autos Hired With A Driver)** | **Premium** |
| **Comprehensive** | | **Deductible** For Each Covered Auto For Loss Caused By Theft Or Mischief Or Vandalism (A maximum deductible may also apply. Refer to Coverage Form for details.) | | |
| **Specified Causes Of Loss** | | **Deductible** For Each Covered Auto For Loss Caused By Theft Or Mischief Or Vandalism (A maximum deductible may also apply. Refer to Coverage Form for details.) | | |
| **Collision** | | **Deductible** For Each Covered Auto | | |
| | | | **Total Hired Auto Premium** | |

For Physical Damage Coverages, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for any "auto" that is leased, hired, rented or borrowed with a driver.

EXHIBIT A-040

**ITEM EIGHT**
**Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums** (Cont'd)

| Cost Of Hire Rating Basis For Mobile Or Farm Equipment – Other Than Physical Damage Coverages | | | | | |
|---|---|---|---|---|---|
| | | Estimated Annual Cost Of Hire For Each State | | Premium | |
| Coverage | State | Mobile Equipment | Farm Equipment | Mobile Equipment | Farm Equipment |
| Covered Autos Liability – Primary Coverage | | | | | |
| Covered Autos Liability – Excess Coverage | | | | | |
| Personal Injury Protection | | | | | |
| Medical Expense Benefits (Virginia Only) | VA | | | | |
| Income Loss Benefits (Virginia Only) | VA | | | | |
| Auto Medical Payments | | | | | |
| Total Hired Auto Premium | | | | | |

Cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

EXHIBIT A-041

**ITEM EIGHT**

**Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums** (Cont'd)

| Cost Of Hire Rating Basis For Mobile Or Farm Equipment – Physical Damage Coverages | | | | | | |
|---|---|---|---|---|---|---|
| | | | Estimated Annual Cost Of Hire For Each State (Excluding Autos Hired With A Driver) | | Premium | |
| Coverage | State | Deductible | Mobile Equipment | Farm Equipment | Mobile Equipment | Farm Equipment |
| Compre-hensive | | **Deductible** <br> **For Each Covered Auto For Loss Caused By Theft Or Mischief Or Vandalism** <br> (A maximum deductible may also apply. Refer to Coverage Form for details.) | | | | |
| Specified Causes Of Loss | | **Deductible** <br> **For Each Covered Auto For Loss Caused By Theft Or Mischief Or Vandalism** <br> (A maximum deductible may also apply. Refer to Coverage Form for details.) | | | | |
| Collision | | **Deductible** <br> **For Each Covered Auto** | | | | |
| **Total Hired Auto Premium** | | | | | | |

For Physical Damage Coverages, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for any auto that is leased, hired, rented or borrowed with a driver.

EXHIBIT A-042

**ITEM EIGHT**

**Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums** (Cont'd)

| Coverage | Town And State Where The Job Site Is Located | Estimated Number Of Days Equipment Will Be Rented | | Premium | |
|---|---|---|---|---|---|
| | | Mobile Equipment | Farm Equipment | Mobile Equipment | Farm Equipment |
| Covered Autos Liability – Primary Coverage | | | | | |
| Covered Autos Liability – Excess Coverage | | | | | |
| Personal Injury Protection | | | | | |
| Medical Expense Benefits (Virginia Only) | | | | | |
| Income Loss Benefits (Virginia Only) | | | | | |
| Auto Medical Payments | | | | | |
| Total Hired Auto Premium | | | | | |

EXHIBIT A-043

**ITEM NINE**

**Covered Autos Liability Premium For Pickup And Delivery Of Autos – Nonfranchised Dealers Only**

| Number Of Driver Trips | Premium |
|---|---|
| 51 – 200 Miles | |
| Over 200 Miles | |
| Total Premium | |

**ITEM TEN**

**Schedule For Non-ownership Covered Autos Liability Coverage For Volunteers, LLC Members Or Partners**

| Rating Basis | Number | Premium |
|---|---|---|
| Number Of Volunteers | | |
| Number Of LLC Members Or Partners (Active And Inactive) | | |
| Total Non-ownership Covered Autos Liability Coverage For Volunteers, LLC Members Or Partners Premium | | |

## SCHEDULE OF FORMS AND ENDORSEMENTS

| POLICY NUMBER: | EFFECTIVE DATE: |
|---|---|
| CA0952079 | 05/01/2022 |

| NUMBER | TITLE |
|---|---|
| CA DS 26 (11-20) | Auto Dealers Declarations |
| CA 00 25 (11-20) | Auto Dealers Coverage Form |
| 32 34 IL (01-18) | Exclusion - Asbestos |
| 45 28 IL (03-06) | Identity Recovery Coverage |
| 47 51 CA (10-17) | Punitive Damages Exclusion |
| 58 69 CA (03-21) | Special Physical Damage Deductible Provisions - Including Weather-Related Deductible(s) |
| 58 70 CA (01-16) | Watercraft Physical Damage Coverage |
| 58 72 CA (01-16) | Paintless Dent Repair |
| 58 79 CA (01-16) | Exclusion - Auto Repossession |
| 58 80 CA (01-16) | Exclusion - Salvage Titled Autos |
| 58 81 CA (01-16) | Exclusion - Towing Of Autos |
| 58 83 CA (01-16) | Dealers Driveaway Collision Coverage |
| 58 84 CA (01-16) | Dealers Physical Damage Coverage - Repair And Replacement |
| 59 90 CA (12-18) | Dealers Amendatory Endorsement |
| 59 96 CA (06-18) | False Pretense Coverage |
| 59 99 CA (06-18) | Floorplan Exclusion Endorsement |
| 60 02 CA (06-19) | Auto Dealers Supplemental Declarations For Auto Edge |
| 60 09 CA (06-18) | Prior Damage Disclosure Errors And Omissions Coverage |
| 60 15 CA (06-18) | Vicarious Liability Coverage - Identity Theft |
| 60 17 CA (06-19) | Broad Form Products Coverage |
| 61 56 CA (07-20) | Canine Liability Exclusion Endorsement |
| CAG 17 22 (10-14) | Exclusion - Modification Of Farm Tractors Or Farm Equipment |
| IL 00 17 (11-98) | Common Policy Conditions |
| IL 00 21 (09-08) | Nuclear Energy Liability Exclusion Endorsement (Broad Form) |
| IL 01 17 (12-10) | Indiana Changes - Workers' Compensation Exclusion |
| IL 01 56 (11-17) | Indiana Changes - Concealment, Misrepresentation or Fraud |
| IL 01 58 (09-08) | Indiana Changes |
| IL 02 50 (09-08) | Tennessee Changes - Cancellation and Nonrenewal |
| IL 02 72 (11-21) | Indiana Changes - Cancellation And Nonrenewal |
| IL 12 01 (11-85) | Policy Changes |
| CA 01 19 (10-13) | Indiana Changes |
| CA 01 46 (10-13) | Tennessee Changes |
| CA 03 01 (10-13) | Deductible Liability Coverage |
| CA 04 33 (10-13) | Indiana Changes - Pollution Exclusion |
| CA 21 20 (02-22) | Tennessee Uninsured Motorists Coverage |
| CA 21 44 (12-15) | Indiana Uninsured Motorists Coverage |
| CA 23 45 (11-20) | Public Or Livery Passenger Conveyance And On-Demand Delivery Services Exclusion |
| CA 23 84 (10-13) | Exclusion of Terrorism |
| CA 23 94 (10-13) | Silica Or Silica-Related Dust Exclusion For Covered Autos Exposure |
| CA 25 28 (10-13) | Abuse Or Molestation Exclusion For General Liability Coverages |
| CA 25 37 (10-13) | Fungi Or Bacteria Exclusion - General Liability Coverages |
| CA 25 39 (10-13) | Silica Or Silica-Related Dust Exclusion For General Liability Coverages |
| CA 25 48 (10-13) | Employee Benefits Liability Coverage |
| CA 25 57 (10-13) | Communicable Disease Exclusion For General Liability Coverages |
| CA 25 65 (10-13) | Total Bankruptcy Or Insolvency Exclusion For Acts, Errors Or Omissions Liability Coverages |
| CA 27 05 (11-20) | Unmanned Aircraft Exclusion For General Liability Coverages |
| CA 31 16 (12-15) | Indiana Underinsured Motorists Coverage |

Original                                                    **Page 1 of 2**

EXHIBIT A-045

## SCHEDULE OF FORMS AND ENDORSEMENTS

| POLICY NUMBER: | EFFECTIVE DATE: |
|---|---|
| CA0952079 | 05/01/2022 |

**NUMBER**             **TITLE**

CA 99 03 (10-13)    Auto Medical Payments Coverage
CA 99 87 (10-13)    Tennessee Loss Payable Clause

EXHIBIT A-046

## NAMED INSURED EXTENSION SCHEDULE

| POLICY NUMBER: | EFFECTIVE DATE: |
|---|---|
| CA0952079 | 05/01/2022 |

Transport Enterprise Leasing LLC
TEL Equipment Sales LLC

**INSDSCHD 04 06**                          Original                          **Page 1 of 1**

EXHIBIT A-047

## LOSS PAYEE EXTENSION SCHEDULE

| POLICY NUMBER: | EFFECTIVE DATE: |
|---|---|
| CA0952079 | 05/01/2022 |

**Vehicle/Location**                                  **Loss Payee**

Loc#:001                                       SmartBank
                                               835 Georgia Avenue
                                               Chattanooga, TN 37402

Loc#:001                                       BMO Harris Bank NA
                                               PO Box 35704
                                               Billings, MT 59107

Loc#:001                                       Fifth Third Bank NA ISAOA
                                               38 Fountain Square Plaza MD 10
                                               Cincinnati, OH 45263

Original                                       **Page 1 of 1**

EXHIBIT A-048

**COMMERCIAL AUTO**
**CA 00 25 11 20**

# AUTO DEALERS COVERAGE FORM

Various provisions in this Policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this Policy, the words "you" and "your" refer to the Named Insured shown in the Declarations and include your spouse, if you are an individual. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERED AUTOS COVERAGES

### A. Description Of Covered Auto Designation Symbols

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

| Symbol | | Description Of Covered Auto Designation Symbols |
|---|---|---|
| 21 | Any "Auto" | |
| 22 | Owned "Autos" Only | Only those "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the Policy begins. |
| 23 | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the Policy begins. |
| 24 | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the Policy begins. |
| 25 | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the Policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged. |
| 26 | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the Policy begins provided they are subject to the same state uninsured motorists requirement. |
| 27 | Specifically Described "Autos" | Only those "autos" described in Item Seven of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to a power unit described in Item Seven). |
| 28 | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent, or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |

| 29 | Non-owned "Autos" Used In Your "Auto" Dealership | Any "auto" you do not own, lease, hire, rent or borrow used in connection with your "auto" dealership described in the Declarations. This includes "autos" owned by your "employees" or partners (if you are a partnership), members (if you are a limited liability company) or members of their households while used in your "auto" dealership. |
|---|---|---|
| 30 | "Autos" Left With You For Service, Repair, Storage Or Safekeeping | Any land motor vehicle, trailer or semitrailer lawfully within your possession for service, repair, storage or safekeeping, with or without the vehicle owner's knowledge or consent. This also includes "autos" left in your care by your "employees" and members of their households who pay for the services performed. |
| 31 | "Auto" Dealers' "Autos" (Physical Damage Coverages) | Any "autos" and the interests in these "autos" described in Item Six of the Declarations. |

**B. Owned Autos**

1. If Symbols **21, 22, 23, 24, 25** or **26** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire after the policy period begins of the type described for the remainder of the policy period.

2. But, if Symbol **27** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire after the policy period begins will be a covered "auto" for that coverage only if:

   a. We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

3. An "auto" that is leased or rented to you without a driver, under a written agreement for a continuous period of at least six months that requires you to provide primary insurance covering such "auto", will be considered a covered "auto" you own.

**C. Certain Trailers And Temporary Substitute Autos**

If Covered Autos Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Covered Autos Liability Coverage:

1. "Trailers" with a registered Gross Vehicle Weight Rating of 3,000 pounds or less designed primarily for travel on public roads.

2. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   a. Breakdown;

   b. Repair;

   c. Servicing;

   d. "Loss"; or

   e. Destruction.

**D. Covered Autos Liability Coverage**

1. **Coverage**

   We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos".

   We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Covered "Autos" Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

2. **Who Is An Insured**

   The following are "insureds" for covered "autos":

   a. You for any covered "auto".

   b. Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

      (1) The owner or anyone else from whom you hire or borrow a covered "auto".

          This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

      (2) Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

      (3) Someone using a covered "auto" while he or she is working in a business of selling, servicing or repairing "autos" unless that business is yours.

      (4) Your customers. However, if a customer of yours:

          (a) Has no other available insurance (whether primary, excess or contingent), they are an "insured" but only up to the compulsory or financial responsibility law limits where the covered "auto" is principally garaged.

          (b) Has other available insurance (whether primary, excess or contingent) less than the compulsory or financial responsibility law limits where the covered "auto" is principally garaged, they are an "insured" only for the amount by which the compulsory or financial responsibility law limits exceed the limit of their other insurance.

      (5) A partner (if you are a partnership), or a member (if you are a limited liability company), for a covered "auto" owned by him or her or a member of his or her household.

   c. Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

   d. Your "employee" while using a covered "auto" you do not own, hire or borrow in your business or your personal affairs.

3. **Coverage Extensions**

   a. **Supplementary Payments**

      We will pay for the "insured":

      (1) All expenses we incur.

      (2) Up to $2,000 for the cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

      (3) The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

      (4) All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

      (5) All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

      (6) All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

      These payments will not reduce the Limit of Insurance.

 © Insurance Services Office, Inc., 2019

EXHIBIT A-051

b. **Out-of-state Coverage Extensions**

While a covered "auto" is away from the state where it is licensed, we will:

(1) Increase the Limit of Insurance for Covered Autos Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

(2) Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

4. **Exclusions**

This insurance does not apply to any of the following:

a. **Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

b. **Contractual**

Liability assumed under any contract or agreement. But this exclusion does not apply to liability for damages:

(1) Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

(2) That the "insured" would have in the absence of the contract or agreement.

c. **Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

d. **Employee Indemnification And Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the "insured" arising out of and in the course of:

(a) Employment by the "insured"; or

(b) Performing the duties related to the conduct of the "insured's" business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

(a) Whether the "insured" may be liable as an employer or in any other capacity; and

(b) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of Covered Autos Liability Coverage, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

e. **Fellow Employee**

"Bodily injury" to:

(1) Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

(2) The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **(1)** above.

f. **Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving:

(1) Property owned, rented or occupied by the "insured";

(2) Property loaned to the "insured";

(3) Property held for sale or being transported by the "insured"; or

(4) Property in the "insured's" care, custody or control.

But this exclusion does not apply to liability assumed under a sidetrack agreement.

g. **Leased Autos**

Any covered "auto" while leased or rented to others. But this exclusion does not apply to a covered "auto" you rent to one of your customers while their "auto" is left with you for service or repair.

EXHIBIT A-052

**h. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(1)** That are, or that are contained in any property that is:

    **(a)** Being transported or towed by, handled, or handled for movement into, onto or from, the covered "auto";

    **(b)** Otherwise in the course of transit by or on behalf of the "insured"; or

    **(c)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**(2)** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**(3)** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **(1)** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if the "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants".

Paragraphs **(2)** and **(3)** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

    **(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

    **(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**i. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**j. Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

**(1)** Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

**(2)** After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

**k. Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

**l. Defective Products**

"Property damage" to any of your "products" if caused by a defect existing in your "products" or any part of your "products" at the time it was transferred to another.

**m. Work You Performed**

"Property damage" to "work you performed" if the "property damage" results from any part of the work itself or from the parts, materials or equipment used in connection with the work.

**n. Damage To Impaired Property Or Property Not Physically Damaged**

"Property damage" to "impaired property" or other property not physically damaged if caused by:

**(1)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

 © Insurance Services Office, Inc., 2019

(2) A defect, deficiency, inadequacy or dangerous condition in your "products" or "work you performed". But this exclusion, **n.(2),** does not apply if the loss of use was caused by sudden and accidental damage to or destruction of your "products" or "work you performed" after they have been put to their intended use.

o. **Products Recall**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of your "products" or "work you performed" or other property of which they form a part, if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

p. **War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

q. **Acts, Errors Or Omissions**

"Bodily injury" or "property damage" arising out of "acts, errors or omissions".

r. **Unmanned Aircraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance or use of "unmanned aircraft".

5. **Limit Of Insurance – Covered Autos Liability**

For "accidents" resulting from the ownership, maintenance or use of covered "autos", the following applies:

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" involving a covered "auto" is the Limit Of Insurance for Covered "Autos" Liability Coverage shown in the Declarations.

Damages and "covered pollution cost or expense" payable under the Limit of Insurance for Covered "Autos" Liability Coverage are not payable under any applicable Limits of Insurance under Section **II** – General Liability Coverages or Section **III** – Acts, Errors Or Omissions Liability Coverage.

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Auto Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

E. **Garagekeepers Coverage**

1. **Coverage**

a. We will pay all sums the "insured" legally must pay as damages for "loss" to a "customer's auto" or "customer's auto" equipment left in the "insured's" care while the "insured" is attending, servicing, repairing, parking or storing it in your "auto dealer operations" under:

(1) **Comprehensive Coverage**

From any cause except:

(a) The "customer's auto's" collision with another object; or

**(b)** The "customer's auto's" overturn.

**(2) Specified Causes Of Loss Coverage**

Caused by:

**(a)** Fire, lightning or explosion;

**(b)** Theft; or

**(c)** Mischief or vandalism.

**(3) Collision Coverage**

Caused by:

**(a)** The "customer's auto's" collision with another object; or

**(b)** The "customer's auto's" overturn.

**b.** We have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for any loss to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends for a coverage when the Limit of Insurance for that coverage has been exhausted by payment of judgments or settlements.

**2. Who Is An Insured**

The following are "insureds" for "loss" to "customer's autos" and "customer's auto" equipment:

**a.** You.

**b.** Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "auto dealer operations".

**c.** Your members, if you are a limited liability company, but only with respect to the conduct of your "auto dealer operations". Your managers are also "insureds", but only with respect to their duties as your managers.

**d.** Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.

**e.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing duties related to the conduct of your "auto dealer operations".

**3. Coverage Extensions**

The following apply as **Supplementary Payments.** We will pay for the "insured":

**a.** All expenses we incur.

**b.** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**c.** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**d.** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**e.** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**4. Exclusions**

**a.** This insurance does not apply to any of the following:

**(1) Contractual**

Liability resulting from any contract or agreement by which the "insured" accepts responsibility for "loss". But this exclusion does not apply to liability for "loss" that the "insured" would have in the absence of the contract or agreement.

**(2) Theft**

"Loss" due to theft or conversion caused in any way by you, your "employees" or by your stockholders.

**(3) Defective Parts**

Defective parts or materials.

**(4) Faulty Work**

Faulty "work you performed".

**b.** We will not pay for "loss" to any of the following:

**(1)** Tape decks or other sound-reproducing equipment unless permanently installed in a "customer's auto".

(2) Tapes, records or other sound-reproducing devices designed for use with sound-reproducing equipment.

(3) Sound-receiving equipment designed for use as a citizens' band radio, two-way mobile radio or telephone or scanning monitor receiver, including its antennas and other accessories, unless permanently installed in the dash or console opening normally used by the "customer's auto" manufacturer for the installation of a radio.

(4) Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

c. We will not pay for "loss" caused by or resulting from the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

5. **Limit Of Insurance And Deductibles**

a. Regardless of the number of "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" at each location is the Garagekeepers Coverage Limit Of Insurance shown in the Declarations for that location. Prior to the application of this limit, the damages for "loss" that would otherwise be payable will be reduced by the applicable deductibles for "loss" caused by:

(1) Collision; or

(2) With respect to Garagekeepers Coverage Comprehensive or Specified Causes Of Loss Coverage:

(a) Theft or mischief or vandalism; or

(b) All perils.

b. The maximum deductible stated in the Declarations for Garagekeepers Coverage Comprehensive or Specified Causes Of Loss Coverage is the most that will be deducted for all "loss" in any one event caused by:

(1) Theft or mischief or vandalism; or

(2) All perils.

c. To settle a claim or "suit", we may pay all or any part of the deductible. If this happens, you must reimburse us for the deductible or that part of the deductible that we paid.

F. **Physical Damage Coverage**

1. **Coverage**

a. We will pay for "loss" to a covered "auto" or its equipment under:

(1) **Comprehensive Coverage**

From any cause except:

(a) The covered "auto's" collision with another object; or

(b) The covered "auto's" overturn.

(2) **Specified Causes Of Loss Coverage**

Caused by:

(a) Fire, lightning or explosion;

(b) Theft;

(c) Windstorm, hail or earthquake;

(d) Flood;

(e) Mischief or vandalism; or

(f) The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

(3) **Collision Coverage**

Caused by:

(a) The covered "auto's" collision with another object; or

(b) The covered "auto's" overturn.

b. **Glass Breakage – Hitting A Bird Or Animal – Falling Objects Or Missiles**

If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

(1) Glass breakage;

EXHIBIT A-056

(2) "Loss" caused by hitting a bird or animal; and

(3) "Loss" caused by falling objects or missiles.

However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

2. **Coverage Extension – Loss Of Use Expenses**

For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver, under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

a. Other than collision only if the Declarations indicates that Comprehensive Coverage is provided for any covered "auto";

b. Specified Causes of Loss only if the Declarations indicates that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

c. Collision only if the Declarations indicates that Collision Coverage is provided for any covered "auto".

However, the most we will pay for any expenses for loss of use is $30 per day, to a maximum of $900.

3. **Exclusions**

a. We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

(1) **Nuclear Hazard**

(a) The explosion of any weapon employing atomic fission or fusion; or

(b) Nuclear reaction or radiation, or radioactive contamination, however caused.

(2) **War Or Military Action**

(a) War, including undeclared or civil war;

(b) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(c) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

b. We will not pay for "loss" to any of the following:

(1) Any covered "auto" leased or rented to others unless rented to one of your customers while their "auto" is left with you for service or repair.

(2) Any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such contest or activity.

(3) Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

(4) Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

(5) Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

(6) Any accessories used with the electronic equipment described in Paragraph (5) above.

Exclusions **b.(5)** and **b.(6)** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

(a) Permanently installed in or upon the covered "auto" ;

(b) Removable from a housing unit which is permanently installed in or upon the covered "auto";

(c) An integral part of the same unit housing any electrical equipment described in Paragraphs **(a)** and **(b)** above; or

(d) Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system.

c. **False Pretense**

We will not pay for "loss" to a covered "auto" caused by or resulting from:

(1) Someone causing you to voluntarily part with it by trick or scheme or under false pretenses; or

(2) Your acquiring an "auto" from a seller who did not have legal title.

d. We will not pay for:

(1) Your expected profit, including loss of market value or resale value.

(2) "Loss" to any covered "auto" displayed or stored at any location not shown in Item Three of the Declarations if the "loss" occurs more than 45 days after your use of the location begins.

(3) Under the Collision Coverage, "loss" to any covered "auto" while being driven or transported from the point of purchase or distribution to its destination if such points are more than 50 road miles apart.

(4) Under the Specified Causes Of Loss Coverage, "loss" to any covered "auto" caused by or resulting from the collision or upset of any vehicle transporting it.

e. We will not pay for "loss" to a covered "auto" due to "diminution in value".

f. **Other Exclusions**

We will not pay for "loss" due and confined to:

(1) Wear and tear, freezing, mechanical or electrical breakdown.

(2) Blowouts, punctures or other road damage to tires.

This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

4. **Limits Of Insurance**

a. The most we will pay for:

(1) "Loss" to any one covered "auto" is the lesser of:

(a) The actual cash value of the damaged or stolen property as of the time of "loss"; or

(b) The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

(2) All electronic equipment that reproduces, receives or transmits audio, visual or data signals in any one "loss" is $1,000, if, at the time of "loss", such electronic equipment is:

(a) Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

(b) Removable from a permanently installed housing unit as described in Paragraph (2)(a) above; or

(c) An integral part of such equipment as described in Paragraphs (2)(a) and (2)(b) above.

b. An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

c. If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

d. The following provisions also apply:

(1) Regardless of the number of covered "autos" involved in the "loss", the most we will pay for all "loss" at any one location is the amount shown in the Declarations for that location. Regardless of the number of covered "autos" involved in the "loss", the most we will pay for all "loss" in transit is the amount shown in the Declarations for "loss" in transit.

(2) **Quarterly Or Monthly Reporting Premium Basis**

If, on the date of your last report, the actual value of the covered "autos" at the "loss" location exceeds what you last reported, when a "loss" occurs we will pay only a percentage of what we would otherwise be obligated to pay. We will determine this percentage by dividing your total reported value for the involved location by the total actual value at the "loss" location on the date of your last report.

If the first report due is delinquent on the date of "loss", the most we will pay will not exceed 75 percent of the Limit Of Insurance shown in the Declarations for the applicable location.

© Insurance Services Office, Inc., 2019             **CA 00 25 11 20**

**(3) Nonreporting Premium Basis**

If, when "loss" occurs, the total value of your covered "autos" exceeds the Limit Of Insurance shown in the Declarations, we will pay only a percentage of what we would otherwise be obligated to pay. We will determine this percentage by dividing the Limit of Insurance by the total actual value at the "loss" location at the time the "loss" occurred.

**5. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations prior to the application of the Limit Of Insurance, provided that:

**a.** The Comprehensive or Specified Causes Of Loss Coverage deductible applies only to "loss" caused by:

**(1)** Theft or mischief or vandalism; or

**(2)** All perils.

**b.** Regardless of the number of covered "autos" damaged or stolen:

**(1)** The per "loss" deductible for Comprehensive or Specified Causes Of Loss Coverage shown in Item Six of the Declarations for "autos" held for sale is the maximum deductible applicable for all "loss" in any one event caused by:

**(a)** Theft or mischief or vandalism; or

**(b)** All perils.

**(2)** The maximum deductible applicable to "autos" not held for sale for all "loss" in any one event caused by:

**(a)** Theft or mischief or vandalism; or

**(b)** All perils,

will be equal to five times the highest deductible applicable to any one covered "auto" on the Policy for Comprehensive or Specified Causes Of Loss Coverage. The application of the highest deductible used to calculate the maximum deductible will be made regardless of which covered "autos" were damaged or stolen in the "loss".

**SECTION II – GENERAL LIABILITY COVERAGES**

**A. Bodily Injury And Property Damage Liability**

**1. Coverage**

**a.** We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from your "auto dealer operations".

We have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. But:

**(1)** The amount we will pay for damages is limited as described in Paragraph **F.** Limits Of Insurance – General Liability Coverages; and

**(2)** Our duty to defend or settle ends when the applicable limit of insurance has been exhausted by payment of judgments or settlements under Paragraph **A.** Bodily Injury And Property Damage Liability or **B.** Personal And Advertising Injury Liability or medical expenses under Paragraph **C.** Locations And Operations Medical Payments.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "accident" occurs in the coverage territory;

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

(3) Prior to the policy period, no "insured" listed under Paragraphs **D.1.** through **D.4.** of the Who Is An Insured provision and no "employee" authorized by you to give or receive notice of an "accident" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed "insured" or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any "insured" listed under Paragraphs **D.1.** through **D.4.** of the Who Is An Insured provision or any "employee" authorized by you to give or receive notice of an "accident" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any "insured" listed under Paragraphs **D.1.** through **D.4.** of the Who Is An Insured provision or any "employee" authorized by you to give or receive notice of an "accident" or claim:

(1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

2. **Exclusions**

This insurance does not apply to any of the following:

a. **Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured". This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

b. **Contractual**

Liability assumed under any contract or agreement. But this exclusion does not apply to liability for damages:

(1) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

(2) That the "insured" would have in the absence of the contract or agreement.

c. **Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

d. **Employee Indemnification And Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the "insured" arising out of and in the course of:

(a) Employment by the "insured"; or

(b) Performing the duties related to the conduct of the "insured's" business;

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above;

(3) A person arising out of any:

(a) Refusal to employ that person;

(b) Termination of that person's employment; or

(c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

(4) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraph **(3)(a), (b)** or **(c)** above are directed.

This exclusion applies:

(a) Whether the injury-causing event described in Paragraph **(3)(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

(b) Whether the "insured" may be liable as an employer or in any other capacity; and

(c) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Paragraphs **(1)** and **(2)** of this exclusion do not apply to liability assumed by the "insured" under an "insured contract".

e. **Damage To Property**

"Property damage" to:

**(1)** Property you own, rent or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Property loaned to the "insured";

**(3)** Property held for sale or being transported by the "insured"; or

**(4)** Property in the "insured's" care, custody or control.

Paragraphs **(1)**, **(2)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Paragraph **F.** Limits Of Insurance – General Liability Coverages.

This exclusion does not apply to liability assumed under a sidetrack agreement.

f. **Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location that is or was at any time owned or occupied by, or rented or loaned to, any "insured";

(b) At or from any premises, site or location that is or was at any time used by or for any "insured" or others for the handling, storage, disposal, processing or treatment of waste;

(c) At or from any premises, site or location on which any "insured" or any contractors or subcontractors working directly or indirectly on any "insured's" behalf are performing operations:

(i) To test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, the "pollutants"; or

(ii) If the "pollutants" are brought on or to the premises, site or location in connection with such operations by such "insured", contractor or subcontractor; or

(d) That are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any "insured" or any person or organization for whom you may be legally responsible.

Paragraphs **(1)(a)** and **(1)(c)(ii)** do not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire. A hostile fire means one that becomes uncontrollable, or breaks out from where it was intended to be.

Paragraph **(1)(a)** does not apply to "bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests.

Paragraph **(1)(c)(ii)** does not apply to "bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from material brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor.

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the "insured" would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

g. **Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any "insured". Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any "insured" allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that "insured", if the "accident" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any "insured".

This exclusion does not apply to:

(1) A watercraft while ashore on premises where you conduct "auto dealer operations";

(2) A watercraft you do not own that is:

(a) Less than 26 feet long; and

(b) Not being used to carry persons or property for a charge; or

(3) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft.

h. **Defective Products**

"Property damage" to any of your "products" if caused by a defect existing in your "products" or any part of your "products" at the time it was transferred to another.

i. **Work You Performed**

"Property damage" to "work you performed" if the "property damage" results from any part of the work itself or from the parts, materials or equipment used in connection with the work.

j. **Damage To Impaired Property Or Property Not Physically Damaged**

"Property damage" to "impaired property" or other property not physically damaged if caused by:

(1) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

(2) A defect, deficiency, inadequacy or dangerous condition in your "products" or "work you performed". But this exclusion, **j.(2)**, does not apply if the loss of use was caused by sudden and accidental damage to or destruction of your "products" or "work you performed" after they have been put to their intended use.

k. **Products Recall**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of your "products" or "work you performed" or other property of which they form a part, if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

l. **War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

© Insurance Services Office, Inc., 2019    CA 00 25 11 20

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**m. Liquor Liability**

"Bodily injury" or "property damage" for which any "insured" may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**n. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**o. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair And Accurate Credit Transaction Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**p. Access Or Disclosure Of Confidential Or Personal Information**

"Bodily injury" or "property damage" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information. This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

Exclusions **c.** through **m.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Paragraph **F.** Limits Of Insurance – General Liability Coverages.

**B. Personal And Advertising Injury Liability**

**1. Coverage**

We will pay all sums the "insured" legally must pay as damages because of "personal and advertising injury" to which this insurance applies, caused by an offense arising out of your "auto dealer operations", but only if the offense was committed in the coverage territory during the policy period.

We will have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. But:

a. The amount we will pay for damages is limited as described in Paragraph **F.** Limits Of Insurance – General Liability Coverages; and

b. Our duty to defend or settle ends when the applicable limit of insurance has been exhausted by payment of judgments or settlements under Paragraph **A.** Bodily Injury And Property Damage Liability or Paragraph **B.** Personal And Advertising Injury Liability or medical expenses under Paragraph **C.** Locations And Operations Medical Payments.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

2. **Exclusions**

This insurance does not apply to:

a. **Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the "insured" with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

b. **Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the "insured" with knowledge of its falsity.

c. **Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

d. **Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the "insured".

e. **Contractual**

"Personal and advertising injury" for which the "insured" has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the "insured" would have in the absence of the contract or agreement.

f. **Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

g. **Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

h. **Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

i. **Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

j. **Electronic Chat Rooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chat room or bulletin board the "insured" hosts, owns, or over which the "insured" exercises control.

k. **Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

l. **Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

© Insurance Services Office, Inc., 2019          CA 00 25 11 20

m. **Pollution-related**

Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

n. **War**

"Personal and advertising injury" arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

o. **Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair And Accurate Credit Transaction Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

p. **Employment-related Practices**

"Personal and advertising injury" to:

(1) A person arising out of any:

(a) Refusal to employ that person;

(b) Termination of that person's employment; or

(c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraph **(1)(a)**, **(b)** or **(c)** above are directed.

This exclusion applies:

(a) Whether the injury-causing event described in Paragraph **(1)(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

(b) Whether the "insured" may be liable as an employer or in any other capacity; and

(c) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

q. **Acts, Errors Or Omissions**

"Personal and advertising injury" arising out of "acts, errors or omissions".

**r. Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information. This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

**C. Locations And Operations Medical Payments**

**1. Coverage**

a. We will pay medical expenses as described below to or for each person who sustains "bodily injury" to which this coverage applies, caused by an "accident" and resulting from your "auto dealer operations".

b. We will pay only those expenses incurred for services rendered within one year from the date of the "accident".

c. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an "accident";

(2) Necessary medical, surgical, diagnostic imaging and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

This insurance does not apply to "bodily injury":

**a. Workers' Compensation**

To a person, whether or not an "employee" of any "insured", if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**b. Insured**

To any "insured".

**c. Hired Person**

To a person hired to do work for or on behalf of any "insured" or a tenant of any "insured".

**d. Injury On Normally Occupied Premises**

To a person injured on that part of the premises you own or rent that the person normally occupies.

**e. Athletic Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Injury Away From Auto Dealer Locations**

Sustained by a person away from locations owned, maintained or used for your "auto dealer operations".

**g. Bodily Injury And Property Damage Liability**

Excluded under Paragraph **A.** Bodily Injury And Property Damage Liability.

**D. Who Is An Insured**

The following are "insureds" for General Liability Coverages:

**1.** You.

**2.** Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "auto dealer operations".

**3.** Your members, if you are a limited liability company, but only with respect to the conduct of your "auto dealer operations". Your managers are also "insureds", but only with respect to their duties as your managers.

**4.** Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.

© Insurance Services Office, Inc., 2019     CA 00 25 11 20

5. Your "employees", other than either your "executive officers" (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing duties related to the conduct of your "auto dealer operations". However, no "employee" is an "insured" for:

a. "Bodily injury" or "personal and advertising injury":

(1) To you (if you are an individual), your partners (if you are a partnership), your members (if you are a limited liability company) or a fellow "employee" of the "insured" while in the course of his or her employment or while performing duties related to the conduct of your "auto dealer operations";

(2) To the spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph (1) above;

(3) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph (1) or (2) above; or

(4) Arising out of his or her providing or failing to provide professional health care services.

b. "Property damage" to property:

(1) Owned, occupied or used by;

(2) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", any partner or member (if you are a partnership) or any member (if you are a limited liability company).

6. Any "auto" dealership that is acquired or formed by you, other than a partnership or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that "auto" dealership. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier; and

b. Coverage does not apply to:

(1) "Bodily injury" or "property damage" that occurred; or

(2) "Personal and advertising injury" arising out of an offense committed

before you acquired or formed the "auto" dealership.

No person or organization is an "insured" with respect to the conduct of any current or past partnership or limited liability company that is not shown as a Named Insured in the Declarations.

E. Supplementary Payments

With respect to coverage provided under Bodily Injury And Property Damage Liability and Personal And Advertising Injury Liability Coverages, we will pay for the "insured":

1. All expenses we incur.

2. The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

3. All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

4. All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

5. All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

F. Limits Of Insurance – General Liability Coverages

1. Regardless of the number of "insureds", claims made or "suits" brought or persons or organizations making claims or bringing "suits", the:

a. General Liability Aggregate Limit shown in the Declarations is the most we will pay for the sum of all:

(1) Damages under Paragraph A. Bodily Injury And Property Damage Liability, except damages because of "bodily injury" and "property damage" that are both:

(a) Sustained away from locations owned, maintained or used for your "auto dealer operations"; and

**(b)** Arising out of your "products" or "work you performed";

**(2)** Damages under Paragraph **B.** Personal And Advertising Injury Liability; and

**(3)** Medical expenses under Paragraph **C.** Locations And Operations Medical Payments.

**b.** Products And Work You Performed Aggregate Limit is the most we will pay under Paragraph **A.** Bodily Injury And Property Damage Liability for "bodily injury" and "property damage" that are both:

**(1)** Sustained away from locations owned, maintained or used for your "auto dealer operations"; and

**(2)** Arising out of your "products" or "work you performed".

2. Subject to Paragraph **1.a.** above, the Personal And Advertising Injury Liability Limit is the most we will pay for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization under Paragraph **B.** Personal And Advertising Injury Liability.

3. Subject to Paragraph **1.a.** above, the Locations And Operations Medical Payments Limit is the most we will pay for all medical expenses because of "bodily injury" for each person injured in any one "accident" under Paragraph **C.** Locations And Operations Medical Payments.

4. Subject to Paragraph **1.a.** or **1.b.** above, whichever applies, the General Liability Bodily Injury And Property Damage Liability Each "Accident" Limit shown in the Declarations is the most we will pay for the sum of all damages under Paragraph **A.** Bodily Injury And Property Damage Liability resulting from any one "accident".

Damages payable under any applicable Limits of Insurance for General Liability Coverages are not payable under Section **I** – Covered Autos Coverages or Section **III** – Acts, Errors Or Omissions Liability Coverage.

5. Subject to Paragraph **4.** above, the Damage To Premises Rented To You Limit is the most we will pay under Paragraph **A.** Bodily Injury And Property Damage Liability for damages because of "property damage" to any one premises, while rented to you or, in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

6. The Aggregate Limits of Insurance for General Liability Coverages apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Aggregate Limits of Insurance – General Liability Coverages.

7. We will deduct $500 from the damages in any "accident" resulting from "property damage" to an "auto" as a result of "work you performed" on that "auto".

**SECTION III – ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES**

**A. Coverage**

We will pay all sums that an "insured" legally must pay as damages because of any "act, error or omission" of the "insured" to which this insurance applies and arising out of the conduct of your "auto dealer operations", but only if the "act, error or omission" is committed in the coverage territory during the policy period.

We will have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for "acts, error or omissions" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. But:

1. The amount we will pay for damages is limited as described in Paragraph **E.** Limits Of Insurance And Deductible; and

2. Our duty to defend or settle ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Paragraph **D.** Supplementary Payments.

**B. Exclusions**

This insurance does not apply to:

1. **Criminal, Fraudulent, Malicious, Dishonest Or Intentional Acts**

Damages arising out of any criminal, fraudulent, malicious, dishonest or intentional "act, error or omission" by an "insured", including the willful or reckless violation of any law or regulation. However, this exclusion does not apply to any "insured" who did not:

**a.** Personally commit;

b. Personally participate in;

c. Personally acquiesce to; or

d. Remain passive after having knowledge of;

any such "act, error or omission".

2. **Bodily Injury, Property Damage Or Personal And Advertising Injury**

"Bodily injury", "property damage" or "personal and advertising injury".

3. **Profit Gain**

Damages based upon, attributable to or arising in fact out of the gaining of any profit, remuneration or advantage to which any "insured" was not entitled.

4. **Contractual**

Liability for which the "insured" has assumed in a contract or agreement. This exclusion does not apply to liability for damages that the "insured" would have in the absence of the contract or agreement.

5. **Noncompensatory Damages**

Criminal fines or penalties imposed by law or regulation, punitive or exemplary damages or demands for injunctive or equitable relief.

6. **Quality Or Performance Of Goods – Failure To Conform To Statements**

Damages arising out of the failure of goods, products or services to conform with any statement of quality or performance.

7. **Recording And Distribution Of Material Or Information In Violation Of Law**

Damages arising directly or indirectly out of any "act, error or omission" that violates or is alleged to violate:

a. The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

b. The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

c. The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

d. Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

8. **Discrimination**

Damages arising directly or indirectly out of any "act, error or omission" that violates a person's civil rights with respect to such person's race, color, national origin, religion, gender, marital status, age, sexual orientation or preference, physical or mental condition, or any other protected class or characteristic established by any federal, state or local statutes, rules or regulations.

9. **Bankruptcy Or Insolvency**

Damages arising out of the:

a. Bankruptcy;

b. Financial inability to pay;

c. Insolvency;

d. Liquidation; or

e. Receivership;

of any insurance company, reinsurer or other risk-assuming entity in which the "insured" has placed or obtained insurance for a customer.

However, this exclusion does not apply if the insurance company, reinsurer or other risk-assuming entity was rated "B+" or higher by A. M. Best Company, Inc. at the time the insurance was placed or obtained.

10. **Access Or Disclosure Of Confidential Or Personal Information**

Damages arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information. This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

C. **Who Is An Insured**

The following are "insureds" for "acts, errors or omissions":

1. You.

2. Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "auto dealer operations".

3. Your members, if you are a limited liability company, but only with respect to the conduct of your "auto dealer operations". Your managers are also "insureds", but only with respect to their duties as your managers.

EXHIBIT A-069

4. Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.

5. Your "employees", other than either your "executive officers" (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing duties related to the conduct of your "auto dealer operations".

6. Any "auto" dealership that is acquired or formed by you, other than a partnership or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that "auto" dealership. However:

   a. Coverage under this provision is afforded only until the 90th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier; and

   b. Coverage does not apply to "acts, errors or omissions" that were committed before you acquired or formed the "auto" dealership.

No person or organization is an "insured" with respect to the conduct of any current or past partnership or limited liability company that is not shown as a Named Insured in the Declarations.

### D. Supplementary Payments

With respect to "Acts, Errors Or Omissions" Liability Coverage, we will pay for the "insured":

1. All expenses we incur.

2. The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

3. All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

4. All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

5. All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

### E. Limit Of Insurance And Deductible

1. Regardless of the number of:

   a. "Insureds";

   b. Claims made or "suits" brought;

   c. Persons or organizations making claims or bringing "suits"; or

   d. "Acts, errors or omissions",

   the "Acts, Errors Or Omissions" Liability Aggregate Limit shown in the Declarations is the most we will pay for all damages because of "acts, errors or omissions" under Section **III.**

2. Damages payable under the Limits of Insurance for "Acts, Errors Or Omissions" Liability Coverage are not payable under any applicable Limits of Insurance under Section **I** – Covered Autos Coverages or Section **II** – General Liability Coverages.

3. Our obligation to pay damages applies only to the amount of damages in excess of any deductible amount stated in the Declarations as applicable to this coverage. The Limits of Insurance for "Acts, Errors Or Omissions" Liability Coverage will not be reduced by the amount of this deductible.

   To settle a claim or "suit", we may pay all or any part of the deductible. If this happens, you must reimburse us for the deductible or that part of the deductible that we paid.

4. The "Acts, Errors Or Omissions" Liability Aggregate Limit applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the "Acts, Errors Or Omissions" Liability Aggregate Limit.

## SECTION IV – CONDITIONS

The following conditions apply in addition to the Common Policy Conditions:

### A. Loss Conditions

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire.

The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions**

We have no duty to provide coverage under this Policy unless there has been full compliance with the following duties:

**a.** In the event of "accident", claim, "suit", offense, "loss" or "act, error or omission", you must give us or our authorized representative prompt notice of the "accident", offense, "loss" or "act, error or omission". Include:

**(1)** How, when and where the "accident", offense, "loss" or "act, error or omission" occurred;

**(2)** What the "act, error or omission" was;

**(3)** The "insured's" name and address;

**(4)** To the extent possible, the names and addresses of:

**(a)** Any injured persons and witnesses; or

**(b)** Anyone who may suffer damages as a result of an "act, error or omission".

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

**(4)** Authorize us to obtain medical records or other pertinent information.

**(5)** Submit to examination at our expense, by physicians of our choice, as often as we reasonably require.

**(6)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the "insured" because of an "act, error or omission" to which this insurance may also apply.

**c.** If there is "loss" to a covered "auto" or its equipment, you must also do the following:

**(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

**(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

**(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

**(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

**b.** Under any liability coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this Policy to bring us into an action to determine the "insured's" liability.

CA 00 25 11 20                    © Insurance Services Office, Inc., 2019                    **Page 23 of 29**

4. **Loss Payment – Physical Damage Coverages**

At our option, we may:

a. Pay for, repair or replace damaged or stolen property;

b. Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

c. Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

5. **Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

This condition does not apply to damages under Paragraph **C.** Locations And Operations Medical Payments Coverage of Section **II** – General Liability Coverages.

B. **General Conditions**

1. **Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

2. **Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

a. This Coverage Form;

b. The covered "auto";

c. Your interest in the covered "auto"; or

d. A claim under this Coverage Form.

3. **Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

4. **No Benefit To Bailee – Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

5. **Other Insurance**

a. For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Covered Autos Liability Coverage this Coverage Form provides for the "trailer" is:

(1) Excess while it is connected to a motor vehicle you do not own; or

(2) Primary while it is connected to a covered "auto" you own.

b. For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

c. Regardless of the provisions of Paragraph **a.** above, this Coverage Form's Covered Autos Liability Coverage is primary for any liability assumed under an "insured contract".

d. For General Liability and "Acts, Errors Or Omissions" Liability Coverages, this insurance is primary except when **e.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **f.** below.

e. This Coverage Form is excess over any other insurance, whether primary, excess, contingent or on any other basis:

(1) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(2) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner;

(3) If the "loss" arises out of the maintenance or use of aircraft or watercraft to the extent not subject to Exclusion **g.** of Paragraph **A.** Bodily Injury And Property Damage Liability of Section **II** – General Liability Coverages; or

(4) That is specifically written to apply as primary insurance for liability arising out of your "acts, errors or omissions".

**f.** When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

**a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this Policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

**b.** If this Policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the Policy.

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover:

**a.** "Bodily injury", "property damage" and "losses" occurring;

**b.** "Personal and advertising injury" offenses and "acts, errors or omissions" committed; and

**c.** "Covered pollution cost or expense" arising out of "accidents" occurring,

during the policy period shown in the Declarations and within the coverage territory.

The coverage territory is:

(1) The United States of America;

(2) The territories and possessions of the United States of America;

(3) Puerto Rico;

(4) Canada; and

(5) Anywhere else in the world if:

(a) A covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less;

(b) The "bodily injury", "property damage" or "personal and advertising injury" is caused by an "insured" who permanently lives within the United States of America, its territories or possessions, Puerto Rico or Canada while the "insured" is temporarily outside of one of those places;

(c) The "personal and advertising injury" offense takes place through the Internet or similar electronic means of communication; or

(d) The "bodily injury" or "property damage" is caused by one of your "products" which is sold for use in the United States of America, its territories or possessions, Puerto Rico or Canada,

provided that the "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada, or in a settlement we agree to.

However, the coverage territory described in Paragraph **(5)** above does not apply to "work you performed".

We also cover "bodily injury", "property damage", "covered pollution cost or expense" and "losses" while a covered "auto" is being transported between the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us applies to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

**SECTION V – DEFINITIONS**

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Act, error or omission" means any actual or alleged negligent act, error or omission committed by an "insured" in the course of your "auto dealer operations" arising:

  **1.** Out of an "insured's" failure to comply with any local, state or federal law or regulation concerning the disclosure of credit or lease terms to consumers in connection with the sale or lease of an "auto" in your "auto dealer operations", including, but not limited to, the Truth In Lending and Consumer Leasing Acts;

  **2.** Out of an "insured's" failure to comply with any local, state or federal law or regulation concerning the disclosure of accurate odometer mileage to consumers in connection with the sale or lease of an "auto" in your "auto dealer operations";

  **3.** In an "insured's" capacity as an insurance agent or broker in the offering, placement or maintenance of any "auto" physical damage, auto loan/lease gap, credit life or credit disability insurance sold in connection with the sale or lease of an "auto" in your "auto dealer operations", but only if the "insured" holds a valid insurance agent or broker license at the time the "act, error or omission" is committed, in the jurisdiction in which your "auto dealer operations" is located, if required to do so by such jurisdiction; and

  **4.** Out of a defect in title in connection with the sale or lease of an "auto" in your "auto dealer operations".

**C.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

  **1.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

  **2.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**D.** "Auto" means a land motor vehicle, "trailer" or semitrailer.

**E.** "Auto dealer operations" means the ownership, maintenance or use of locations for an "auto" dealership and that portion of the roads or other accesses that adjoin these locations. "Auto dealer operations" also include all operations necessary or incidental to an "auto" dealership.

**F.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these.

**G.** "Covered pollution cost or expense" means any cost or expense arising out of:

  **1.** Any request, demand, order or statutory or regulatory requirement that the "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

  **2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of, "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

  **a.** That are, or that are contained in any property that is:

    **(1)** Being transported or towed by, handled, or handled for movement into, onto or from the covered "auto";

    **(2)** Otherwise in the course of transit by or on behalf of the "insured";

    **(3)** Being stored, disposed of, treated or processed in or upon the covered "auto"; or

  **b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

  **c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if the "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

(1) The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

(2) The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**H.** "Customer's auto" means a land motor vehicle, "trailer" or semitrailer lawfully within your possession for service, repair, storage or safekeeping, with or without the vehicle owner's knowledge or consent. A "customer's auto" also includes any such vehicle left in your care by your "employees" and members of their households who pay for services performed.

**I.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**J.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**K.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**L.** "Impaired property" means tangible property, other than your "product" or "work you performed", that cannot be used or is less useful because:

1. It incorporates your "product" or "work you performed" that is known or thought to be defective, deficient, inadequate or dangerous; or

2. You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of your "product" or " work you performed" or your fulfilling the terms of the contract or agreement.

**M.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**N.** "Insured contract" means:

1. A lease of premises;

2. A sidetrack agreement;

3. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

4. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

5. That part of any other contract or agreement pertaining to your "auto" dealership (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement;

6. An elevator maintenance agreement; or

7. That part of any contract or agreement entered into, as part of your "auto" dealership, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

a. That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(1) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawing and specifications; or

(2) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage.

b. That indemnifies any person or organization for damage by fire to premises rented or loaned to you or temporarily occupied by you with permission of the owner.

c. That pertains to the loan, lease or rental of an "auto", to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver.

d. That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

e. That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing.

O. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

P. "Loading or unloading" means the handling of property:

1. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

2. While it is in or on an aircraft, watercraft or "auto"; or

3. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

Q. "Loss" means direct and accidental loss or damage. But for Garagekeepers Coverage only, "loss" also includes any resulting loss of use.

R. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

1. False arrest, detention or imprisonment;

2. Malicious prosecution;

3. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

4. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

5. Oral or written publication, in any manner, of material that violates a person's right of privacy;

6. The use of another's advertising idea in your "advertisement"; or

7. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

S. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

T. "Products" includes:

1. The goods or products made or sold in an "auto" dealership by:

a. You; or

b. An "auto" dealership you have acquired; and

2. The providing of or failure to provide warnings or instructions.

U. "Property damage" means damage to or loss of use of tangible property.

V. "Suit" means a civil proceeding in which:

1. Damages because of "bodily injury", "property damage", "personal and advertising injury" or "acts, errors or omissions"; or

2. A "covered pollution cost or expense",

to which this insurance applies, are claimed.

"Suit" includes:

a. An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" submits with our consent.

W. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

X. "Trailer" includes semitrailer.

© Insurance Services Office, Inc., 2019

CA 00 25 11 20

EXHIBIT A-076

**Y.** "Unmanned aircraft" means an aircraft that is not:

    **1.** Designed;

    **2.** Manufactured; or

    **3.** Modified after manufacture;

to be controlled directly by a person from within or on the aircraft.

**Z.** "Work you performed" includes:

    **1.** Work that someone performed on your behalf; and

    **2.** The providing of or failure to provide warnings or instructions.

EXHIBIT A-077

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

# EXCLUSION - ASBESTOS

This endorsement modifies insurance provided under the following:

**AUTO DEALERS COVERAGE FORM**

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

**OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM**

**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM**

It is agreed that the General Liability Coverages provided under the above-referenced Coverage Form attached to this policy are amended as follows:

The following exclusion is added to **2. Exclusions**:

This insurance does not apply to loss, demand, claim or suit arising out of or in any way related to:

1. The actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, or presence of asbestos, or asbestos fibers whether the asbestos is in pure form or is or was combined with any other products or material, or any other form of asbestos, or products or materials containing asbestos, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to any injury or damage;

2. Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediation or disposing of, or in any way responding to, or assessing the effects of asbestos, asbestos fibers, or any other form of asbestos, by any insured or by any other person or entity;

3. Any supervision, instructions, recommendations, warnings, or advice given or which should have been given in connection with items **1.** and **2.** above;

4. Any obligation to share damages with or repay someone else who must pay damages because of asbestos or products or materials containing asbestos; or

5. Any injury or damage caused or alleged to have been caused by the removal, eradication, detoxification, remediation or decontamination of asbestos or property containing asbestos.

This exclusion shall apply without regard to the source of sources of asbestos, or the basis of the insured's liability. This exclusion includes defects or negligence in design, construction or materials, or any other event, conduct or misconduct, which may have or is claimed to have precipitated, caused or acted jointly, concurrently, or in any sequence with asbestos in causing injury or damage.

All other policy terms, conditions, definitions and exclusions remain unchanged.

EXHIBIT A-078

STAR INSURANCE COMPANY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# IDENTITY RECOVERY COVERAGE
## IDENTITY THEFT CASE MANAGEMENT SERVICE AND EXPENSE REIMBURSEMENT

The following is added as an Additional Coverage:

**IDENTITY RECOVERY COVERAGE**

We will provide the Case Management Service and Expense Reimbursement Coverage indicated below if all of the following requirements are met:

1. There has been an "identity theft" involving the personal identity of an "identity recovery insured" under this policy; and

2. Such "identity theft" is first discovered by the "identity recovery insured" during the policy period for which this Identity Recovery coverage is applicable; and

3. Such "identity theft" is reported to us within 60 days after it is first discovered by the "identity recovery insured."

If all three of the requirements listed above have been met, then we will provide the following to the "identity recovery insured":

**1. Case Management Service**

Services of an "identity recovery case manager" as needed to respond to the "identity theft"; and

**2. Expense Reimbursement**

Reimbursement of necessary and reasonable "identity recovery expenses" incurred as a direct result of the "identity theft."

This coverage is additional insurance.

**EXCLUSIONS**

The following additional exclusions apply to this coverage:

We do not cover loss or expense arising from any of the following.

1. The theft of a professional or business identity.

2. Any fraudulent, dishonest or criminal act by an "identity recovery insured" or any person aiding or abetting an "identity recovery insured", or by any authorized representative of an "identity recovery insured", whether acting alone or in collusion with others.

3. Loss other than "identity recovery expenses".

4. An "identity theft" that is first discovered by the "identity recovery insured" prior to the policy period or after the policy period, whether or not such "identity theft" began or continued during the policy period.

5. An "identity theft" that is not reported to us within 60 days after it is first discovered by the "identity recovery insured."

6. An "identity theft" that is not reported in writing to the police.

**LIMITS**

Case Management Service is available as needed for any one "identity theft" for up to 12 consecutive months from the inception of the service. Expenses we incur to provide Case Management Service do not reduce the amount of limit available for Expense Reimbursement coverage.

Expense Reimbursement coverage is subject to a limit of $15,000 annual aggregate per "identity recovery insured." Regardless of the number of claims, this limit is the most we will pay for the total of all loss or expense arising out of all "identity thefts" to any one "identity recovery insured" which are first discovered by the "identity recovery insured" during a 12-month period starting with the beginning of the present annual policy period. If an "identity theft" is first discovered in one policy period and continues into other policy periods, all loss and expense arising from such "identity theft" will be subject to the aggregate limit applicable to the policy period when the "identity theft" was first discovered.

Legal costs as provided under item d. of the definition of "identity recovery expenses" are part of, and not in addition to, the Expense Reimbursement coverage limit.

**DEDUCTIBLE**

Case Management Service is not subject to a deductible.

Expense Reimbursement coverage is subject to a deductible of $100. Any one "identity recovery insured" shall be responsible for only one deductible under this Identity Recovery Coverage during any one policy period.

**CONDITIONS**

The following additional conditions apply to this coverage:

**A. Assistance and Claims**

For assistance, the "identity recovery insured" should call the **Identity Recovery Help Line** at **1-800-796-6258.**

45 28 IL 03 06                                                                Page 1 of 3

EXHIBIT A-079

The **Identity Recovery Help Line** can provide the "identity recovery insured" with:

1. Information and advice for how to respond to a possible "identity theft"; and

2. Instructions for how to submit a service request for Case Management Service and/or a claim form for Expense Reimbursement Coverage.

In some cases, we may provide Case Management services at our expense to an "identity recovery insured" prior to a determination that a covered "identity theft" has occurred. Our provision of such services is not an admission of liability under the policy. We reserve the right to deny further coverage or service if, after investigation, we determine that a covered "identity theft" has not occurred.

As respects Expense Reimbursement Coverage, the "identity recovery insured" must send to us, within 60 days after our request, receipts, bills or other records that support his or her claim for "identity recovery expenses."

**B. Computer Security**

It is the responsibility of each "identity recovery insured" to use and maintain his or her computer system security, including personal firewalls, anti-virus software and proper disposal of used hard drives.

**C. Services**

The following conditions apply as respects any services provided by us or our designees to any "identity recovery insured" under this endorsement:.

1. Our ability to provide helpful services in the event of an "identity theft" depends on the cooperation, permission and assistance of the "identity recovery insured."

2. We do not warrant or guarantee that our services will end or eliminate all problems associated with an "identity theft" or prevent future "identity thefts."

**DEFINITIONS**

With respect to the provisions of this endorsement only, the following definitions are added:

1. **"Identity Recovery Case Manager"** means one or more individuals assigned by us to assist an "identity recovery insured" with communications we deem necessary for re-establishing the integrity of the personal identity of the "identity recovery insured." This includes, with the permission and cooperation of the "identity recovery insured," written and telephone communications with law enforcement authorities, governmental agencies, credit agencies and individual creditors and businesses.

2. **"Identity Recovery Expenses"** means the following when they are reasonable and necessary expenses that are incurred in the United States or Canada as a direct result of an "identity theft":

a. Costs for re-filing applications for loans, grants or other credit instruments that are rejected solely as a result of an "identity theft."

b. Costs for notarizing affidavits or other similar documents, long distance telephone calls and postage solely as a result of your efforts to report an "identity theft" or amend or rectify records as to your true name or identity as a result of an "identity theft."

c. Costs for up to 12 credit reports from established credit bureaus dated within 12 months after your knowledge or discovery of an "identity theft."

d. Fees and expenses for an attorney approved by us for:

(1) Defending any civil suit brought against an "identity recovery insured" by a creditor or collection agency or entity acting on behalf of a creditor for non-payment of goods or services or default on a loan as a result of an "identity theft"; and

(2) Removing any civil judgment wrongfully entered against an "identity recovery insured" as a result of the "identity theft."

3. **"Identity Recovery Insured"** means the following:

a. When the business insured under this policy is a sole proprietorship, the "identity recovery insured" is the individual person who is the sole proprietor of the insured business.

b. When the business insured under this policy is a partnership, the "identity recovery insureds" are all partners listed on this policy as insureds.

c. When the business insured under this policy is a corporation or other organization, the "identity recovery insureds" are all individuals having an ownership position of 20% or more of the insured business. However, if and only if there is no one who has such an ownership position, then the "identity recovery insured" shall be:

(1) The chief executive of the insured entity; or

(2) As respects a religious institution, the senior ministerial employee.

An "identity recovery insured" must always be an individual person. The business insured under this policy is not an "identity recovery insured."

45 28 IL 03 06

Page 2 of 3

EXHIBIT A-080

4. **"Identity Theft"** means the fraudulent use of the social security number or other method of identifying an "identity recovery insured." This includes fraudulently using the personal identity of an "identity recovery insured" to establish credit accounts, secure loans, enter into contracts or commit crimes.

"Identity theft" does not include the fraudulent use of a business name, d/b/a or any other method of identifying a business activity.

"Identity theft" does not include the unauthorized use of a valid credit card, credit account or bank account. However, "identity theft" does include the fraudulent alteration of account profile information, such as the address to which statements are sent.

All other provisions of this policy apply.

**45 28 IL 03 06**                                                                                            **Page 3 of 3**

EXHIBIT A-081

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# PUNITIVE DAMAGES EXCLUSION

This endorsement modifies insurance provided under the following:

**AUTO DEALERS COVERAGE FORM**
**BUSINESS AUTO COVERAGE FORM**
**MOTOR CARRIER COVERAGE FORM**

**A.** The following is added to **Exclusions** under **Section I – Covered Autos Coverages** and **Section II – General Liability Coverages,** Paragraphs **A. Bodily Injury And Property Damage Liability** and **B. Personal And Advertising Injury Liability** of the Auto Dealers Coverage Form:

This insurance does not apply to any claim of, or indemnification for:

  **1.** Punitive damages, exemplary damages or aggravating circumstances damages, whether arising out of the acts of an insured, insured's employees or any other person;

  **2.** Fines, penalties or sanctions imposed by law; or

  **3.** Any damages awarded pursuant to statute in the form of double, treble or other multiple damages in excess of compensatory damages imposed upon the insured.

**B.** The following is added to **B. Exclusions** under **Section II – Covered Autos Liability Coverage** of the Business Auto Coverage Form and Motor Carrier Coverage Form:

This insurance does not apply to any claim of, or indemnification for:

  **1.** Punitive damages, exemplary damages or aggravating circumstances damages, whether arising out of the acts of an insured, insured's employees or any other person;

  **2.** Fines, penalties or sanctions imposed by law; or

  **3.** Any damages awarded pursuant to statute in the form of double, treble or other multiple damages in excess of compensatory damages imposed upon the insured.

All other policy terms, conditions, definitions and exclusions remain unchanged.

**4751 CA 1017**          Includes copyrighted material of ISO Properties, Inc., with its permission.          **Page 1 of 1**

EXHIBIT A-082

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SPECIAL PHYSICAL DAMAGE DEDUCTIBLE PROVISIONS - INCLUDING WEATHER-RELATED DEDUCTIBLE(S)

This endorsement modifies insurance provided under the following:

## AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

| Schedule Of Locations |
|---|
| SEE ATTACHED SCHEDULE |
| ☐   If this box is checked, then this endorsement applies to all of your locations |

For any location listed in the Schedule of Locations above, sub-paragraph **5. Deductible** of **SECTION I – COVERED AUTOS COVERAGE,** paragraph **F. Physical Damage Coverage** is replaced with the following:

5. **Deductible**

  a.  **For Other Than Dealers Autos**

   With respect to other than dealers autos, including autos scheduled under **ITEM NINE** of the Declarations, the following applies:

   For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations, subject to the following additional provisions:

   (1)  Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning; and

   (2)  Any deductible shown in the Declarations for Specified Causes Of Loss Coverage does not apply to "loss" caused by fire or lightning, but it does apply to all other perils (including Mischief or Vandalism).

  b.  **For Dealers Autos**

   With respect to dealers' "autos", as described under **ITEM SIX** and **ITEM SEVEN** of the Declarations, the following applies:

   (1)  For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in **ITEM SIX and ITEM SEVEN** of the Declarations and/or in Paragraph **c.** of this endorsement prior to the application of the Limit Of Insurance shown in the Declarations, subject to the following additional provisions:

    (a)  The Comprehensive or Specified Causes of Loss Coverage deductible shown in **ITEM SIX and ITEM SEVEN** of the Declarations applies only to "loss" caused by:

     (i.)  Theft or mischief or vandalism; or

     (ii.)  All perils other than weather-related perils.

    (b)  A separate weather-related Deductible, as shown below in Paragraph **c.** of this

EXHIBIT A-083

endorsement, applies to "loss" caused by weather-related perils, but not to "loss" caused by other perils.

(2) Regardless of the number of covered "autos" damaged or stolen, the per "loss" deductible for Comprehensive or Specified Causes of Loss shown in **ITEM SIX and ITEM SEVEN** of the Declarations is the maximum deductible applicable for all "loss" in any one event caused by:

(a) Theft or mischief or vandalism; or

(b) All perils other than weather-related perils.

(3) Unless an Aggregate Deductible amount is shown in the Schedule below, the weather-related deductible is not subject to any maximum deductible for all such "loss" in any one event caused by weather-related perils.

c. **SCHEDULE OF WEATHER-RELATED DEDUCTIBLE(S) FOR DEALERS AUTOS**

| LOCATION NO. | COVERAGE | LIMIT OF INSURANCE FOR EACH LOCATION | WEATHER-RELATED DEDUCTIBLE(S) |
|---|---|---|---|
| Each Location Scheduled In **ITEM SIX and ITEM SEVEN** of the Declarations | Comprehensive or Specified Causes of Loss | Applicable Limit As Shown in **ITEM SIX and ITEM SEVEN** of the Declarations | ☐ $500 Deductible For Each Covered Dealers Auto For Loss Caused by Weather-related Peril(s)<br><br>☐ $ 750 Deductible For Each Covered Dealers Auto For Loss Caused by Weather-related Peril(s)<br><br>☐ $ 1,000 Deductible For Each Covered Dealers Auto For Loss Caused by Weather-related Peril(s)<br><br>☐ $1,500 Deductible For Each Covered Dealers Auto For Loss Caused by Weather-related Peril(s)<br><br>☐ $ 1,750 Deductible For Each Covered Dealers Auto For Loss Caused by Weather-related Peril(s)<br><br>☐ $2,000 Deductible For Each Covered Dealers Auto For Loss Caused by Weather-related Peril(s)<br><br>☐ $2,5000 Deductible For Each Covered Dealers Auto For Loss Caused by Weather-related Peril(s)<br>☐ $5,000 Deductible For Each Covered Dealers Auto For Loss Caused by Weather-related Peril(s)<br>☐ $ _____ Aggregate Deductible For Loss to Covered Dealers Autos In Any One Event Caused by Weather-related Peril(s) |

All other policy terms, conditions, definitions and exclusions remain unchanged.

EXHIBIT A-084

**Schedule**

| Loc # | Address | Deductible |
|-------|---------|------------|
| 001 | 400 Birmingham Hwy  Chattanooga, TN 37419 | 5000/Unlim. |

EXHIBIT A-085

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WATERCRAFT PHYSICAL DAMAGE COVERAGE

This endorsement modifies insurance provided under the following:

**AUTO DEALERS COVERAGE FORM**

A. **Section I – COVERED AUTOS COVERAGE**, Paragraph **F. Physical Damage Coverage** is amended as follows:.

The following is added to sub-paragraph **1.(a) Coverage**:

(4) It is hereby agreed that the interest insured under this policy includes your intererest in "watercraft" which you own as merchandise for sale, including your interest in "watercraft" held by you pending actual delivery after sale, but only while on shore at the dealership premise.

B. The following is added to **Section V – Definitions**:

"Watercraft"means a boat, including its motor(s), equipment, trailer and other attachments to the craft. However, "watercraft" does not include boats designed to operate while submerged or airborne.

All other policy terms, conditions, definitions and exclusions remain unchanged.

5870 CA 0116       **Page 1 of 1**

EXHIBIT A-086

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PAINTLESS DENT REPAIR

This endorsement modifies insurance provided under the following:

### AUTO DEALERS COVERAGE FORM

**SECTION I – COVERED AUTOS COVERAGE**, Paragraph **F. Physical Damage Coverage** is amended as follows:

A.  Sub-paragraph **4. Limits Of Insurance**, Item **a.(1)** is deleted and replaced with the following:

  (1) "Loss" to any one covered "auto" is the lesser of:
   (a) the actual cash value of the covered property at the time the "loss" or damage occurs;
   (b) the necessary cost, at local prices, to repair or replace the property or damaged parts with materials of similar kind and quality;
   (c) the cost of paintless dent repair when paintless dent repair is:

    (1) a viable method of repair; and
    (2) solely used to repair the covered loss; or

   (d) your original cost of the covered property.

B.  Under **5. Deductible**, the following provision is added:

  c.  When paintless dent repair is:

   (1) a viable method of repair; and
   (2) solely used to repair the covered loss

   the applicable deductible is amended as follows:

   (1) if the deductible is greater than $250, we shall reduce the deductible by $100.


All other policy terms, conditions, definitions and exclusions remain unchanged.

**5872 CA 0116**                                                                 **Page 1 of 1**

EXHIBIT A-087

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – AUTO REPOSSESSION

This endorsement modifies insurance provided under the following:

**AUTO DEALERS COVERAGE FORM**

**A.** The following exclusion is added to Section **I** – Covered Auto Coverages, Coverage **D.** Covered Autos Liability Coverage, paragraph **4.**, Exclusions:

**Auto Repossession**

"Bodily injury" or "property damage" arising out of any repossession of "autos".

**B.** The following exclusion  is added to Section **II** – General Liability Coverages, Coverage **A.** Bodily Injury And Property Damage Liability, paragraph **2.**, Exclusions:

**Auto Repossession**

"Bodily injury" or "property damage" arising out of any repossession of "autos".

**C.** The following exclusion is added to Section **I** – Covered Auto Coverages, Coverage **E.** Garagekeepers Coverage, paragraph **4.**, Exclusions:

**Auto Repossession**

We will not pay for "loss" to an "auto" or "customer's auto" arising out of any repossession of an "auto" or "customer's auto".

**D.** The following exclusion is added to Section **I** – Covered Auto Coverages, Coverage **F.** Physical Damage Coverage, paragraph **3.**, Exclusions:

**Auto Repossession**

We will not pay for "loss" to an "auto" or "customer's auto" arising out of any repossession of an "auto" or "customer's auto".  This exclusion does not apply to a repossessed "auto" in your possession while it is being stored on your lot provided that you include the value of the "auto" in the dealer physical inventory value, and for which you have a security interest.

All other policy terms, conditions, definitions and exclusions remain unchanged.

5879 CA 0116                                                                                                           Page 1 of 1

EXHIBIT A-088

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – SALVAGE TITLED AUTOS

This endorsement modifies insurance provided under the following:

**AUTO DEALERS COVERAGE FORM**

A.  The following exclusion is added to Section **I** – Covered Auto Coverages, Coverage **D.** Covered Autos Liability Coverage, paragraph **4.**, Exclusions:

**Salvage Titled Autos**

"Bodily injury" or "property damage" arising out of "accidents" involving "autos" you knowingly sold, that had salvage titles.

For purposes of this exclusion, salvage title means an "auto" title that was issued after the "auto" was determined to be a total "loss".

B.  The following exclusion is added to Section **I** – Covered Auto Coverages, Coverage **F.** Physical Damage Coverage, paragraph **3.**, Exclusions:

**Salvage Titled Autos**

We will not pay for "loss" to an "auto" or "customer's auto" arising out of "accidents" involving "autos" you knowingly sold, that had salvage titles.

For purposes of this exclusion, salvage title means an "auto" title that was issued after the "auto" was determined to be a total "loss".

C.  The following exclusion  is added to **Section II** – General Liability Coverages, Coverage **A.** Bodily Injury And Property Damage Liability, paragraph **2.**, Exclusions:

**Salvage Titled Autos**

"Bodily injury" or "property damage" arising out of "accidents" involving "autos" you knowingly sold, that had salvage titles.

For purposes of this exclusion, salvage title means an "auto" title that was issued after the "auto" was determined to be a total "loss".

All other policy terms, conditions, definitions and exclusions remain unchanged.

**5880 CA 0116**                                                                                              **Page 1 of 1**

EXHIBIT A-089

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – TOWING OF AUTOS

This endorsement modifies insurance provided under the following:

**AUTO DEALERS COVERAGE FORM**

**A.** The following exclusion is added to Section **I** – Covered Auto Coverages, Coverage **D.** Covered Autos Liability Coverage, paragraph **4.**, Exclusions:

**Towing Of Autos**

"Bodily injury" or "property damage" arising out of the ownership, operations, maintenance or use of any covered "auto" in your "auto dealer operations" such as a tow truck, car hauler or other service "auto" used to move, tow, haul or carry "autos", unless such covered "auto" is shown in the Schedule of Covered "Autos" and designated by Symbol 27 in the Auto Dealers Coverage Form Declarations.

**B.** The following exclusion is added to Section **I** – Covered Auto Coverages, Coverage **E.** Garagekeepers Coverage, paragraph **4.**, Exclusions:

**Towing Of Autos**

We will not pay for "loss" to an "auto" or "customer's auto" arising out of the ownership, operations, maintenance or use of any "auto" in your "auto dealer operations" such as a tow truck, car hauler or other service "auto" used to move, tow, haul or carry any "autos" or "customer's autos", unless such "auto" is shown in the Schedule of Covered "Autos" and designated by Symbol 27 in the Auto Dealers Coverage Form Declarations.

**C.** The following exclusion  is added to **Section II** – General Liability Coverages, Coverage **A.** Bodily Injury And Property Damage Liability, paragraph **2.**, Exclusions:

**Towing Of Autos**

"Bodily injury" or "property damage" arising out of the ownership, operations, maintenance or use of any covered "auto" in your "auto dealer operations" such as a tow truck, car hauler or other service "auto" used to move, tow, haul or carry "autos", unless such covered "auto" is shown in the Schedule of Covered "Autos" and designated by Symbol 27 in the Auto Dealers Coverage Form Declarations.

All other policy terms, conditions, definitions and exclusions remain unchanged.

EXHIBIT A-090

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DEALERS DRIVEAWAY COLLISION COVERAGE

This endorsement modifies insurance provided under the following:

**AUTO DEALERS COVERAGE FORM**

For the purpose of this endorsement only, Section **I** – Covered Auto Coverages, paragraph **F.** Physical Damage Coverage, subparagraph **3.** Exclusions, is amended as follows:

**Dealers Driveaway Collision Coverage**

Exclusion **d.(3)** relating to collision "loss" to covered "autos" driven or transported more than fifty (50) road miles from the point of purchase or distribution to their destination does not apply.

.

All other policy terms, conditions, definitions and exclusions remain unchanged.

**5883 CA 0116**          Includes copyrighted material of Insurance Services Office Inc., with its permission.          **Page 1 of 1**

EXHIBIT A-091

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DEALERS PHYSICAL DAMAGE COVERAGE – REPAIR AND REPLACEMENT

This endorsement modifies insurance provided under the following:

## AUTO DEALERS COVERAGE FORM

**A.** The following replaces Section **I** – Covered Auto Coverages, Coverage **F.** Physical Damage Coverage, paragraph **4.** Limits Of Insurance, subparagraph **a.(1)**:

**Standard Repair and Replacement**

(1) "Loss" to any covered "auto" is:

    **(a)** If the "auto" is a "total loss", we will pay the following amounts:

        **(i)** If the "auto" is a "new auto" or "demonstrator", the most we will pay is an amount equal to the factory invoice price, including charges for freight, less any charges for mileage depreciation, dealer's discounts, rebates and advertising costs;

        **(ii)** If the "auto" is a used "auto", the most we will pay is the lesser amount of either the actual amount paid by the dealer or the current "wholesale value" based on NADA (Gold Book) or Kelly (Blue Book), at our discretion; or

        **(iii)** If the "auto" was purchased at manufacturers' approved auctions, including auction "demonstrator", we will pay the actual amount paid by the dealer.

    **(b)** If the "auto" is not a "total loss", we will pay the following amounts:

        All options are subject to valuation and settlement based on conventional or paintless dent repair (pdr), at the Company's sole discretion.

        **(i)** Labor Rates:

            **(aa)** Dealers with body shops owned by or affiliated with the Dealer – On repair, a 25% discount will be applied to your posted labor rate.

            **(bb)** Dealers without body shops owned by or affiliated with the Dealer – Sublet repair work will be calculated at the body shop's posted labor rate.

        **(ii)** Parts Price:

            **(aa)** Dealers with body shops owned by or affiliated with the Dealer – A 25% discount will be applied to the retail price.

            **(bb)** Dealers without body shops owned by or affiliated with the Dealer – The dealer will furnish parts at a 25% discount to the sublet shop if parts are available to the dealer.

        **(iii)** Sublet Labor Rate and Parts other than those described in items **(i)** or **(ii)** above:

            **(aa)** Labor that must be performed or parts that must be purchased at a sublet shop will be computed at the actual amount paid by the dealer.

            **(bb)** Glass replacement will be subject to the prevailing discount rates or a 25% minimum discount, whichever is greater.

            **(cc)** Paint and material will be subject to a 25% discount for dealers with body shops

        **(iv)** State Retail Tax will not be paid where the dealer or sublet shop have a tax exempt number unless required by state statute.

        **(v)** When paintless dent repair (pdr) is used the percentage of repair on labor will not be discounted.

B. The following are added to Section **V** – Definitions:

    1. "Total loss" means the sum of the cost of repairs plus the salvage value of the "auto" exceeding the "wholesale value" of the "auto".

    2. "Wholesale value" means:

        a. For "new auto", your actual cost less your profit or overhead expenses;

        b. For "demonstrator", your actual cost less your profit or overhead expenses, depreciation, mileage and wear and tear; and

        c. For other than "new auto" and "demonstrator", the value based on NADA (Gold Book) or Kelly (Blue Book), at our discretion.

    3. "New auto" means an "auto" not older than the current or previous model year which:

        a. Has not been registered or titled; and

        b. Has not been used for any purpose other than road testing.

    4. "Demonstrator" means an "auto" not older than the current or previous model year which has not been registered or titled, and

        a. is used in your sales or service operations; or

        b. is furnished for regular use by anyone.

All other policy terms, conditions, definitions and exclusions remain unchanged.

EXHIBIT A-093

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DEALERS AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

### AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**SECTION I – COVERED AUTOS COVERAGES AMENDMENTS**

A.  Paragraph **D.2. Who is An Insured**, is amended to include the following:

"Contract Drivers"

B.  Paragraph **D.5. Limit Of Insurance – Covered Autos Liability** is amended to include the following:

For:

1.  "Contract Drivers"; and

2.  Anyone else required by law to be an "insured" for use of a covered "auto" but who does not qualify as an "insured" based on subparagraphs **a.** through **d.** of paragraph **D.2. Who Is An Insured**:

The most we will pay for all damages resulting from one "accident" involving a covered "auto" is that portion of the Limit of Insurance for Covered "Autos" Liability Coverage needed to comply with the financial responsibility limits provision of the law in the jurisdiction where the accident took place. When there is other insurance applicable to the "accident", we will pay only the amount needed to comply with these minimum limits after the other insurance is exhausted.

C.  Paragraph **E. Garagekeepers Coverage**, Subparagraph **4.a. Exclusions**, is amended to include the following:

**Depreciation or Diminution in Value**

"Loss" caused by or resulting from depreciation or "diminution in value".

D.  Paragraph **E. Garagekeepers Coverage**, Subparagraph **4.b. Exclusions**, is replaced by the following:

We will not pay for "loss" to any of the following:

1.  Equipment that receives or reproduces sound or video unless permanently installed in a "customer's auto".

2.  Tapes, records, discs, or other similar audio, visual or data electronic devices designed for use with audio, visual, or data electronic equipment.

3.  Equipment designed for the use as a telephone, navigational device, citizen's band radio, two-way mobile radio or scanning monitor receiver, unless permanently installed in the opening normally used by the "customer's auto" manufacturer for the installation of such equipment.

4.  Antennas used with electronic equipment described in paragraphs **1.** and **3.** above, unless they are permanently attached to the covered "auto".

Includes copyrighted material of Insurance Services Office Inc., with its permission.

5.  Any device designed or used to detect speed measuring equipment such as radar or laser detectors and any jamming apparatus intended to elude or disrupt speed measuring equipment.

E.  Paragraph **E.5. Limit Of Insurance and Deductibles** is amended to include the following:

1.  When you replace a "customer's auto" the most we will pay will be your actual cost, exclusive of your profit, holdback, other incentives, or overhead expense.

2.  Whether or not repairs are made:

    a.  The most we will pay is 65% of the customary retail charges in your area for parts (including materials) and labor, unless otherwise stated in the Supplemental Declarations as Special Repair Percentages. If your business is a recreational dealership (other than snowmobiles, motorcycles, ATVs or residence type mobile home trailers):

        (1)  The percentage shown in the Supplemental Declarations for parts does not apply; and

        (2)  For parts, the most we will pay is your actual net cost plus up to 10% additional payment for shipping and handling.

    b.  We will pay the total expenses incurred by you if "loss" is caused by collision, impact with a bird or animal, theft or malicious mischief when the labor is performed or when parts or material are furnished by a facility not owned by or affiliated with you.

    c.  We will pay the total expenses incurred by you when both the "loss" occurs and the covered "auto" is repaired 100 miles or more from your place of business.

    d.  We will subtract an amount for depreciation as well as the applicable deductible shown in the Declarations. Regardless of the number of "customer's autos" damaged or stolen, the aggregate deductible shown in the Declarations is the maximum aggregate deductible to all "loss" in any one event. Refer to the Declarations for the applicable deductibles and the causes of "loss" to which they apply.

F.  Paragraph **F. Physical Damage Coverage**, subparagraph **1. Coverage** is amended to include the following:

**Towing- non dealers only**

If your business is shown in the Declarations as something other than a dealership, we will pay up to the limit shown in Declarations for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

**Transportation Expenses:**

If your business is shown in the Declarations as something other than a dealership, we will pay up to $20 per day to a maximum of $600 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type you own.  We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its 'loss".  This coverage only applies to those private passenger "autos" insured under this policy for either Comprehensive or Specified Perils coverage.

**Watercraft Held for Sale:**

If your business is shown in the Declarations as a dealership, we will also pay for "loss" to a watercraft that is part of your inventory and held for sale. This extension will only apply if the watercraft is located at a premises described in the Declarations, for which we have provided physical damage coverage and "loss" caused by:

EXHIBIT A-095

1. Other than collision only if the Declarations indicates that Comprehensive coverage is provided for a covered "auto" for the location at which the watercraft is located;

2. Specified Causes of Loss only if the Declarations indicate that Specified Causes of Loss coverage is provided for a covered "auto" for the location at which the watercraft is located; or

3. Collision only if the Declarations indicate that collision coverage is provided for your inventory.

The amount we pay under this coverage extension is subject to the applicable limit of insurance described in the limit of insurance provision described in paragraph **F.4. Limits of Insurance** and the deductible provision described in paragraph **F.5. Deductible**.

G. Paragraph **3.b.(1)** of Paragraph **F.3. Exclusions**, is replaced by the following:

(1) Any covered "auto" while leased or rented to others. This exclusion does not apply to:

a. A covered "auto" you rent to one of your customers while his or her 'auto" is left with you for service or repair or while the customer is awaiting delivery of an "auto" after signing a written purchase agreement with you; or

b. You or your "employee" while a leased or rented "auto" is in your custody for service, repair, pick up or delivery in the course of your business.

H. Paragraphs **b.(5)** and **b.(6)** and the exceptions to paragraphs **b.(5)** and **b.(6)** of Paragraph **F.3. Exclusions** are deleted.

I. Paragraph **F.4. Limits of Insurance,** Subparagraph **a.** is replaced by the following:

a. The most we will pay for "loss" to any one covered "auto" is the least of the following:

(1) Your actual cost, exclusive of your profit, holdback, other incentives, or overhead expenses;

(2) Whether or not repairs are made:

(a) For all covered "autos" except covered "autos" scheduled in Item Nine of the Declarations, 65% of the customary retail charges in your area for parts (including materials) and labor unless otherwise stated in the Declarations as Auto Dealers Special Repair Percentages. If your business is a recreational dealership (other than snowmobiles, ATVs or residence type home trailers):

(i) The percentage for parts does not apply; and

(ii) For parts, the most we will pay is your actual net cost plus up to 10% of additional payment for shipping and handling.

(b) For covered "autos" scheduled in Item Nine of the Declarations, your cost of repairing the damaged covered "auto";

(c) For the perils of wind and hail to a covered "auto" and when settlement is based on repairs to the covered "auto", 75% of the retail charges on parts, materials and labor;

(d) For a covered "auto" written on a stated amount basis as shown in the Declarations:

(i) Up to the amount shown in the Declarations for the covered "auto"; or

(ii) The cost of repair or replacement of the damaged or stolen "auto" with other property of like kind and quality;