**(3)** Total expenses incurred by you if "loss" is caused by collision, impact with a bird or animal, theft or malicious mischief when the labor is performed or when parts or material are furnished by a facility not owned by or otherwise affiliated with you; or

**(4)** For damage caused by hail, the cost of using paintless dent repair in place of traditional repair costs.

If the repairs are made by a subcontractor because the "loss" occurs more than 100 miles from your location, the most we will pay is 100% of the customary charges for parts, materials and labor for that area regardless of the percentage indicated in the Declarations.

**J.** Paragraph **F.5. Deductible** is replaced by the following:

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations provided that:

**a.** The per "auto" deductible shown in the Declarations will apply to all "loss" caused by those perils indicated in the Declarations. Refer to the Declarations for a description of the applicable deductible.

**b.** If an aggregate deductible is shown in the Declarations for a covered cause of "loss", regardless of the number of covered "autos" damaged or stolen, the aggregate deductible is the maximum deductible applicable for all "loss" in any one event. Refer to the Declarations for a description of the applicable deductibles.

**c.** When paintless dent repair is used, the per "auto" deductible applicable to the "loss" will be reduced by $250.

For the perils of wind and hail the deductible is the per "auto" deductible shown in the Declarations page for each covered "auto". There is no aggregate limit for the perils of wind and hail.

## SECTION V- DEFINITIONS AMENDMENTS

**A.** Definition **S.** "Pollutants" is replaced by the following:

"Pollutants" means any solid, liquid, gaseous, bacterial, viral, electromagnetic or thermal irritant or contaminant, including, but not limited to, smoke, vapor, soot, acids, alkalis, harmful or toxic chemicals, fuels, motor oil, petroleum cleaning solvents, brake fluid, transmission fluid, antifreeze, exhaust gases, lead, lead paint, carbon monoxide, sewage, waste and fumes, including but not limited to welding fumes, and paint fumes. Waste includes materials to be recycled, reconditioned or reclaimed.

A substance still qualifies as a "pollutant" even if it has a function in your business, operations, premises, site, or location.

**B.** The following definitions are added:

"Consigned auto" means an "auto" you do not own that is in your care, custody or control and held for sale under a written consignment or agreement.

"Contract Driver" means:

**1.** Any person or organization using a covered "auto within the scope of your permission and while under contract with you to drive a covered "auto" to a location you specify; and

**2.** Any person or organization hired by you to provide drivers who, with your permission and while under contract with you, will transport a covered "auto" to a location you specify.

All other policy terms, conditions, definitions and exclusions remain unchanged.

EXHIBIT A-097

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FALSE PRETENSE COVERAGE

This endorsement modifies insurance provided under the following:

**AUTO DEALERS COVERAGE FORM**

**SCHEDULE**

| | | |
|---|---|---|
| **Limits of Insurance:** | $125,000 | **Per "Loss"** |
| **Deductible:** | $10,000 | **Per "Loss"** |
| **Premium:** | Included | |

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following is added to **SECTION I – COVERED AUTOS COVERAGES**:

Any "auto" you have acquired is a covered "auto" under False Pretense Coverage if coverage symbol 31 is indicated for Physical Damage (Other Than Collision) Coverage.   In addition, your "customer's auto" is a covered "auto" under False Pretense Coverage if coverage symbol 30 is indicated for Garagekeepers (Other Than Collision) Coverage.

**B.** Paragraph **F. Physical Damage Coverage** of **Section I – Covered Autos Coverages** is amended as follows:

**1.** The following is added to Paragraph **A. Coverage**:

We will pay for "loss" to a covered "auto" caused by "false pretense".

**2.** Paragraph **2. Exclusions** is amended as follows:

**a.** Exclusion **c. False Pretense** is replaced with the following:

"Loss" caused by or resulting from someone causing you to voluntarily part with a covered "auto" by any fraudulent scheme, trick or device, except for "loss" caused by "false pretense".

**b.** The following exclusion is added:

We will not pay for a "false pretense" "loss":

**(1)** After the first installment payment has been made;

**(2)** Due solely to an insufficient funds check;

**(3)** Due solely to an undisclosed lien;

**(4)** Due to incorrect information on a credit application or rental or lease agreement other than false or forged name, social security number or signature;

---

**5996 CA 0618**                                                           Page **1** of 3

Includes copyrighted material of Insurance Services Office Inc., with its permission.

(5) As the result of your contractual obligation to become liable in the event of default by the purchaser;

(6) Due to non-payment for any reason, of any credit you extend;

(7) Due to bankruptcy

(8) Unless you obtained a copy of the customer's original driver's license prior to any test drive, purchase or lease, where permissible by law; and

(9) Unless you obtained, at the time or your acquisition of the covered "auto", a title search from an industry recognized source that indicated no previous impairment on the title prior to acquiring the "auto" from the seller.

3. Paragraph **4. Limits of Insurance** is amended by the addition of the following:

The most we will pay for "loss" caused by "false pretense" is the False Pretense Coverage Limit of Insurance shown in the Schedule of this endorsement for all "loss" caused by any one person, group of individuals, or organization within the policy period.

4. Paragraph **5. Deductible** is amended by the addition of the following:

Our obligation to pay for repair or to replace a covered "auto" due to a "false pretense" "loss" will be reduced by the deductible for the coverage indicated in this endorsement. We will also deduct the actual value of any property or cash down payment delivered to you in full or partial payment for title to or possession of a covered "auto".  This reduction does not apply to a "loss" arising out of receiving an "auto" from a seller who did not have legal title to the "auto".

C. **SECTION IV – CONDITIONS** is amended as follows:

1. The following is added to Loss Condition **2. Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors or Omissions** of Paragraph **A. Loss Conditions**:

If there is a 'loss" to a covered "auto" due to "false pretense" you must notify the police and agree to file a complaint with the proper authorities (empowered to issue warrants) against the person(s) or organization(s) causing the "loss".

2. The following is added to General Condition **5. Other Insurance** of Paragraph **B. General Conditions**:

The "false pretense" coverage provided by this endorsement does not apply to "autos" owned or acquired by you and insured through a floor plan or finance source. However, "false pretense" coverage does apply to the value of improvements you have made to the covered "auto" (after you acquire it) which increase its value and exceeds the amount due from such other insurance, if such values have been included in the comprehensive values as shown in the Declarations.

D. For the purpose of this endorsement only, **SECTION V – DEFINITIONS** is amended by the addition of the following:

"Consigned auto" means an "auto" you do not own that is in your care, custody or control and held for sale under a written consignment or agreement.

"False pretense" means "loss" to a covered "auto" resulting from any of the following:

1. Someone causing you to voluntarily part with possession of or evidence of title to a covered "auto" when induced, at the time of sale, lease or rental by:

   a. Receipt of a forged counterfeit instrument in payment;

**b.** Receipt of a check or other instrument written on an account closed before the instrument is presented for payment;

**c.** A false or forged name, social security number or signature on a credit application or if coverage is provided for leased or rented "autos", a rental or lease agreement;

**d.** Any other criminal scheme, criminal trick or criminal device.

Except for a "consigned auto", you must have had legal title to and possession of the covered "auto" immediately prior to the "loss". For a "consigned auto", you must have had possession of the covered "auto" immediately prior to the "loss".

**2.** Having acquired an "auto" from a seller who did not have legal title.

**3.** Confiscation of a covered "auto" you own by a governmental or civil authority, for alleged or actual violations of laws governing the distribution, sale or use of a controlled substance, if the alleged or actual violations were committed by your customer or your "employee" without the knowledge or consent of you, your partners (if you are a partnership, members (if you are a limited liability company), directors or executive officers.

**4.** If a covered "auto", your voluntarily parting with a "customer's auto" resulting from a fraudulent scheme, trick or device. The "customer's auto" must have been in your possession immediately prior to the "loss".

**5.** Criminal conversion of a covered "auto" by:

**a.** Any person to whom you furnish a covered "auto" for their regular use; or

**b.** Your customer.

All other policy terms, conditions, definitions and exclusions remain unchanged.

**5996 CA 0618**                                                                 Page **3** of **3**
Includes copyrighted material of Insurance Services Office Inc., with its permission.

EXHIBIT A-100

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FLOORPLAN EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

**AUTO DEALERS COVERAGE FORM**

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**SECTION I – COVERED AUTOS COVERAGES**, paragraph **F. Physical Damage Coverage** is amended by adding the following to Item **3. Exclusions**:

g.  We will not pay for "loss" to an "auto" insured under any:

(1)  Floorplan or other physical damage insurance program provided by the manufacturer, floorplanner, banking institution, lender or lender of credit; or

(2)  Other physical damage insurance coverage

All other policy terms, conditions, definitions and exclusions remain unchanged.

**5999 CA 0618**                                                                                         Page **1** of **1**

Includes copyrighted material of Insurance Services Office Inc., with its permission.

EXHIBIT A-101

# AUTO DEALERS SUPPLEMENTAL DECLARATIONS FOR AUTO EDGE

## Item Four - Liability and Personal Injury Protection (Or Equivalent Or Similar No-fault Coverages) – Premiums

Item Four - Liability and Personal Injury Protection (Or Equivalent Or Similar No-fault Coverages) - Premiums section of the Declarations page is amended as follows:

**Premium Rating Basis Operator Classifications** For Part Time Employees In Classes I-B and I-C – Count As ½ Person

**Class I-A** — Proprietors, Partners and officers active in the business, sales persons, general managers or service managers and other employees if provided a furnished "auto".

**Class I-B** — Proprietors, Partners and officers active in the business, sales persons, general managers or service managers and other employees if not provided a furnished "auto".

**Class I-C** — All other company employees not provided a furnished "auto". (i.e. including service mechanics).

**Class II-A** — Non-employees under the age of 25 provided a furnished "auto".

**Class II-B** — Non-employees age 25 and over provided a furnished "auto".

**Class II-C** — Contract Drivers or a person:
a.) Under contract with the named insured to drive covered autos to or from a location specified by the named insured or
b.) Employed by an organization the named insured hires to provide drivers to drive covered autos to or from a specified location.

| LOC. # | Operator Class | Rating Factor | Number of Persons | Rating Units |
|---|---|---|---|---|
| | I-A | 1.00 | | |
| | I-B | 0.60 | | |
| | I-C | 0.40 | | |
| | II-A | 1.15 | | |
| | II-B | 0.50 | | |
| | II-C | 0.20 | | |
| | | | | |
| | I-A | 1.00 | | |
| | I-B | 0.60 | | |
| | I-C | 0.40 | | |
| | II-A | 1.15 | | |
| | II-B | 0.50 | | |
| | II-C | 0.20 | | |

See Schedule

**Non-employee Individuals Furnished a Covered Auto**

Name of individual:

| |
|---|
| |

6002 CA 0619

EXHIBIT A-102

**Premium Rating Basis Operator Classifications Schedule**

| LOC. # | Operator Class | Rating Factor | Number of Persons | Rating Units |
|---|---|---|---|---|
| 001 | I-A | 1.00 | | |
| | I-B | 0.60 | 7.00 | 4.20 |
| | I-C | 0.40 | 64.00 | 23.20 |
| | II-A | 1.15 | | |
| | II-B | 0.50 | | |
| | II-C | 0.20 | | |
| | | | | |
| 002 | I-A | 1.00 | | |
| | I-B | 0.60 | | |
| | I-C | 0.40 | 2.00 | 0.80 |
| | II-A | 1.15 | | |
| | II-B | 0.50 | | |
| | II-C | 0.20 | | |

| LOC. # | Operator Class | Rating Factor | Number of Persons | Rating Units |
|---|---|---|---|---|
| 003 | I-A | 1.00 | | |
| | I-B | 0.60 | 4.00 | 2.40 |
| | I-C | 0.40 | 10.00 | 3.80 |
| | II-A | 1.15 | | |
| | II-B | 0.50 | | |
| | II-C | 0.20 | | |
| | | | | |
| 004 | I-A | 1.00 | | |
| | I-B | 0.60 | | |
| | I-C | 0.40 | 3.00 | 1.20 |
| | II-A | 1.15 | | |
| | II-B | 0.50 | | |
| | II-C | 0.20 | | |

| LOC. # | Operator Class | Rating Factor | Number of Persons | Rating Units |
|---|---|---|---|---|
| | I-A | 1.00 | | |
| | I-B | 0.60 | | |
| | I-C | 0.40 | | |
| | II-A | 1.15 | | |
| | II-B | 0.50 | | |
| | II-C | 0.20 | | |
| | | | | |
| | I-A | 1.00 | | |
| | I-B | 0.60 | | |
| | I-C | 0.40 | | |
| | II-A | 1.15 | | |
| | II-B | 0.50 | | |
| | II-C | 0.20 | | |

**Item Five – Garagekeepers Coverages And Premiums**

The Garagekeepers Coverages And Premiums deductible for Comprehensive coverage applies to "loss" caused by all covered causes of "loss".

### Special Repair Percentages

Repair Reimbursement Percentages for "Customer's Autos":

Parts 90%          Labor 90%

### Garagekeepers Customer's Personal Property

The most we will pay in any one "loss" to "customer's personal property" is $2,500.  A $500 deductible applies to this coverage.

### Item Six - Physical Damage Coverage- Types of Covered Autos and Interests in These Autos- Premiums- Reporting or Nonreporting Basis

The Physical Damage deductibles for Comprehensive coverage apply to "loss" caused by all covered causes of "loss".

### Dealer Special Repair Reimbursement Percentages

Repair Percentages Other than "Customer's Autos" Parts 90%          Labor 90%

### Item 12- Optional Coverages

### Dealer Extension Endorsement

Fire Legal Liability Limit of Insurance _____Any One Fire

**Commercial Auto Rental Coverage included?** ☐ Yes ☒ No          Premium: _____

**Vicarious Liability - Identity Theft Coverage included?** ☒ Yes ☐ No          Premi███████████

| Limits of Insurance: | $50,000 | Per Claim |
| --- | --- | --- |
| | $100,000 | Annual Aggregate Limit |

**Contingent Liability & Physical Damage Coverage included?**

**Contingent Liability only:** ☐ Yes ☒ No          Premium: _____
**Contingent Liability & Physical Damage Coverage:** ☐ Yes ☒ No          Premium: _____

EXHIBIT A-104

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PRIOR DAMAGE DISCLOSURE ERRORS AND OMISSIONS COVERAGE

This endorsement modifies insurance provided under the following:

### AUTO DEALERS COVERAGE FORM

### SCHEDULE

| | | |
|---|---|---|
| **Limits of Insurance:** | $1,000,000 | **Per Claim** |
| | $1,000,000 | **Annual Aggregate** |
| **Deductible:** | | **Per Claim** |
| **Premium:** | Included | |

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

### SECTION I – COVERED AUTOS COVERAGES AMENDMENTS:

A.  The following is added to Paragraph **D. Covered Autos Liability Coverage**, Subparagraph **1. Coverage**:

We will also pay all sums the "insured" legally must pay as "damages" because of a negligent act, error or omission of the "insured", in the sale of an "auto", in complying with or failing to comply with any Federal, State or local statute pertaining to the disclosure to the purchaser of prior damage to the "auto".

In order for coverage to apply, the negligent act, error or omission must occur while this endorsement is in effect.

In determining when a negligent act, error or omission occurred, all related negligent acts, errors or omissions shall be deemed to have occurred at the earliest time the first negligent act, error or omission occurred. Related negligent acts, errors or omissions are those which result in damages claimed by any one person including his or her dependents or beneficiaries.

We have the right and duty to defend the "insured" against any "suit" asking for such "damages".  However, we have no duty to defend the "insured" against a "suit" seeking "damages" not covered by this insurance.  We may investigate and settle any claim or "suit" as we consider appropriate.  Our duty to defend or settle ends when the limit of insurance provided in Paragraph D. of this endorsement has been exhausted by payment of judgments or settlements.

B.  **Who Is An Insured**

For the purpose of this endorsement only, Paragraph **2. Who Is An Insured**, is replaced by the following:

The following are "insureds" for Prior Damage Disclosure Errors and Omissions Coverage:

a.  You and your spouse if you are designated in the Declarations as an individual, but only with respect to the conduct of a business of which you are the sole owner.

b.  Your partners and their spouses, if you are a partnership.  None of your partners or their spouses is an "insured" for liability resulting from the conduct of any other partnership.

**6009 CA 0618**  Page **1** of **3**
Includes copyrighted material of Insurance Services Office Inc., with its permission.

c. Your "employees", executive officers, directors and stockholders but only while acting within the scope of their duties.

d. If you are a limited liability company your members, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

C. For the purpose of this endorsement only, the following is added to Paragraph **4. Exclusions**:

This insurance does not apply to:

1. Any willful, dishonest, fraudulent, criminal, malicious or intentional act committed by or at the direction of any "insured" whether acting alone or in collusion with others. However, this exclusion does not apply to you if such act or omission was committed by your "employee" (other than a partner, director, or executive officer), without your direction or your knowledge.

2. "Damages" expected or intended from the standpoint of an "insured".

3. "Damages" incurred by any of your "employees".

4. Liability of others assumed by an "insured" under any contract or agreement.

5. "Bodily injury", "property damage", or emotional distress, mental anguish or humiliation.

6. Any claim or "suit" alleging libel, slander, malicious prosecution, invasion of privacy, discrimination, assault and battery, harassment, molestation, or false arrest, imprisonment or detention.

7. Any claim or "suit" by any enterprise:

   a. in which any "insured" owns an interest or is a partner;

   b. which is a parent, affiliate or subsidiary company of an "insured"; or

   c. that is directly or indirectly controlled, separated or managed by an enterprise described in **7.b.** above.

D. For the purpose of this endorsement only, Paragraph **5. Limit Of Insurance – Covered Autos Liability** is replaced by the following:

**Limit of Insurance – PRIOR DAMAGE DISCLOSURE ERRORS AND OMISSIONS COVERAGE**

1. Per Claim Limit.  The most we will pay as "damages" is the difference between:

   a. the market value of the "auto" as represented when sold to your customer; and

   b. the market value of the "auto" in the actual condition which existed at the time of the sale;

   or the Per Claim Limits of Insurance identified in the Schedule of this endorsement, whichever is less.

2. Annual Aggregate Limit:

   Regardless of the number of "insureds", claims made or "suits" brought or persons or organizations making claims or bringing "suits", or the number of locations insured, the most we will pay for the sum of all damages payable under Prior Damage Disclosure Errors and Omissions Coverage is the Annual Aggregate limit identified in the Schedule of this endorsement.

3. The Aggregate Limit of the Auto Dealers Coverage Form shall not be reduced by payments made under this endorsement.

E. For the purpose of this endorsement only, Paragraph **6. Deductible** is added:

EXHIBIT A-106

Our obligation to pay "damages" on your behalf applies only to the amount of damages in excess of a deductible amount of $500 per claim or "suit" unless a different deductible amount is shown in the Schedule of this endorsement. The terms of this insurance, including those with respect to our right and duty to defend any claim or "suit" and your duties in event any such claim or "suit" is brought, apply irrespective of the application of the deductible amount. We may pay any part or all of the deductible amount to effect settlement of any claim or "suit". You will promptly reimburse us for such part of the deductible amount that we have paid for this purpose upon notification by us.

## SECTION IV –CONDITIONS AMENDMENTS:

A.  For the purpose of this endorsement only, Paragraph **B. General Conditions,** Subparagraph **7. Policy Period, Coverage Territory** is replaced by the following:

**7.  Coverage Territory**

This endorsement only applies to negligent acts, errors or omissions which occur within the coverage territory. The coverage territory will be limited to the United States of America, its territories or possessions, Puerto Rico, or Canada.

B.  For the purpose of this endorsement only, the following policy condition is added:

You may not abandon an "auto" to us.

C.  For the purpose of this endorsement only, Paragraph **B. General Conditions**, Subparagraph **8.  Two Or More Coverage Forms Or Policies Issued By Us** is replaced by the following:

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us apply to the same act, error or omission, the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

## SECTION V – DEFINITIONS AMENDMENTS

A.  For the purpose of this endorsement only, the following definitions apply:

"Damages" means special, incidental and consequential damages but does not include (1) civil or criminal penalties, fines or assessments, (2) multiple, punitive or exemplary damages, (3) costs associated with complying with mandatory or injunctive relief, (4) costs for restitution (including costs associated with restoring credit) or (5) attorneys' fees or costs of any party.

"Suit" means a civil proceeding in which "damages" to which this insurance applies are alleged. "Suit" includes:

1.  An arbitration proceeding in which such "damages" are claimed and to which you must submit or do submit with our consent; or

2.  Any alternative dispute resolution proceeding in which such "damages" are claimed and to which you submit with our consent.

All other policy terms, conditions, definitions and exclusions remain unchanged.

EXHIBIT A-107

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# VICARIOUS LIABILITY COVERAGE – IDENTITY THEFT

This Endorsement modifies insurance provided under the following:

**AUTO DEALERS COVERAGE FORM**

### SECTION I – COVERED AUTOS COVERAGES AMENDMENTS

**A.** For the purpose of this endorsement only, subparagraph **1. Coverage** of Paragraph **D. Covered Autos Liability Coverage** is amended by the addition of the following:

1. We will also pay sums you must pay as "damages" arising out of your "vicarious liability" due to the actions of your "employees" other than:

   **a.** You, if you are an individual proprietorship

   **b.** Your partners (if you are a partnership);

   **c.** Your members or managers (if you are a limited liability company);

   **d.** Your directors;

   **e.** Your executive officers; or

   **f.** Those "employees" authorized by you to give notice of a claim or "suit"

   resulting from the theft or misuse of a customer's social security number, credit history or other personal information.

2. We have the right and duty to defend you against a "suit" asking for these damages. However, we have no duty to defend you against a "suit" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the applicable "Vicarious Liability" – Identity Theft Limit of Insurance has been exhausted by payment of judgments and settlements.

3. This insurance only applies:

   **a.** To "employees'" actions involving a particular customer's social security number, credit history or other personal information;

   **b.** To those actions that take place while this endorsement is in effect; and

   **c.** If you or any other "employee" authorized by you to give or receive notice of a claim or "suit" first knew while this endorsement is in effect that the actions had taken place.

   If you or any such authorized "employee" knew of such actions prior to the effective date of this endorsement, then any continuation, change or resumption or such actions, by an "employee" or group of "employees", during or after the effective dates of this endorsement will be deemed to have been known prior to the effective date of the endorsement, and such actions will not be covered under this endorsement.

Includes copyrighted material of Insurance Services Office Inc., with its permission.

An "employee's" actions will be deemed to have been known when you or an "employee" authorized by you to receive notice of a claim or "suit":

**a.** Reports all or any part of the actions to us or any other insurer;

**b.** Receives a written or verbal demand or claim for damages because of the misuse of a customer's social security number, credit history or other personal information.

**c.** Becomes aware by any other means of the misuse of a customer's social security number, credit history or other personal information.

**4.** You are the only "insured" for the coverage provided by this endorsement.

**B.** For the purpose of this endorsement only, the following exclusions are added to Paragraph **4. Exclusions**:

The Coverage provided by this endorsement does not apply to:

**1.** Claims or "suits" arising out of the actions committed by or with the knowledge or at the direction of you, your partners (if you are a partnership), members or managers (if you are a limited liability company), directors or executive officers.

**2.** Liability assumed under any contract or agreement. This exclusion will not apply to "vicarious liability" you would have had in the absence of the contract or agreement.

**3.** "Damages" or other amounts you must pay under any recourse or other agreement to become responsible in the event of default by the purchaser of any credit you have arranged or placed.

**C.** For the purpose of this endorsement only, Paragraph **5. Limit of Insurance – Covered Autos Liability** is amended as follows:

**1.** Paragraph **5. Limit of Insurance – Covered Autos Liability** is amended by adding the following to the list of coverages or endorsements which are subject to the **Limit of Insurance – Covered Autos Liability**:

"VICARIOUS LIABILITY" COVERAGE – IDENTITY THEFT

**2.** Subject to the **Limit of Insurance – Covered Autos Liability**, regardless of the number of "Insureds", claims made, "suits" brought or persons or organizations making a claim or bringing "suits", the most we will pay for the sum of all damages involving your "vicarious liability" from the theft or misuse of a customers social security number, credit history or other personal information is the aggregate limit of insurance "Vicarious Liability" – identity theft shown in the Supplementary Declarations.

**3.** Subject to paragraphs **C.1.** and **C.2.** above, and regardless of the number of "insureds" or "employees" involved, the most we will pay for a claim or "suit" brought by a customer is the each customer limit of insurance for "Vicarious Liability" – Identity Theft shown in the Supplementary Declarations.

**4.** The aggregate limit of insurance for "Vicarious Liability" – Identity Theft applies separately to each consecutive annual policy period and to any remaining period of less than 12 months starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case the additional period will be deemed part of the last preceding period for purposes of determining the aggregate limit of insurance for "Vicarious Liability" – Identity Theft.

## SECTION V - DEFINITIONS AMENDMENTS

**A.** Section **V – Definitions** is amended by the addition of the following:

6015 CA 0618                                                                                          Page **2** of **3**

Includes copyrighted material of Insurance Services Office Inc., with its permission.

EXHIBIT A-109

"Vicarious Liability" means indirect liability that a person or organization bears for the actions of a subordinate or associate.

"Damages" means special, incidental and consequential damages but does not include:

1. civil or criminal penalties, fines or assessments;
2. multiple, punitive or exemplary damages;
3. costs associated with complying with mandatory or injunctive relief;
4. costs for restitution (including costs associated with restoring credit); or
5. attorneys' fees or costs of any party.

"Suit" means a civil proceeding in which "damages to which this insurance applies are alleged.  "Suit" includes:

1. An arbitration proceeding in which such "damages" are claimed and to which you must submit or do submit with our consent; or

2. Any alternative dispute resolution proceeding in which such "damages" are claimed and to which you submit with our consent.

All other policy terms, conditions, definitions and exclusions remain unchanged.

Includes copyrighted material of Insurance Services Office Inc., with its permission.

EXHIBIT A-110

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# BROAD FORM PRODUCTS COVERAGE

This endorsement modifies insurance provided under the following:

### AUTO DEALERS COVERAGE FORM

**SECTION I – COVERED AUTOS COVERAGE**, Paragraph **D. Covered Autos Liability Coverage**, Paragraph **4. Exclusions**, is changed as follows:

The **Defective Products** exclusion does not apply.  However, subject to the **Limit of Insurance – Covered Autos Liability**, and any other deductible that may apply, the coverage only applies to that amount of "property damage" to your "products" that exceeds     $1,000  for any one "accident".

All other policy terms, conditions, definitions and exclusions remain unchanged.

EXHIBIT A-111

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CANINE LIABILITY EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

**AUTO DEALERS COVERAGE FORM**

The following is added to paragraph **2. Exclusions** of **Section II – General Liability Coverages, Coverage A – Bodily Injury And Property Damage Liability,** paragraph **2. Exclusions** of **Section II – General Liability Coverages, Coverage B – Personal And Advertising Injury Liability** and paragraph **2. Exclusions** of **Section II – General Liability Coverages, Coverage C – Locations And Operations Medical Payments**:

This insurance does not apply to:

**CANINES**

"Bodily injury", "property damage", "personal and advertising injury" or medical payments arising out of the ownership, existence, keeping, harboring, maintenance, presence, training, lease, loan, entrustment, control or use of canines for which you are legally responsible.  Canines include, but are not limited to, dogs.

All other policy terms, conditions, definitions and exclusions remain unchanged.

EXHIBIT A-112

CAG 1722 1014

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY**.

# EXCLUSION – MODIFICATION OF FARM TRACTORS OR FARM EQUIPMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

The following is added to Section **II** – General Liability Coverages, paragraph **A.** Bodily Injury and Property Damage Liability and paragraph **C.** Locations and Operations Medical Payment, sub-paragraph **2.**, Exclusions.

This insurance does not apply to:

**Modification of Farm Tractors or Farm Equipment**

(1) "Bodily injury" or "property damage" arising directly or indirectly out of, resulting from or caused by any modification, change, or alteration of any safety equipment, part or mechanism furnished by the manufacturer as part of the covered tractor or farm equipment's delivered price or is described as part of the tractor or farm equipment in the original manufacturer's owner's manual.

This exclusion applies regardless of whether the "insured", farm tractor or farm equipment owner or anyone else was the person responsible for the modification, change or alteration of any safety equipment, part or mechanism of the farm tractor or farm equipment.

(2) "Bodily injury" or "property damage" arising directly or indirectly out of the rendering or the failure to render any professional services by you or those acting on your behalf.  These services include, but are not limited to:

   (a) Engineering services, including related supervisory or inspection services;

   (b) Preparing, approving or failing to prepare or approve shop drawings, change orders, drawings or specifications; or

   (c) Consultation services, including the failure to advise or recommend any modification or equipment.

We shall have no duty to defend or indemnify any claim, demand, "suit", action, litigation, arbitration, alternative dispute resolution or other judicial or administrative proceeding seeking damages equitable relief, or administrative relief where:

1. Any actual or alleged injury arises out of any combination of a farm tractor or farm equipment modification related cause and any non-modification related cause; or

2. A chain of events which includes a modification to the  farm tractor or farm equipment regardless of whether that modification  is the initial precipitating event or a substantial cause of injury; or

3. Any actual or alleged injury arises out of a farm tractor or farm equipment modification as a concurrent cause of injury regardless of whether that modification is the proximate cause of injury.

All other terms and conditions of this policy remain unchanged.

CAG 1722 1014                                                                                          Page 1 of 1
**Includes copyrighted material of Insurance Services Office, Inc., used with its permission.**

EXHIBIT A-113

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

IL 00 17 11 98                     Copyright, Insurance Services Office, Inc., 1998                     **Page 1 of 1**     □

EXHIBIT A-114

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

IL 00 21 09 08                    © ISO Properties, Inc., 2007                    Page 1 of 2    □

EXHIBIT A-115

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

© ISO Properties, Inc., 2007 IL 00 21 09 08

EXHIBIT A-116

IL 01 17 12 10

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# INDIANA CHANGES – WORKERS' COMPENSATION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM LIABILITY COVERAGE FORM
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** For insurance provided under the:

Commercial General Liability Coverage Part
Commercial Liability Umbrella Coverage Part
Employment-Related Practices Liability Coverage Part
Liquor Liability Coverage Part
Medical Professional Liability Coverage Part
Owners And Contractors Protective Liability Coverage Part
Pollution Liability Coverage Part
Products/Completed Operations Liability Coverage Part
Railroad Protective Liability Coverage Part
Underground Storage Tank Policy

The following is added to the **Workers' Compensation And Similar Laws** Exclusion:

This exclusion also applies to any obligation of the insured under the Indiana Workers' Compensation statutes arising out of the failure of the insured to exact from a contractor (or subcontractor if the insured is a contractor) a certificate from the workers' compensation board showing that the contractor (or subcontractor) has complied with the applicable workers' compensation insurance requirements.

**B.** For insurance provided under the Commercial Automobile Coverage Part, the following is added to the **Workers' Compensation** Exclusion:

This exclusion also applies to any obligation of the "insured" under the Indiana Workers' Compensation statutes arising out of the failure of the "insured" to exact from a contractor (or subcontractor if the "insured" is a contractor) a certificate from the workers' compensation board showing that the contractor (or subcontractor) has complied with the applicable workers' compensation insurance requirements.

**C.** For insurance provided under the Farm Liability Coverage Form and Farm Umbrella Liability Policy, the following is added to the **Workers' Compensation Or Similar Law** Exclusion:

This exclusion also applies to any obligation of the "insured" under the Indiana Workers' Compensation statutes arising out of the failure of the "insured" to exact from a contractor (or subcontractor if the "insured" is a contractor) a certificate from the workers' compensation board showing that the contractor (or subcontractor) has complied with the applicable workers' compensation insurance requirements.

EXHIBIT A-117

IL 01 56 11 17

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# INDIANA CHANGES – CONCEALMENT, MISREPRESENTATION OR FRAUD

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART

**A.** The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following:

**Concealment, Misrepresentation Or Fraud**

We will not pay for any loss or damage in any case of:

**1.** Concealment or misrepresentation of a material fact; or

**2.** Fraud

committed by an insured ("insured") at any time and relating to a claim under this policy.

**B.** However, with respect to the Commercial Property and Farm Coverage Parts, Paragraph **A.** does not apply when a claim is made by an "innocent coinsured", provided:

**1.** The property loss or damage occurs to the primary residence of the "innocent coinsured" as covered under Building Coverage (for Commercial Property) or Coverage **A** or **B** (for Farm).

**2.** The "final settlement" for the property loss or damage is at least 60% of available insurance proceeds under the policy.

**C.** The following is added and supersedes any provision to the contrary:

**1.** Any payment made pursuant to Paragraph **B.** will be for:

**a.** The actual cost of repair or replacement of the property that is the subject of the claim if the actual cost of repair or replacement is less than or equal to the maximum limit of coverage under the policy; or

**b.** The maximum limit of coverage under the policy if the actual cost of repair or replacement of the property that is the subject of the claim is greater than the maximum limit of coverage under the policy.

**2.** Any payment made pursuant to Paragraph **B.** is limited to the following:

**a.** An "innocent coinsured's" ownership interest in the property, less any payments we make to a mortgagee or other lienholder with a secured interest in the property.

**b.** We will not pay another coinsured for any part of the claim for which we have already paid to an "innocent coinsured".

**c.** We will not pay an amount that is greater than the amount an "innocent coinsured" is entitled to under a decree of dissolution of marriage between the "innocent coinsured" and an individual described in Paragraphs **D.1.a.** or **b.**

**D.** As used in this endorsement, "innocent coinsured" is an insured ("insured") who:

**1.** Did not have knowledge of, cooperate in, or intentionally contribute to a property loss or damage that was caused or arranged by another individual who:

Is an insured ("insured") and:

**a.** Died in connection with the circumstances that caused the property loss or damage; or

**b.** Has been charged with a crime based on a court finding that there is probable cause to believe that the individual committed the crime in connection with the circumstances that caused the property loss or damage;

EXHIBIT A-118

2. Signs a sworn affidavit attesting that they did not have knowledge of, cooperate in, or intentionally contribute to the property loss or damage; and

3. Cooperates in the investigation and resolution of the claim for the property loss or damage, any police investigation related to the property loss or damage, and any criminal prosecution of the individual that caused or arranged the property loss or damage.

E. As used in this endorsement, "final settlement" is a determination:

1. Of the amount owed by us to an "innocent coinsured" under Building Coverage (for Commercial Property) or Coverage **A** or **B** (for Farm) under the policy and for property loss or damage to the "innocent coinsured's" primary residence; and

2. Made by:

   a. Acceptance of a proof of loss by us;

   b. Execution of a release by the "innocent coinsured";

   c. Acceptance of an arbitration award by the "innocent coinsured" and us; or

   d. Judgment of a court of competent jurisdiction.

However, "final settlement" does not apply to loss or damage related to contents, personal property, or another loss that is not covered under Building Coverage (for Commercial Property) or Coverage **A** or **B** (for Farm) under this policy.

 © Insurance Services Office, Inc., 2017 **IL 01 56 11 17**

EXHIBIT A-119

IL 01 58 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# INDIANA CHANGES

This endorsement modifies insurance provided under the following:

> COMMERCIAL AUTOMOBILE COVERAGE PART
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> COMMERCIAL PROPERTY – LEGAL LIABILITY COVERAGE FORM
> COMMERCIAL PROPERTY – MORTGAGEHOLDERS ERRORS AND OMISSIONS COVERAGE FORM*
> EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
> FARM LIABILITY COVERAGE FORM
> LIQUOR LIABILITY COVERAGE PART
> MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART
> UNDERGROUND STORAGE TANK POLICY

\* Under the **Mortgageholders Errors And Omissions Coverage Form,** the following condition applies only to Coverage **C** and Coverage **D.**

The following condition is added:

Notice given by or on behalf of the insured to any of our authorized agents in Indiana, with particulars sufficient to identify the insured, shall be considered to be notice to us.

EXHIBIT A-120

IL 02 50 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TENNESSEE CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **5.** of the **Cancellation** Common Policy Condition is replaced by the following:

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due.

The refund will be pro rata if:

**a.** We cancel; or

**b.** The policy is cancelled at the request of a premium finance company that has financed this policy under a premium finance agreement.

The refund may be less than pro rata if the first Named Insured cancels the policy.

The cancellation will be effective even if we have not made or offered a refund.

**B.** The following is added to the **Cancellation** Common Policy Condition:

**CANCELLATION OF POLICIES IN EFFECT FOR 60 DAYS OR MORE**

If this policy has been in effect for 60 days or more, or if this policy is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

**1.** Nonpayment of premium, including any additional premium, calculated in accordance with our current rating manual, justified by a physical change in the insured property or a change in its occupancy or use;

**2.** Your conviction of a crime increasing any hazard insured against;

**3.** Discovery of fraud or material misrepresentation on the part of either of the following:

**a.** You or your representative in obtaining this insurance; or

**b.** You in pursuing a claim under this policy;

**4.** Failure to comply with written loss control recommendations;

**5.** Material change in the risk which increases the risk of loss after we issued or renewed insurance coverage;

**6.** Determination by the insurance commissioner that the continuation of the policy would jeopardize our solvency or would place us in violation of the insurance laws of Tennessee or any other state;

**7.** Your violation or breach of any policy terms or conditions; or

**8.** Other reasons that are approved by the insurance commissioner.

Notice of cancellation will state the reason for cancellation.

IL 02 50 09 08                    © ISO Properties, Inc., 2007                    Page 1 of 2   □

EXHIBIT A-121

C. The following is added and supersedes any provisions to the contrary:

**NONRENEWAL**

1. If we decide not to renew this policy, we will mail or deliver written notice of nonrenewal to the first Named Insured and agent, at least 60 days before the expiration date unless:

    a. We have offered to issue a renewal policy; or

    b. You have obtained replacement coverage or have agreed in writing to obtain replacement coverage.

2. Any notice of nonrenewal will be mailed or delivered to the first Named Insured's and agent's addresses shown in the policy. If notice is mailed, proof of mailing will be sufficient proof of notice.

D. The following is added to the **Premiums** Common Policy Condition:

Whenever an insurance policy which is financed with a premium finance company is cancelled, the insurer shall return, within 30 days after the effective date of the cancellation, whatever gross unearned premiums are due under the insurance policy directly to the premium finance company for the account of the first Named Insured.

© ISO Properties, Inc., 2007
**IL 02 50 09 08**     ☐

EXHIBIT A-122

IL 02 72 11 21

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# INDIANA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraphs **2.**, **3.** and **6.** of the **Cancellation** Common Policy Condition are replaced by the following:

**2. Cancellation Of Policies In Effect**

**a. 90 Days Or Less**

If this policy has been in effect for 90 days or less, we may cancel this policy by mailing to the first Named Insured written notice of cancellation at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium;

**(2)** 20 days before the effective date of cancellation if you have perpetrated a fraud or material misrepresentation on us; or

**(3)** 30 days before the effective date of cancellation if we cancel for any other reason.

**b. More Than 90 Days**

If this policy has been in effect for more than 90 days, or is a renewal of a policy we issued, we may cancel this policy, only for one or more of the reasons listed below, by mailing to the first Named Insured written notice of cancellation at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium;

**(2)** 20 days before the effective date of cancellation if you have perpetrated a fraud or material misrepresentation on us; or

**(3)** 45 days before the effective date of cancellation if:

**(a)** There has been a substantial change in the scale of risk covered by this policy;

IL 02 72 11 21                    © Insurance Services Office, Inc., 2021                    Page 1 of 2

EXHIBIT A-123

**(b)** Reinsurance of the risk associated with this policy has been cancelled; or

**(c)** You have failed to comply with reasonable safety recommendations.

3. We will mail our notice to the first Named Insured's last mailing address known to us.

6. Proof of mailing will be sufficient proof of notice.

**B.** The following is added to the Common Policy Conditions and supersedes any provision to the contrary.

**Nonrenewal**

1. If we elect not to renew this policy, we will mail to the first Named Insured written notice of nonrenewal at least 45 days before:

   **a.** The expiration date of this policy, if the policy is written for a term of one year or less; or

   **b.** The anniversary date of this policy, if the policy is written for a term of more than one year.

2. We will mail our notice to the first Named Insured's last mailing address known to us. Proof of mailing will be sufficient proof of notice.

EXHIBIT A-124

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# POLICY  CHANGES

Policy Change
Number

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| CA0952079 | 05/01/2022 | STAR INSURANCE COMPANY – AUTOEDGE |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| Transport Enterprise Leasing LLC<br>As Per Named Insured Extension<br>400 Birmingham Hwy<br>Chattanooga, TN 37419 | Williams & Stazzone Insurance Agency, Inc.<br>6549 North Wickham Rd., Unit 101<br>Melbourne, FL 32940 |

COVERAGE PARTS AFFECTED
Commercial Auto Dealers Coverage Form

CHANGES

It is understood and agreed that Physical Damage Coverage – Comprehensive, Collision and False Pretense exposures are included per the schedule listed below subject to the terms, conditions and deductible structure shown on the policy:

400 Birmingham Hwy Chattanooga TN 37419 $2,500,000
700 Birmingham Hwy Chattanooga TN 37419 Included
9503 E 33rd St  Indianapolis IN 46235 $250,000
2680 Forrest Park Road Southeast Atlanta GA 30315 $250,000
3290 Colonial Parkway Decatur GA 30034 $250,000
1234 Bridgestone Pkwy La Vergne TN 37086 $250,000
1800 Progress Way Clarksville IN 47129 $250,000
11777 North Dixie Dr Tipp City OH 45371 $250,000
1535 New Hope Church Road  Tunnel Hill  GA 30755 $250,000
9503 E 33rd St/3200 N Mitthoeffer Rd Indianapolis IN 46235 $2,500,000
9420 E 30th St Indianapolis IN 46235 $1,250,000
4701 E 32nd St Joplin MO 64804 $250,000
705 N Bloominton Lowell AR 72745 $250,000
1901 Outer Loop  Louisville KY 40219 $250,000
1600 E Benson Road Sioux Falls SD 57104 $250,000

_____
Authorized Representative Signature

Copyright, Insurance Services Office, Inc.,  1983
Copyright, ISO Commercial Risk Services, Inc.,  1983

IL 12 01 11 85

Page  1  of  2   □

Original

EXHIBIT A-125

| POLICY CHANGES ENDORSEMENT DESCRIPTION |
|---|
| 8951 S 126th St Omaha NE 68138 $250,000<br>1015 N 9th Avenue Brandon SD 57005 $250,000<br>8055 Hwy 67 North Texarkana AR 71854 $250,000<br>125 Riverview Drive Richland MS 39218 $250,000<br>3108 Industrial Park Rd Van Buren AR 72956 $250,000<br>2600 I-55 North Service Road West Memphis  AR 72301 $250,000<br>5701 West Keist Blvd. Dallas TX 75236 $250,000<br>4444 Irving Blvd Dallas TX 75247 $250,000 |

IL 12 01 11 85

Original

**Page 2 of 2**

EXHIBIT A-126

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# POLICY  CHANGES

Policy Change
Number

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| CA0952079 | 05/01/2022 | STAR INSURANCE COMPANY – AUTOEDGE |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| Transport Enterprise Leasing LLC<br>As Per Named Insured Extension<br>400 Birmingham Hwy<br>Chattanooga, TN 37419 | Williams & Stazzone Insurance Agency,<br>Inc.<br>6549 North Wickham Rd., Unit 101<br>Melbourne, FL 32940 |

**COVERAGE PARTS AFFECTED**
Commercial Auto Dealers Coverage Form

CHANGES
It is understood and agreed that the policy is amended as follows:

The following Loss Payee is added in regards to leased and rented vehicles:
SmartBank
835 Georgia Avenue
Chattanooga, TN 37402

All other terms and conditions remain unchanged.

_____
Authorized Representative Signature

Copyright, Insurance Services Office, Inc.,  1983
Copyright, ISO Commercial Risk Services, Inc.,  1983

IL 12 01 11 85

**Page  1  of  1**  □

Original

EXHIBIT A-127

COMMERCIAL AUTO
CA 01 19 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# INDIANA CHANGES

For a covered "auto" licensed in, or "auto dealer operations" conducted in, Indiana, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement or to any amendment to or replacement thereof, the provisions of the Coverage Form apply unless modified by the endorsement.

**Changes In Conditions**

**A.** Except as provided in Paragraph **B.** of this endorsement, **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are changed by adding the following and supersedes any provision to the contrary:

If there is other applicable insurance available under one or more policies or provisions of coverage, any insurance we provide for any covered "auto" owned by an "insured" is primary and shall first be exhausted.

**B. Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are changed by adding the following:

1. When two Coverage Forms providing liability coverage apply to an "auto" and:

   a. One provides coverage to a named insured engaged in the business of selling, repairing, servicing, delivering, testing, road testing, parking or storing "autos"; and

   b. The other provides coverage to a person not engaged in that business; and

   c. At the time of an "accident" a person described in **1.b.** is operating an "auto" owned by the business described in **1.a.**, then that person's liability coverage is primary and the Coverage Form issued to a business described in **1.a.** is excess over any coverage available to that person.

2. When two Coverage Forms providing liability coverage apply to an "auto" and:

   a. One provides coverage to a named insured engaged in the business of repairing, servicing, parking or storing "autos"; and

   b. The other provides coverage to a person not engaged in that business; and

   c. At the time of an "accident" an "insured" under the Coverage Form described in **2.a.** is operating an "auto" owned by a person described in **2.b.**, then the liability Coverage Form issued to the business described in **2.a.** is primary and the Coverage Form issued to a person described in **2.b.** is excess over any coverage available to the business.

CA 01 19 10 13                © Insurance Services Office, Inc., 2012                **Page 1 of 1**

EXHIBIT A-128

COMMERCIAL AUTO
CA 01 46 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TENNESSEE CHANGES

For a covered "auto" licensed in, or "auto dealer operations" conducted in, Tennessee, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

**A. Changes In Covered Autos Liability Coverage**

Paragraph **2.b.(4)** of the **Who Is An Insured** provision of the Auto Dealers Coverage Form does not apply.

**B. Changes In Conditions**

1. The following replaces the lead-in paragraph to the **Duties In The Event Of Accident, Claim, Suit Or Loss** Condition in the Business Auto and Motor Carrier Coverage Forms and the **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** Condition in the Auto Dealers Coverage Form:

   We have no duty to provide coverage under this policy if the failure to comply with the following duties is prejudicial to us:

2. The **Other Insurance** Condition in the Auto Dealers and Business Auto Coverage Forms and the **Other Insurance – Primary and Excess Insurance Provisions** Condition in the Motor Carrier Coverage Form are changed by adding the following:

   **a.** When two policies providing liability insurance apply to an "auto" and:

   **(1)** One provides coverage to a named "insured" engaged in the business of selling, repairing, servicing, delivering, testing, road testing, parking or storing "autos";

   **(2)** The other provides coverage to a person not engaged in that business; and

   **(3)** At the time of an "accident" a person described in Paragraph **a.(2)** is operating an "auto" owned by the business described in Paragraph **a.(1)**, then that person's liability insurance is primary and the policy issued to a business described in Paragraph **a.(1)** is excess over any insurance available to that person.

   **b.** When two policies providing liability insurance apply to an "auto" and:

   **(1)** One provides coverage to a named "insured" engaged in the business of repairing, servicing, parking or storing "autos";

   **(2)** The other provides coverage to a person not engaged in that business; and

   **(3)** At the time of an "accident" an "insured" under the policy described in Paragraph **b.(1)** is operating an "auto" owned by a person described in Paragraph **b.(2)**, then the liability insurance policy issued to the business described in Paragraph **b.(1)** is primary and the policy issued to a person described in Paragraph **b.(2)** is excess over any insurance available to the business.

CA 01 46 10 13              © Insurance Services Office, Inc., 2012              Page 1 of 1

EXHIBIT A-129

POLICY NUMBER: CA0952079

**COMMERCIAL AUTO**
**CA 03 01 10 13**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# DEDUCTIBLE LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** Transport Enterprise Leasing LLC |
| **Endorsement Effective Date:** 05/01/2022 |

### SCHEDULE

Covered Autos Liability Coverage and Paragraph **A.** Bodily Injury And Property Damage Liability of Section **II** – General Liability Coverages in the Auto Dealers Coverage Form are subject to one of the following two deductibles shown below:

| | | |
|---|---|---|
| **Liability Deductible:**  $1,000 | | **Per "Accident"** |
| | **OR** | |
| **"Property Damage" Only Liability Deductible:** | | **Per "Accident"** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Liability Deductible**

If a Liability Deductible, and not a "Property Damage" Only Liability Deductible, is shown in the Schedule, the damages resulting from any one "accident" that are otherwise payable will be reduced by the Liability Deductible shown in the Schedule prior to the application of the Limit of Insurance provision.

**B. Property Damage Only Liability Deductible**

If a "Property Damage" Only Liability Deductible, and not a Liability Deductible, is shown in the Schedule, the damages resulting from any one "accident" that are otherwise payable for "property damage" will be reduced by the "Property Damage" Only Liability Deductible shown in the Schedule prior to the application of the Limit of Insurance provision.

**C. Our Right To Reimbursement**

To settle any claim or "suit", we may pay all or any part of any deductible shown in the Schedule. If this happens, you must reimburse us for the deductible or the part of the deductible we paid.

CA 03 01 10 13

© Insurance Services Office, Inc., 2011

Page 1 of 1

EXHIBIT A-130

COMMERCIAL AUTO
CA 04 33 10 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# INDIANA CHANGES – POLLUTION EXCLUSION

For a covered "auto" licensed in, or "garage operations" conducted in, Indiana, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement or to any amendment to or replacement thereof, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Covered Autos Liability Coverage**

The following is added to the **Pollution** Exclusion:

This Pollution Exclusion applies whether or not such irritant or contaminant has any function in your business, operations, premises, site or location.

**B. Changes In General Liability Coverages**

With respect to the Auto Dealers Coverage Form:

**1.** The following is added to Exclusion **2.f. Pollution** of Paragraph **A. Bodily Injury And Property Damage Liability:**

This Pollution Exclusion applies whether or not such irritant or contaminant has any function in your business, operations, premises, site or location.

**2.** The following is added to Exclusion **2.l. Pollution** of Paragraph **B. Personal And Advertising Injury Liability:**

This Pollution Exclusion applies whether or not such irritant or contaminant has any function in your business, operations, premises, site or location.

CA 04 33 10 13                    © Insurance Services Office, Inc., 2012                    Page 1 of 1

EXHIBIT A-131

POLICY NUMBER: CA0952079

**COMMERCIAL AUTO**
**CA 21 20 02 22**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TENNESSEE UNINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Tennessee, this endorsement modifies insurance provided under the following:

> AUTO DEALERS COVERAGE FORM
> BUSINESS AUTO COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the Policy on the inception date unless another date is indicated below.

| |
|---|
| **Named Insured:** Transport Enterprise Leasing LLC |
| **Endorsement Effective Date:** 05/01/2022 |

**SCHEDULE**

| "Bodily Injury" And "Property Damage" | N/A **Each "Accident"** |
|---|---|
| Or | |
| "Bodily Injury" | $65,000 **Each "Accident"** |

This endorsement provides "bodily injury" and "property damage" Uninsured Motorists Coverage unless an "X" is entered below.

[X] If an "X" is entered in this box, this endorsement provides "bodily injury" Uninsured Motorists Coverage only.

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured", or "property damage" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. With respect to damages resulting from an "accident" with a vehicle described in Paragraph **(2)** of the definition of "uninsured motor vehicle", we will pay under this coverage only if **a.** or **b.** below applies:

   a. The limit of any applicable liability bonds or policies has been exhausted by payments of judgments or settlements; or

   b. A tentative settlement has been made between an "insured" and the insurer of an owner or operator of a vehicle described in Paragraph **(2)** of the definition of "uninsured motor vehicle" and we have been given written notice of such tentative settlement as described in Paragraph **E.4.b.**

3. Any judgment for damages arising out of a suit brought without our written consent is not binding on us.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   a. The Named Insured and any "family members".

CA 21 20 02 22                    © Insurance Services Office, Inc., 2021                    Page 1 of 6

**b.** Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

**c.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

**a.** Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

**b.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**c.** The Named Insured for "property damage" only.

## C. Exclusions

This insurance does not apply to:

1. Any claim settled without our consent. However, this exclusion does not apply to a settlement made with the insurer of an owner or operator of a vehicle described in Paragraph **(2)** of the definition of "uninsured motor vehicle" in accordance with the procedure described in Paragraph **A.2.b.**

2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

3. The direct or indirect benefit of any insurer of property.

4. "Bodily injury" sustained by:

**a.** The individual Named Insured while "occupying" or when struck by a vehicle owned by that Named Insured that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form.

**b.** Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form.

**c.** Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Uninsured Motorists Coverage on a primary basis under any other Coverage Form or policy.

5. Property contained in or struck by any vehicle owned by the Named Insured or, if the Named Insured is an individual, any "family member" which is not a covered "auto".

6. The first $200 of the amount of "property damage" to the property of each "insured" as the result of any one "accident". This exclusion does not apply if:

**a.** We insure the Named Insured's covered "auto" for both collision and uninsured motorists "property damage" coverage; and

**b.** The operator of the "uninsured motor vehicle" is positively identified and is solely at fault.

7. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

8. "Property damage" for which the "insured" has been or is entitled to be compensated by other property or physical damage insurance.

9. Punitive or exemplary damages.

10. "Bodily injury" or "property damage" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## D. Limit Of Insurance

1. Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the limit of Uninsured Motorists Coverage shown in the Schedule.

2. The most we will pay for all damages resulting from "bodily injury" to an "insured" when the "insured" is "occupying" an "auto" not owned by the "insured", or is not "occupying" any "auto", is the highest limit of Uninsured Motorists Coverage on an "auto" owned by the "insured".

3. For a vehicle described in Paragraph **(2)** of the definition of "uninsured motor vehicle", our Limit of Insurance shall be reduced by all sums paid because of "bodily injury" by or for anyone who is legally responsible, including all sums paid or payable under this policy's Covered Autos Liability Coverage.

© Insurance Services Office, Inc., 2021 CA 21 20 02 22

4. No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form, any Liability Coverage form, and any Medical Payments Coverage endorsement attached to this Coverage Part.

We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any workers' compensation law, disability benefits or similar law.

5. We will not pay for a loss which is paid or payable under Physical Damage Coverage.

**E. Changes In Conditions**

The Conditions are changed for Uninsured Motorists Coverage as follows:

1. **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are replaced by the following:

   a. If there is other applicable insurance available under one or more Coverage Forms, policies or provisions of coverage, the maximum recovery for damages under all Coverage Forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any one Coverage Form or policy providing coverage.

   b. Subject to Paragraph **a.**, with respect to "bodily injury" to an "insured":

      (1) While not "occupying" a vehicle, only the Uninsured Motorists Coverage applicable to a vehicle, under which the injured person is an "insured", that provides the highest limit of Uninsured Motorists Coverage, will apply. No other Coverage Form, policy or provision of coverage with lesser limits of Uninsured Motorists Coverage will apply. If two or more Coverage Forms, policies or provisions of coverage provide the highest limit of Uninsured Motorists Coverage, they will share the loss equally.

      (2) While "occupying" a vehicle owned by that "insured", only the Uninsured Motorists Coverage applicable to that vehicle will apply, and no other Coverage Form, policy or provision of coverage will apply.

      (3) While "occupying" a vehicle not owned by that "insured", the following will be the priorities of recovery:

| | |
|---|---|
| **First Priority** | The Uninsured Motorists Coverage applicable to the vehicle the "insured" was "occupying" at the time of the "accident". |
| **Second Priority** | If the first priority is exhausted, only the Coverage Form, policy or provision of coverage applicable to a vehicle under which the "insured" is a named "insured", that provides the highest limit of Uninsured Motorists Coverage. |
| **Third Priority** | If the first and second priorities are exhausted, only the Coverage Form, policy or provision of coverage applicable to a vehicle under which the "insured" is other than a named "insured", that provides the highest limit of Uninsured Motorists Coverage. |

If two or more Coverage Forms, policies or provisions of coverage in the second or third priority provide the highest limit of Uninsured Motorists Coverage, they will equally share the loss applicable to that priority. No Coverage Forms, policies or provisions of coverage with lesser limits of Uninsured Motorists Coverage will apply to the second or third priority.

2. **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

   a. Promptly notify the police if a hit-and-run driver is involved.

   b. Promptly send us copies of the legal papers if a suit is brought.

**c.** A person seeking coverage from an insurer, owner or operator of a vehicle described in Paragraph **F.2.c.(2)** of the definition of "uninsured motor vehicle" must notify us in writing of a tentative settlement between the "insured" and the insurer as described in Paragraph **E.4.b.** and allow us, within 30 days of receipt of both notices, to advance payment to that "insured" in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such vehicle.

3. **Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

Our rights under this provision do not apply with respect to a tentative settlement between an "insured" and the insurer of an owner or operator of a vehicle described in Paragraph **(2)** of the definition of "uninsured motor vehicle", for which we have been notified in accordance with Paragraph **A.2.b.**, to which we:

a. Consent to the tentative settlement; or

b. Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification:

a. That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Uninsured Motorists Coverage; and

b. We also have a right to recover the advance payment, unless judgment is rendered in favor of the owner or operator of an "uninsured motor vehicle".

4. The following is added:

**Arbitration**

a. If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or operator of an "uninsured motor vehicle", or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated and shall be decided by a court of competent jurisdiction.

b. If a tentative settlement is made between an "insured" and the insurer, owner or operator of the "uninsured motor vehicle" for the full limits of all liability policies or bonds available to the party on whose behalf the tentative settlement is made, and:

(1) We receive written notice from the "insured", sent certified mail return receipt requested or by some other method with written verification, of the "insured's":

(a) Intent to accept the offer thereby releasing the party on whose behalf the offer is made; and

(b) Agreement to submit the uninsured motorists claim to binding arbitration;

(2) We receive written notice from the insurer of the "uninsured motor vehicle", sent certified mail return receipt requested or by some other method with written verification of the offer, and such insurer:

(a) Provides verification of coverage upon request; and

(b) Confirms to us that the owner or operator of the "uninsured motor vehicle" agrees to cooperate in connection with the arbitration of the uninsured motorists claim;

(3) We consent to the tentative settlement in writing, sent certified mail return receipt requested or by some other method with written verification, within 30 days from receipt of both notices described in Paragraphs **(1)** and **(2)** above, thereby waiving our right to recover payment from the owner or operator of an "uninsured motor vehicle" in exchange for their written agreement to cooperate in connection with the arbitration;

© Insurance Services Office, Inc., 2021    CA 21 20 02 22

then all issues of tort liability and damages arising out of the ownership, maintenance or use of the "uninsured motor vehicle" shall be arbitrated. However, if the settlement does not release all parties alleged to be liable to the "insured", arbitration of the uninsured motorists claim shall not be conducted until all such parties have been fully and finally disposed by settlement, final judgment or otherwise.

c. We and an "insured" must agree to arbitration and to be bound by the results of that arbitration. In this event, both parties will agree on an arbitrator. If they cannot agree, either party may request that a judge of a court of record for the county where arbitration is pending designate three (3) potential arbitrators; the parties shall then agree upon one of the three.

d. Unless we and an "insured" agree otherwise, arbitration will be in the county in which the "insured" lives. Rules of evidence applicable to the state courts where the arbitration is conducted will apply.

e. The arbitrator's expense will be paid by:

(1) The "insured", if the arbitrator's award is less than or equal to the total amount collected by the "insured" from settlements or judgments, if any, and the offer made by us at least 15 days prior to arbitration; or

(2) Us, if the arbitrator's award exceeds the total amount collected by the "insured" from settlements or judgments, if any, and the offer made by us at least 15 days prior to arbitration.

**F. Additional Definitions**

As used in this endorsement:

1. "Property damage" means injury or destruction of:

a. A covered "auto";

b. Property contained in the covered "auto" and owned by the Named Insured or, if the Named Insured is an individual, any "family member"; or

c. Property contained in the covered "auto" and owned by anyone else "occupying" the covered "auto".

2. The following are added to the **Definitions** section:

a. "Family member" means a person related to an individual Named Insured by blood, marriage or adoption, who is a resident of such Named Insured's household, including a ward or foster child.

b. "Occupying" means in, upon, getting in, on, out or off.

c. "Uninsured motor vehicle" means a land motor vehicle or "trailer":

(1) For which no liability bond or policy at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged;

(2) That is an underinsured motor vehicle. An underinsured motor vehicle is a land motor vehicle or "trailer" for which the sum of the limits of liability available for payment to an "insured" under all policies, bonds and securities applicable at the time of the accident:

(a) Is less than the Limit of Insurance for this coverage; or

(b) Has been reduced by payments to persons other than the "insured" to an amount which is less than the limit of liability for this coverage;

(3) For which an insuring or bonding company denies coverage or is or becomes insolvent; or

(4) For which neither the driver nor owner can be identified. The vehicle or "trailer" must either:

(a) Hit an "insured", a covered "auto" or a vehicle an "insured" is "occupying"; or

(b) Cause "bodily injury" or "property damage" without hitting an "insured", a covered "auto" or a vehicle an "insured" is "occupying".

If there is no physical contact with such vehicle or "trailer", the facts of the "accident" must be proven by clear and convincing evidence. We will only accept corroborating evidence of the claim other than the evidence provided by occupants in the covered "auto" or in the vehicle an "insured" is "occupying".

However, "uninsured motor vehicle" does not include any vehicle:

(1) Owned by, or furnished or available for the Named Insured's regular use or, if the Named Insured is an individual, that of any "family member";

(2) Owned or operated by a self-insurer within the meaning of the Tennessee Financial Responsibility Law, compiled in title 55, chapter 12, or any similar state or federal law, except as a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;

(3) Designed for use mainly off public roads or any off-highway vehicle, as defined in Tenn. Code Ann. Section 55-8-101, except while the vehicle is operated on public roads pursuant to Tenn. Code Ann. Section 55-8-185 or other law; or

(4) While located for use as a premises.

EXHIBIT A-137

POLICY NUMBER: CA0952079

**COMMERCIAL AUTO**
**CA 21 44 12 15**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# INDIANA UNINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Indiana, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the Policy effective on the inception date of the Policy unless another date is indicated below.

| | |
|---|---|
| **Named Insured:** Transport Enterprise Leasing LLC | |
| **Endorsement Effective Date:** 05/01/2022 | |

**SCHEDULE**

| | |
|---|---|
| **"Bodily Injury":** | $50,000 **Each "Accident"** |
| **"Bodily Injury" And "Property Damage":** | **Each "Accident"** |
| **Section C – Exclusions** applies in its entirety unless an "X" is entered below: | |
| ☐ If an "X" is entered in this box, Exclusion **8.** does not apply. | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damage must result from:

   **a.** "Bodily injury" sustained by the "insured" and caused by an "accident" with an "uninsured motor vehicle"; or

   **b.** "Property damage" caused by an "accident" with an "uninsured motor vehicle" if the Schedule or Declarations indicates that both "bodily injury" and "property damage" Uninsured Motorists Insurance apply.

   The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   **a.** The Named Insured and any "family members".

   **b.** Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   **c.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

CA 21 44 12 15    © Insurance Services Office, Inc., 2015    **Page  1  of  4**

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   a. Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   b. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

   c. The Named Insured for "property damage" only.

## C. Exclusions

This insurance does not apply to:

1. Any claim settled without our consent.

2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

3. The direct or indirect benefit of any insurer of property.

4. "Bodily injury" if sustained by:

   a. An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a covered "auto" under this Coverage Form; or

   b. Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured on a primary basis under any other Coverage Form or policy.

5. "Property damage" to an "auto" or to property contained in an "auto" owned by the Named Insured which is not a covered "auto".

6. Any "insured" using a vehicle without a reasonable belief that the "insured" is entitled to do so.

7. "Property damage" for which the "insured" has been or is entitled to be compensated by other property or physical damage insurance.

8. The first $300 of the amount of "property damage" to the property of each "insured" as the result of any one "accident". This exclusion does not apply if the Named Insured's covered "auto" is legally parked and unoccupied when involved in an "accident" with an "uninsured motor vehicle".

9. "Property damage" caused by a hit-and-run vehicle.

10. Punitive or exemplary damages.

11. "Bodily injury" or "property damage" arising directly or indirectly out of:

    a. War, including undeclared or civil war;

    b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

    c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

12. "Noneconomic loss" sustained by any "insured" if such "insured" is an uninsured motorist with a previous violation as defined in Indiana Code Section 27-7-5.1.

    However, Exclusion C.12. does not apply to an "insured" under 18 years of age.

## D. Limit Of Insurance

1. Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the limit shown in this endorsement.

2. The Limit of Insurance under this coverage shall be reduced by all sums paid or payable by or for anyone who is legally responsible, including all sums paid under this Coverage Form's Covered Autos Liability Coverage.

3. No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage form or Medical Payments Coverage endorsement attached to this Coverage Part.

   We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

   We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any workers' compensation, disability benefits or similar law.

4. We will not pay for a loss which is paid or payable under Physical Damage Coverage.

5. No "insured" shall recover duplicate payments for the same elements of loss or payments in excess of damages sustained.

**E. Changes In Conditions**

The **Conditions** are changed for Uninsured Motorists Coverage as follows:

1. **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are replaced by the following:

   If there is other applicable insurance available under one or more policies or provisions of coverage, the following priorities of coverage apply:

   | First Priority | The Uninsured Motorists Coverage applicable to the vehicle the "insured" was "occupying" at the time of the "accident". |
   | --- | --- |
   | Second Priority | Any other Coverage Form or policy affording Uninsured Motorists Coverage to the "insured". |

   a. The Limit of Insurance under the vehicle the "insured" was "occupying" under the Coverage Form or policy in the first priority shall first be exhausted.

   b. The maximum recovery for damages under all Coverage Forms or policies may equal but shall not exceed the highest applicable limit of any one vehicle under any insurance providing coverage on either a first or second priority basis.

   c. We will pay only our share of the "loss". Our share is the proportion that our limit of liability bears to the total of all limits applicable to the same level of priority.

2. The **Legal Action Against Us** provision is replaced by the following:

   **Legal Action Against Us**

   a. No one may bring a legal action against us under this Coverage Form until there has been full compliance with all the terms of this Coverage Form.

   b. Any legal action against us under this Coverage Form must be brought within two years after the date of the "accident". However, this Paragraph **2.b.** does not apply to an "insured" if, within two years after the date of the "accident", we and the "insured" agree to arbitration in accordance with this endorsement.

3. **Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

   a. If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

   b. If we make a payment because the insurer of the "uninsured motor vehicle" is or becomes insolvent, the **Transfer Of Rights Of Recovery Against Others To Us** Condition does not apply to any rights of recovery against:

      (1) The Indiana Guaranty Fund; or

      (2) The "insured" of the insolvent insurer, except in amounts that exceed the limit of liability of the Coverage Form or policy that was issued by that insolvent insurer.

4. The following condition is added:

   **Arbitration**

   a. If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or do not agree as to the amount of damages that is recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

   b. Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding as to:

      (1) Whether the "insured" is legally entitled to recover damages; and

**CA 21 44 12 15**                    © Insurance Services Office, Inc., 2015                    **Page  3 of  4**

(2) The amount of damages. This applies only if the amount does not exceed the minimum limit for liability specified by the financial responsibility law of Indiana. If the amount exceeds that limit, either party may demand the right to a trial. This demand must be made within 60 days of the arbitrators' decision. If this demand is not made, the amount of damages agreed to by the arbitrators will be binding.

**F. Additional Definitions**

As used in this endorsement:

1. "Family member" means a person related to an individual Named Insured by blood, marriage or adoption, who is a resident of such Named Insured's household, including a ward or foster child.

2. "Noneconomic loss" means costs for physical and emotional pain and suffering, physical impairment, emotional distress, mental anguish, loss of enjoyment, loss of companionship, services and consortium, and any other noneconomic damages.

3. "Occupying" means in, upon, getting in, on, out or off.

4. "Property damage" means damage to a covered "auto" or to property owned by the Named Insured or, if the Named Insured is an individual, a "family member" while contained in a covered "auto". However, "property damage" does not include loss of use of damaged or destroyed property. This definition replaces the definition in the Policy.

5. "Uninsured motor vehicle" means a land motor vehicle or "trailer":

   a. For which no liability bond or policy at the time of an "accident" provides at least the amounts required by the financial responsibility law of Indiana; or

   b. For which an insuring or bonding company denies coverage or is or becomes insolvent; or

   c. Which is a hit-and-run vehicle and neither the driver nor owner can be identified. A hit-and-run vehicle is one that causes "bodily injury" to an "insured" by hitting the "insured", a covered "auto" or a vehicle an "insured" is "occupying".

However, "uninsured motor vehicle" does not include any vehicle:

   a. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;

   b. Owned by a governmental unit or agency; or

   c. Designed for use mainly off public roads while not on public roads.

© Insurance Services Office, Inc., 2015
CA 21 44 12 15

EXHIBIT A-141

COMMERCIAL AUTO
CA 23 45 11 20

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# PUBLIC OR LIVERY PASSENGER CONVEYANCE AND ON-DEMAND DELIVERY SERVICES EXCLUSION

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Covered Autos Liability Coverage**

The following exclusion is added:

**Public Or Livery Passenger Conveyance And On-demand Delivery Services**

This insurance does not apply to any covered "auto" while being used:

1. As a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto"; or

2. By an "insured" who is logged into a "transportation network platform" or "delivery network platform" as a driver to provide "delivery services", whether or not the goods, items or products to be delivered are in the covered "auto".

However, this exclusion does not apply to business activities performed by an "insured" that are directly related to the Named Insured(s) listed in the Declarations.

**B. Changes In Physical Damage Coverage**

The following exclusion is added:

We will not pay for "loss" to any covered "autos" while being used:

1. As a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto"; or

2. By an "insured" who is logged into a "transportation network platform" or "delivery network platform" as a driver to provide "delivery services", whether or not the goods, items or products to be delivered are in the covered "auto".

However, this exclusion does not apply to business activities performed by an "insured" that are directly related to the Named Insured(s) listed in the Declarations.

**C. Changes In Auto Medical Payments**

If Auto Medical Payments Coverage is attached, then the following exclusion is added:

**Public Or Livery Passenger Conveyance And On-demand Delivery Services**

This insurance does not apply to:

"Bodily injury" sustained by an "insured" "occupying" a covered "auto" while it is being used:

1. As a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto"; or

2. By an "insured" who is logged into a "transportation network platform" or "delivery network platform" as a driver to provide "delivery services", whether or not the goods, items or products to be delivered are in the covered "auto".

However, this exclusion does not apply to business activities performed by an "insured" that are directly related to the Named Insured(s) listed in the Declarations.

© Insurance Services Office, Inc., 2019

**D. Changes In Uninsured And/Or Underinsured Motorists Coverage**

1. If Uninsured and/or Underinsured Motorists Coverage is attached, and:

   a. Contains, in whole or in part, a public or livery exclusion, then the following exclusion in Paragraph **2.** does not apply.

   b. Does not contain a public or livery exclusion, then the following exclusion in Paragraph **2.** is added.

2. **Public Or Livery Passenger Conveyance And On-demand Delivery Services**

   This insurance does not apply to any covered "auto" while being used:

   a. As a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto"; or

   b. By an "insured" who is logged into a "transportation network platform" or "delivery network platform" as a driver to provide "delivery services", whether or not the goods, items or products to be delivered are in the covered "auto".

   However, this exclusion does not apply to business activities performed by an "insured" that are directly related to the Named Insured(s) listed in the Declarations.

**E. Changes In Personal Injury Protection Coverage**

1. If Personal Injury Protection, no-fault or other similar coverage is attached, and:

   a. Contains, in whole or in part, a public or livery exclusion, then the following exclusion in Paragraph **2.** does not apply.

   b. Does not contain a public or livery exclusion, then the following exclusion in Paragraph **2.** is added.

2. **Public Or Livery Passenger Conveyance And On-demand Delivery Services**

   This insurance does not apply to any covered "auto" while being used:

   a. As a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto"; or

   b. By an "insured" who is logged into a "transportation network platform" or "delivery network platform" as a driver to provide "delivery services", whether or not the goods, items or products to be delivered are in the covered "auto".

   However, this exclusion does not apply to business activities performed by an "insured" that are directly related to the Named Insured(s) listed in the Declarations.

**F. Additional Definitions**

As used in this endorsement:

1. "Delivery network platform" means an online-enabled application or digital network, used to connect customers:

   a. With drivers; or

   b. With local vendors using drivers;

   for the purpose of providing prearranged "delivery services" for compensation. A "delivery network platform" does not include a "transportation network platform".

2. "Delivery services" includes courier services.

3. "Occupying" means in, upon, getting in, on, out or off.

4. "Transportation network platform" means an online-enabled application or digital network used to connect passengers with drivers using vehicles for the purpose of providing prearranged transportation services for compensation.

© Insurance Services Office, Inc., 2019                **CA 23 45 11 20**

EXHIBIT A-143

COMMERCIAL AUTO
CA 23 84 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF TERRORISM

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

A. The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, is enclosed in quotation marks:

1. "Terrorism" means activities against persons, organizations or property of any nature:

   a. That involve the following or preparation for the following:

      (1) Use or threat of force or violence; or

      (2) Commission or threat of a dangerous act; or

      (3) Commission or threat of an act that interferes with or disrupts an electronic, communication, information or mechanical system; and

   b. When one or both of the following apply:

      (1) The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

      (2) It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

2. "Any injury, damage, loss or expense" means any injury, damage, loss or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "loss", loss of use, rental reimbursement after "loss" or "covered pollution cost or expense", as may be defined under this Coverage Form, Policy or any applicable endorsement.

B. Except with respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage – Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for "any injury, damage, loss or expense" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury, damage, loss or expense" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury, damage, loss or expense. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

CA 23 84 10 13                     © Insurance Services Office, Inc., 2013                     Page 1 of 3

EXHIBIT A-144

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

5. The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

6. Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   a. Physical injury that involves a substantial risk of death; or

   b. Protracted and obvious physical disfigurement; or

   c. Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs **B.5.** and **B.6.** are exceeded.

With respect to this exclusion, Paragraphs **B.5.** and **B.6.** describe the thresholds used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this exclusion will apply to that incident. When the exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Policy or any applicable endorsement.

C. With respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage – Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for any "loss", loss of use or rental reimbursement after "loss" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

5. The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold in Paragraph **C.5.** is exceeded.

EXHIBIT A-145

With respect to this exclusion, Paragraph **C.5.** describes the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this exclusion will apply to that incident. When the exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Policy or any applicable endorsement.

**D.** In the event of any incident of "terrorism" that is not subject to the exclusion in Paragraph **B.** or **C.,** coverage does not apply to "any injury, damage, loss or expense" that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

EXHIBIT A-146

COMMERCIAL AUTO
CA 23 94 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SILICA OR SILICA-RELATED DUST EXCLUSION FOR COVERED AUTOS EXPOSURE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following exclusion is added to **Covered Autos Liability Coverage:**

**Silica Or Silica-related Dust Exclusion For Covered Autos Exposure**

This insurance does not apply to:

1. "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

2. "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

3. Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any "insured" or by any other person or entity.

**B. Additional Definitions**

As used in this endorsement:

1. "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

2. "Silica-related dust" means a mixture or combination of silica and other dust or particles.

CA 23 94 10 13                    © Insurance Services Office, Inc., 2011                    Page 1 of 1

EXHIBIT A-147

COMMERCIAL AUTO
CA 25 28 10 13

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ABUSE OR MOLESTATION EXCLUSION FOR GENERAL LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**Section II – General Liability Coverages** is amended as follows:

**A.** The following exclusion is added to Paragraph **2. Exclusions** of Paragraph **A. Bodily Injury And Property Damage Liability:**

This insurance does not apply to any of the following:

**Abuse Or Molestation**

"Bodily injury" or "property damage" arising out of:

**(1)** The actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of any "insured"; or

**(2)** The negligent:

**(a)** Employment;

**(b)** Investigation;

**(c)** Supervision;

**(d)** Reporting to the proper authorities, or failure to so report; or

**(e)** Retention;

of a person for whom any "insured" is or ever was legally responsible and whose conduct would be excluded by Paragraph **A.(1)** above.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of Paragraph **B. Personal And Advertising Injury Liability:**

This insurance does not apply to:

**Abuse Or Molestation**

"Personal and advertising injury" arising out of:

**(1)** The actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of any "insured"; or

**(2)** The negligent:

**(a)** Employment;

**(b)** Investigation;

**(c)** Supervision;

**(d)** Reporting to the proper authorities, or failure to so report; or

**(e)** Retention;

of a person for whom any "insured" is or ever was legally responsible and whose conduct would be excluded by Paragraph **B.(1)** above.

EXHIBIT A-148

COMMERCIAL AUTO
CA 25 37 10 13

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FUNGI OR BACTERIA EXCLUSION – GENERAL LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**Section II – General Liability Coverages** is changed as follows:

**A.** The following exclusion is added to Paragraph **2. Exclusions** of Paragraph **A. Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

**Fungi Or Bacteria Exclusion**

(1) "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

(2) Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any "insured" or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of Paragraph **B. Personal And Advertising Injury Liability:**

This insurance does not apply to:

**Fungi Or Bacteria Exclusion**

(1) "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

(2) Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any "insured" or by any other person or entity.

**C.** As used in this endorsement:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by fungi.

CA 25 37 10 13                © Insurance Services Office, Inc., 2011                Page 1 of 1

EXHIBIT A-149

COMMERCIAL AUTO
CA 25 39 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SILICA OR SILICA-RELATED DUST EXCLUSION FOR GENERAL LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**Section II – General Liability Coverages** is changed as follows:

**A.** The following exclusion is added to Paragraph **2. Exclusions** of Paragraph **A. Bodily Injury And Property Damage Liability:**

**Silica Or Silica-related Dust Exclusion**

This insurance does not apply to:

    **a.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

    **b.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

    **c.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any "insured" or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of Paragraph **B. Personal And Advertising Injury Liability:**

**Silica Or Silica-related Dust Exclusion**

This insurance does not apply to:

    **a.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

    **b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any "insured" or by any other person or entity.

**C. Additional Definitions**

As used in this endorsement:

    **1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

    **2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

CA 25 39 10 13  ©  Insurance Services Office, Inc., 2011  Page 1 of 1

EXHIBIT A-150

POLICY NUMBER: CA0952079

**COMMERCIAL AUTO**
**CA 25 48 10 13**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EMPLOYEE BENEFITS LIABILITY COVERAGE

**THIS ENDORSEMENT PROVIDES CLAIMS-MADE COVERAGE.**
**PLEASE READ THE ENTIRE ENDORSEMENT CAREFULLY.**

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated

**Named Insured:** Transport Enterprise Leasing LLC

**Endorsement Effective Date:** 05/01/2022

### SCHEDULE

| Coverage | Limits Of Insurance | | Each Employee Deductible | Premium |
|---|---|---|---|---|
| Employee Benefits Programs | $1,000,000 | **Each Employee** | $1,000 | ████████ |
| | $1,000,000 | **Employee Benefits Aggregate** | | |
| **Retroactive Date** | 05/01/2022 | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | |

CA 25 48 10 13                    © Insurance Services Office, Inc., 2011                    Page 1 of 7

## A. Employee Benefits Liability Coverage

### 1. Coverage

a. We will pay those sums that the "insured" becomes legally obligated to pay as damages because of any act, error or omission, of the "insured", or of any other person for whose acts the "insured" is legally liable, to which this insurance applies. We will have the right and duty to defend the "insured" against any "suit" seeking those damages. However, we will have no duty to defend the "insured" against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any report of an act, error or omission and settle any "claim" or "suit" that may result. But:

   (1) The amount we will pay for damages is limited as described in Paragraph **D.** Limits Of Insurance; and

   (2) Our right to defend or settle ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Paragraph **B.** Supplementary Payments.

b. This insurance applies to damages only if:

   (1) The act, error or omission is negligently committed in the "administration" of your "employee benefit program";

   (2) The act, error or omission did not take place before the Retroactive Date, if any, shown in the Schedule nor after the end of the policy period; and

   (3) A "claim" for damages, because of an act, error or omission, is first made against any "insured", in accordance with Paragraph **c.** below, during the policy period or an Extended Reporting Period we provide under Paragraph **G.** Extended Reporting Period of this endorsement.

c. A "claim" seeking damages will be deemed to have been made at the earlier of the following times:

   (1) When notice of such "claim" is received and recorded by any "insured" or by us, whichever comes first; or

   (2) When we make settlement in accordance with Paragraph **a.** above.

A "claim" received and recorded by the "insured" within 60 days after the end of the policy period will be considered to have been received within the policy period, if no subsequent policy is available to cover the claim.

d. All "claims" for damages made by an "employee" because of any act, error or omission, or a series of related acts, errors or omissions, including damages claimed by such "employee's" dependents and beneficiaries, will be deemed to have been made at the time the first of those "claims" is made against any "insured".

### 2. Exclusions

This insurance does not apply to:

a. **Dishonest, Fraudulent, Criminal Or Malicious Act**

   Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any "insured", including the willful or reckless violation of any statute.

b. **Bodily Injury, Property Damage Or Personal And Advertising Injury**

   "Bodily injury", "property damage" or "personal and advertising injury".

c. **Failure To Perform A Contract**

   Damages arising out of failure of performance of contract by any insurer.

d. **Insufficiency Of Funds**

   Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program".

e. **Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation**

   Any "claim" based upon:

   (1) Failure of any investment to perform;

   (2) Errors in providing information on past performance of investment vehicles; or

   (3) Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the "employee benefit program".

    © Insurance Services Office, Inc., 2011    **CA 25 48 10 13**

**f. Workers' Compensation And Similar Laws**

Any "claim" arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

**g. ERISA**

Damages for which any "insured" is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

**h. Available Benefits**

Any "claim" for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the "insured", from the applicable funds accrued or other collectible insurance.

**i. Taxes, Fines Or Penalties**

Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

**j. Employment-related Practices**

Damages arising out of wrongful termination of employment, discrimination, or other employment-related practices.

**B. Supplementary Payments**

We will pay for the "insured":

1. All expenses we incur.

2. The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

3. All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

4. All costs taxed against the "insured" in any "suit" against the "insured" we defend.

5. All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**C. Who Is An Insured**

The following are "insureds" for Employee Benefits Liability Coverage:

1. You.

2. Your partners and their spouses, if you are a partnership, but only with respect to the "administration" of your "employee benefit program".

3. Your members, if you are a limited liability company, but only with respect to the "administration" of your "employee benefit program". Your managers are also "insureds", but only with respect to their duties as your managers.

4. Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds" but only with respect to their liability as stockholders.

5. Each of your "employees" who is or was authorized to administer your "employee benefit program".

6. Any "auto" dealership that is acquired or formed by you, other than a partnership or limited liability company and over which you maintain ownership or majority interest, will qualify as a Named Insured if no other similar insurance applies to that "auto" dealership. However:

   a. Coverage under this provision is afforded only until the 90th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier.

   b. Coverage under this provision does not apply to any act, error or omission that was committed before you acquired or formed the "auto" dealership.

No person or organization is an "insured" with respect to the conduct of any current or past partnership or limited liability company that is not shown as a Named Insured in the Declarations.

**D. Limits Of Insurance**

1. The Limits Of Insurance shown in the Schedule and the rules below fix the most we will pay regardless of the number of:

   a. "Insureds";

   b. "Claims" made or "suits" brought;

   c. Persons or organizations making "claims" or bringing "suits";

   d. Acts, errors or omissions; or

EXHIBIT A-153

e. Benefits included in your "employee benefit program".

2. The Employee Benefits Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions negligently committed in the "administration" of your "employee benefit program".

3. Subject to the Employee Benefit Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one "employee", including damages sustained by such "employee's" dependents and beneficiaries, as a result of:

   a. An act, error or omission; or

   b. A series of related acts, errors or omissions

   negligently committed in the "administration" of your "employee benefit program".

   However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program".

The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## E. Deductible

1. Our obligation to pay damages on behalf of the "insured" applies only to the amount of damages in excess of the deductible amount stated in the Schedule as applicable to Each Employee. The limits of insurance shall not be reduced by the amount of this deductible.

2. The deductible amount stated in the Schedule applies to all damages sustained by any one "employee", including such "employee's" dependents and beneficiaries, because of all acts, errors or omissions to which this insurance applies.

3. The terms of this insurance, including those with respect to:

   a. Our right and duty to defend any "suits" seeking those damages; and

   b. Your duties, and the duties of any other involved "insured", in the event of an act, error or omission, or "claim"

   apply irrespective of the application of the deductible amount.

4. We may pay any part or all of the deductible amount to effect settlement of any "claim" or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as we have paid.

## F. Changes In Conditions

For the purposes of the coverage provided by this endorsement, **Section IV – Conditions** is amended as follows:

1. The **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** Condition is replaced by the following:

   **Duties In The Event Of An Act, Error Or Omission, Or Claim Or Suit**

   We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

   a. You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a "claim". To the extent possible, notice should include:

      (1) What the act, error or omission was and when it occurred; and

      (2) The names and addresses of anyone who may suffer damages as a result of the act, error or omission.

   b. If a "claim" is made or "suit" is brought against any "insured", you must:

      (1) Immediately record the specifics of the "claim" or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the "claim" or "suit" as soon as practicable.

   c. You and any other involved "insured" must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

      (2) Authorize us to obtain records and other information;

EXHIBIT A-154

(3) Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the "insured" because of an act, error or omission to which this insurance may also apply.

d. No "insured" will, except at that "insured's" own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

2. The **Other Insurance** Condition is replaced by the following:

**Other Insurance**

If other valid and collectible insurance is available to the "insured" for a loss we cover under this endorsement, our obligations are limited as follows:

a. **Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

b. **Excess Insurance**

(1) This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis that is effective prior to the beginning of the policy period shown in the Schedule of this insurance and that applies to an act, error or omission on other than a claims-made basis, if:

(a) No Retroactive Date is shown in the Schedule of this insurance; or

(b) The other insurance has a policy period which continues after the Retroactive Date shown in the Schedule of this insurance.

(2) When this insurance is excess, we will have no duty to defend the "insured" against any "suit" if any other insurer has a duty to defend the "insured" against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the "insured's" rights against all those other insurers.

(3) When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of the total amount that all such other insurance would pay for the loss in absence of this insurance; and the total of all deductible and self-"insured" amounts under all that other insurance.

(4) We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits Of Insurance shown in the Schedule of this endorsement.

c. **Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach, each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limits of insurance to the total applicable limits of insurance of all insurers.

G. **Extended Reporting Period**

For the purposes of the coverage provided by this endorsement, the following Extended Reporting Period provisions are added:

1. You will have the right to purchase an Extended Reporting Period, as described below, if:

a. This endorsement is cancelled or not renewed; or

b. We renew or replace this endorsement with insurance that:

(1) Has a Retroactive Date later than the date shown in the Schedule of this endorsement; or

(2) Does not apply to an act, error or omission on a claims-made basis.

2. The Extended Reporting Period does not extend the policy period or change the scope of coverage provided. It applies only to "claims" for acts, errors or omissions that were first committed before the end of the policy period but not before the Retroactive Date, if any, shown in the Schedule. Once in effect, the Extended Reporting Period may not be cancelled.

   © Insurance Services Office, Inc., 2011

EXHIBIT A-155

3. An Extended Reporting Period of five years is available, but only by an endorsement and for an extra charge.

You must give us a written request for the endorsement within 60 days after the end of the policy period. The Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

a. The "employee benefit programs" "insured";

b. Previous types and amounts of insurance;

c. Limits of insurance available under this endorsement for future payment of damages; and

d. Other related factors.

The additional premium will not exceed 100% of the annual premium for this endorsement.

The Extended Reporting Period endorsement applicable to this coverage shall set forth the terms, not inconsistent with this section, applicable to the Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Extended Reporting Period starts.

4. If the Extended Reporting Period is in effect, we will provide an extended reporting period aggregate limit of insurance described below, but only for "claims" first received and recorded during the Extended Reporting Period.

The extended reporting period employee benefit aggregate limit of insurance will be equal to the dollar amount shown in the Schedule of this endorsement under Limits Of Insurance.

Paragraph **D.2.** of this endorsement will be amended accordingly. The Each Employee Limit shown in the Schedule will then continue to apply as set forth in Paragraph **D.3.**

**H. Definitions**

For the purposes of the coverage provided by this endorsement, **Section V – Definitions** is amended as follows:

1. The "Employee" definition is replaced by the following:

"Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

2. The "Suit" definition is replaced by the following":

"Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the "insured" must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the "insured" submits with our consent.

3. The following definitions are added:

a. "Administration" means:

(1) Providing information to "employees", including their dependents and beneficiaries, with respect to eligibility for or scope of "employee benefit programs";

(2) Handling records in connection with the "employee benefit program"; or

(3) Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program".

However, "administration" does not include handling payroll deductions.

b. "Cafeteria plans" means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pretax dollars.

**Page 6 of 7**                © Insurance Services Office, Inc., 2011                **CA 25 48 10 13**

EXHIBIT A-156

c.  "Claim" means any demand, or "suit", made by an "employee" or an "employee's" dependents and beneficiaries, for damages as the result of an act, error or omission.

d.  "Employee benefit program" means a program providing some or all of the following benefits to "employees", whether provided through a "cafeteria plan" or otherwise:

(1)  Group life insurance, group accident or health insurance, dental, vision and hearing plans, and flexible spending accounts, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements;

(2)  Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible under the plan for such benefits;

(3)  Unemployment insurance, social security benefits, workers' compensation and disability benefits;

(4)  Vacation plans, including buy-and-sell programs; leave of absence programs, including military, maternity, family and civil leave; tuition assistance plans; transportation and health club subsidies; and

(5)  Any other similar benefits designated in the Schedule or added thereto by endorsement.

     © Insurance Services Office, Inc., 2011

EXHIBIT A-157

COMMERCIAL AUTO
CA 25 57 10 13

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# COMMUNICABLE DISEASE EXCLUSION FOR GENERAL LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**Section II – General Liability Coverages** is amended as follows:

**A.** The following exclusion is added to Paragraph **2. Exclusions** of Paragraph **A. Bodily Injury And Property Damage Liability:**

This insurance does not apply to any of the following:

**Communicable Disease**

"Bodily injury" or "property damage" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any "insured" allege negligence or other wrongdoing in the:

(1) Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

(2) Testing for a communicable disease;

(3) Failure to prevent the spread of the disease; or

(4) Failure to report the disease to authorities.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of Paragraph **B. Personal And Advertising Injury Liability:**

This insurance does not apply to any of the following:

**Communicable Disease**

"Personal and advertising injury" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any "insured" allege negligence or other wrongdoing in the:

(1) Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

(2) Testing for a communicable disease;

(3) Failure to prevent the spread of the disease; or

(4) Failure to report the disease to authorities.

CA 25 57 10 13            © Insurance Services Office, Inc., 2011            Page 1 of 1

EXHIBIT A-158

COMMERCIAL AUTO
CA 25 65 10 13

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# TOTAL BANKRUPTCY OR INSOLVENCY EXCLUSION FOR ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

The provisions of the Coverage Form apply unless modified by the endorsement.

The **Bankruptcy Or Insolvency** Exclusion contained in Paragraph **B. Exclusions** of **Section III – Acts, Errors Or Omissions Liability Coverages** is replaced by the following:

**9. Bankruptcy Or Insolvency**

Damages arising out of the:

a. Bankruptcy;

b. Financial inability to pay;

c. Insolvency;

d. Liquidation; or

e. Receivership;

of any insurance company, reinsurer or other risk-assuming entity in which the "insured" has placed or obtained insurance for a customer.

CA 25 65 10 13                © Insurance Services Office, Inc., 2011                Page 1 of 1

EXHIBIT A-159

COMMERCIAL AUTO
CA 27 05 11 20

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# UNMANNED AIRCRAFT EXCLUSION FOR GENERAL LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**Section II – General Liability Coverages** is changed as follows:

**A.** Exclusion **2.g. Aircraft, Auto Or Watercraft** under Paragraph **A. Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to any of the following:

**g. Aircraft, Auto Or Watercraft**

**(1) Unmanned Aircraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This Paragraph **g.(1)** applies even if the claims against any "insured" allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that "insured", if the "accident" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

**(2) Aircraft (Other Than Unmanned Aircraft), Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft owned or operated by or rented or loaned to any "insured". Use includes operation and "loading or unloading".

This Paragraph **g.(2)** applies even if the claims against any "insured" allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that "insured", if the "accident" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft that is owned or operated by or rented or loaned to any "insured".

This Paragraph **g.(2)** does not apply to:

**(a)** A watercraft while ashore on premises where you conduct "auto dealer operations", own or rent;

CA 27 05 11 20 © Insurance Services Office, Inc., 2019 Page 1 of 2

(b) A watercraft you do not own that is:

    (i) Less than 26 feet long; and

    (ii) Not being used to carry persons or property for a charge; or

(c) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

**Unmanned Aircraft**

"Personal and advertising injury" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any "insured" allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that "insured", if the offense which caused the "personal and advertising injury" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

This exclusion does not apply to:

**a.** The use of another's advertising idea in your "advertisement"; or

**b.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

© Insurance Services Office, Inc., 2019

**CA 27 05 11 20**

EXHIBIT A-161

POLICY NUMBER: CA0952079

COMMERCIAL AUTO
CA 31 16 12 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# INDIANA UNDERINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Indiana, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the Policy effective on the inception date of the Policy unless another date is indicated below.

| | |
|---|---|
| **Named Insured:** Transport Enterprise Leasing LLC | |
| **Endorsement Effective Date:** 05/01/2022 | |

**SCHEDULE**

| | |
|---|---|
| **Limit Of Insurance:**     $50,000 | Each "Accident" |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "underinsured motor vehicle". The damage must result from "bodily injury" sustained by the "insured" and caused by an "accident" with an "underinsured motor vehicle".

   The owner's or driver's liability for this damage must result from the ownership, maintenance or use of the "underinsured motor vehicle".

2. We will pay under this coverage only if Paragraph **a.** or **b.** below applies:

   **a.** The limits of any applicable liability bonds or policies have been exhausted by payment of judgments or settlements; or

   **b.** A tentative settlement has been made between an "insured" and the insurer of an "underinsured motor vehicle" which would exhaust the limits of liability under any applicable bond or policy, and we:

   **(1)** Have been given prompt written notice of such tentative settlement; and

   **(2)** Advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after the receipt of notification.

CA 31 16 12 15

© Insurance Services Office, Inc., 2015

Page 1 of 4

EXHIBIT A-162

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   a. The Named Insured and any "family members".

   b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   a. Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   b. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**C. Exclusions**

This insurance does not apply to:

1. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

2. The direct or indirect benefit of any insurer of property.

3. "Bodily injury" if sustained by:

   a. An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a covered "auto" under this Coverage Form; or

   b. Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured on a primary basis under any other Coverage Form or policy.

4. Any "insured" using a vehicle without a reasonable belief that the "insured" is entitled to do so.

5. Punitive or exemplary damages.

6. "Bodily injury" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

7. "Noneconomic loss" sustained by any "insured" if such "insured" is an uninsured motorist with a previous violation as defined in Indiana Code Section 27-7-5.1.

   However, Exclusion **C.7.** does not apply to an "insured" under 18 years of age.

**D. Limit Of Insurance**

1. Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the limit shown in this endorsement.

2. The Limit of Insurance under this coverage shall be reduced by all sums paid or payable by or for anyone who is legally responsible, including all sums paid under this Coverage Form's Covered Autos Liability Coverage.

3. No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage form or Medical Payments Coverage endorsement attached to this Coverage Part.

   We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

   We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any workers' compensation, disability benefits or similar law.

4. No "insured" shall recover duplicate payments for the same elements of "loss" or payments in excess of damages sustained.

© Insurance Services Office, Inc., 2015

## E. Changes In Conditions

The **Conditions** are changed for **Underinsured Motorists Coverage** as follows:

1. **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are replaced by the following:

   If there is other applicable insurance available under one or more policies or provisions of coverage, the following priorities of coverage apply:

   | First Priority | The Underinsured Motorists Coverage applicable to the vehicle the "insured" was "occupying" at the time of the "accident". |
   |---|---|
   | Second Priority | Any other Coverage Form or policy affording Underinsured Motorists Coverage to the "insured". |

   a. The Limit of Insurance under the vehicle the "insured" was "occupying" under the Coverage Form or policy in the first priority shall first be exhausted.

   b. The maximum recovery for damages under all Coverage Forms or policies may equal but shall not exceed the highest applicable limit of any one vehicle under any insurance providing coverage on either a first or second priority basis.

   c. We will pay only our share of the "loss". Our share is the proportion that our limit of liability bears to the total of all limits applicable to the same level of priority.

2. The **Legal Action Against Us** provision is replaced by the following:

   **Legal Action Against Us**

   a. No one may bring a legal action against us under this Coverage Form until there has been full compliance with all the terms of this Coverage Form.

   b. Any legal action against us under this Coverage Form must be brought within two years after the date of the "accident". However, this Paragraph **2.b.** does not apply if, within two years after the date of the "accident":

      (1) We and the "insured" agree to arbitration in accordance with this endorsement; or

      (2) The "insured" has filed an action for "bodily injury" against the owner or operator of the "underinsured motor vehicle", and such action is:

         (a) Filed in a court of competent jurisdiction; and

         (b) Not barred by the applicable state statute of limitations.

   In the event that the two-year time limitation identified in this condition does not apply, the applicable state statute of limitations will govern legal action against us under this Coverage Form.

3. **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

   a. Promptly send us copies of the legal papers if a "suit" is brought.

   b. A person seeking Underinsured Motorists Coverage must also promptly notify us in writing of a tentative settlement between the "insured" and the insurer of the "underinsured motor vehicle" and allow us 30 days to advance payment to that "insured" in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such "underinsured motor vehicle".

4. **Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

   a. If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

   b. Our rights do not apply under this provision if we:

      (1) Have been given prompt written notice of a tentative settlement between an "insured" and the insurer of the "underinsured motor vehicle"; and

      (2) Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of such notification.

CA 31 16 12 15 © Insurance Services Office, Inc., 2015 **Page 3 of 4**

EXHIBIT A-164

If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after notification:

(a) That payment will be separate from any amount the "insured" is entitled to recover under the provisions of this coverage; and

(b) We also have the right to recover the advanced payment from the insurer or the owner or operator of the "underinsured motor vehicle".

c. If we make a payment because the insurer of the "underinsured motor vehicle" is or becomes insolvent, the **Transfer Of Rights Of Recovery Against Others To Us** Condition does not apply to any rights of recovery against:

(1) The Indiana Guaranty Fund; or

(2) The "insured" of the insolvent insurer, except in amounts that exceed the limit of liability of the Coverage Form or policy that was issued by that insolvent insurer.

5. The following condition is added:

**Arbitration**

a. If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "underinsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

b. Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding as to:

(1) Whether the "insured" is legally entitled to recover damages; and

(2) The amount of damages. This applies only if the amount does not exceed the minimum limit for liability specified by the financial responsibility law of Indiana. If the amount exceeds that limit, either party may demand the right to a trial. This demand must be made within 60 days of the arbitrators' decision. If this demand is not made, the amount of damages agreed to by the arbitrators will be binding.

**F. Additional Definitions**

As used in this endorsement:

1. "Family member" means a person related to an individual Named Insured by blood, marriage or adoption, who is a resident of such Named Insured's household, including a ward or foster child.

2. "Noneconomic loss" means costs for physical and emotional pain and suffering, physical impairment, emotional distress, mental anguish, loss of enjoyment, loss of companionship, services and consortium, and any other noneconomic damages.

3. "Occupying" means in, upon, getting in, on, out or off.

4. "Underinsured motor vehicle" means a land motor vehicle or "trailer" for which the sum of all liability bonds or policies at the time of an "accident" provides at least the amounts required by the financial responsibility law of Indiana but their limits are either:

a. Less than the limit of liability for this coverage; or

b. Reduced by payments to others injured in the "accident" to an amount which is less than the limit of liability for this coverage.

However, "underinsured motor vehicle" does not include any vehicle:

a. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law.

b. Owned by a governmental unit or agency.

c. Designed for use mainly off public roads while not on public roads.

© Insurance Services Office, Inc., 2015

CA 31 16 12 15

EXHIBIT A-165

COMMERCIAL AUTO
CA 99 03 10 13

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# AUTO MEDICAL PAYMENTS COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

## A. Coverage

We will pay reasonable expenses incurred for necessary medical and funeral services to or for an "insured" who sustains "bodily injury" caused by "accident". We will pay only those expenses incurred, for services rendered within three years from the date of the "accident".

## B. Who Is An Insured

1. You while "occupying" or, while a pedestrian, when struck by any "auto".

2. If you are an individual, any "family member" while "occupying" or, while a pedestrian, when struck by any "auto".

3. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, loss or destruction.

## C. Exclusions

This insurance does not apply to any of the following:

1. "Bodily injury" sustained by an "insured" while "occupying" a vehicle located for use as a premises.

2. "Bodily injury" sustained by you or any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by you or furnished or available for your regular use.

3. "Bodily injury" sustained by any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by or furnished or available for the regular use of any "family member".

4. "Bodily injury" to your "employee" arising out of and in the course of employment by you. However, we will cover "bodily injury" to your domestic "employees" if not entitled to workers' compensation benefits. For the purposes of this endorsement, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

5. "Bodily injury" to an "insured" while working in a business of selling, servicing, repairing or parking "autos" unless that business is yours.

6. "Bodily injury" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

CA 99 03 10 13                © Insurance Services Office, Inc., 2011                Page 1 of 2

EXHIBIT A-166

7. "Bodily injury" to anyone using a vehicle without a reasonable belief that the person is entitled to do so.

8. "Bodily Injury" sustained by an "insured" while "occupying" any covered "auto" while used in any professional racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply to any "bodily injury" sustained by an "insured" while the "auto" is being prepared for such a contest or activity.

**D. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for "bodily injury" for each "insured" injured in any one "accident" is the Limit Of Insurance for Auto Medical Payments Coverage shown in the Declarations.

No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage and any Liability Coverage Form, Uninsured Motorists Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

**E. Changes In Conditions**

The **Conditions** are changed for **Auto Medical Payments Coverage** as follows:

1. The **Transfer Of Rights Of Recovery Against Others To Us** Condition does not apply.

2. The reference in **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form to "other collectible insurance" applies only to other collectible auto medical payments insurance.

**F. Additional Definitions**

As used in this endorsement:

1. "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household, including a ward or foster child.

2. "Occupying" means in, upon, getting in, on, out or off.

EXHIBIT A-167

**COMMERCIAL AUTO**
**CA 99 87 10 13**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# TENNESSEE LOSS PAYABLE CLAUSE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** We will pay, as interest may appear, you and the loss payee named in the policy for "loss" to a covered "auto".

**B.** The insurance covering the interest of the loss payee will not be invalidated because of your intentional acts or omissions.

**C.** We may cancel the policy as allowed by the **Cancellation** Common Policy Condition.

Cancellation ends this agreement as to the loss payee's interest. If we cancel the policy we will mail you and the loss payee the same advance notice.

**D.** If we make any payments to the loss payee, we will obtain his or her rights against any other party.

**CA 99 87 10 13**     © Insurance Services Office, Inc., 2012     **Page 1 of 1**

EXHIBIT A-168

STAR INSURANCE COMPANY – A Stock Company

*In Witness Whereof, we have caused this policy to be executed and attested, and if required by state law, this policy shall not be valid unless countersigned by our authorized representative* (void in Arizona and Virginia).

_____

**Secretary of Star Insurance Company**

_____

**President of Star Insurance Company**

0915 IL 1116

Page 1 of 1

EXHIBIT A-169

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# POLICY  CHANGES

Policy Change
Number    1

| POLICY NUMBER<br><br>CA0952079 | POLICY CHANGES<br>EFFECTIVE<br><br>03/10/2023 | COMPANY<br><br>STAR INSURANCE COMPANY – AUTOEDGE |
|---|---|---|

| NAMED INSURED<br>Transport Enterprise Leasing LLC<br>As Per Named Insured Extension<br>400 Birmingham Hwy<br>Chattanooga, TN 37419 | AUTHORIZED REPRESENTATIVE<br>Williams & Stazzone Insurance Agency,<br>Inc.<br>6549 North Wickham Rd., Unit 101<br>Melbourne, FL 32940 |
|---|---|

COVERAGE PARTS AFFECTED
Auto Dealers Coverage Form

CHANGES

**In consideration of the returned premium shown, it is understood and agreed that the policy is amended as follows:**

**The following location is deleted:**
Loc. No.: 003

**The following garage operations information is deleted:**
Loc. No.: 003

**The following location is added:**
Loc. No.: 005
4649 W 300 N Rd
Greenfield, IN 46140

Return Total Premium:                        $175.00

_____
Authorized Representative Signature

Copyright, Insurance Services Office, Inc.,  1983
Copyright, ISO Commercial Risk Services, Inc.,  1983

IL 12 01 11 85                                                **Page  1  of  2**   ☐

## POLICY CHANGES ENDORSEMENT DESCRIPTION

**The following garage operations information is added:**
Loc. No.: 005
Class I-A Employees - No. Of Persons: 0.00    Rating Units: 0.00
Class I-A Employees - No. Of Persons: 0.00    Rating Units: 0.00
Class I-C Employees - No. Of Persons: 10.00    Rating Units: 3.80
Class II-A Under Age 25 - No. Of Persons: 0.00    Rating Units: 0.00
Class II-B Age 25 or Over - No. Of Persons: 0.00    Rating Units: 0.00
Class I-B Employees - No. Of Persons: 4.00    Rating Units: 2.40
Class II-C Contract Drivers - No. Of Persons: 0.00    Rating Units: 0.00

**The following coverages are added:**

| | |
|---|---|
| Liability | Covered Autos Each Accident Limit: $1,000,000 |
| | General Liability Each Accident Limit: $1,000,000 |
| | Personal & Advertising Injury Limit: $1,000,000 |
| | Damage to Premises Rented Limit: $100,000 |
| | General Liability Aggregate Limit: $3,000,000 |
| | Prod/Work Performed Aggregate Limit: $3,000,000 |
| Locations/Operations Medical Payments | Limit: $5,000 |
| Acts, Errors Or Omissions | Aggregate Limit: $500,000 |
| | Deductible: $1,000 |
| Uninsured Motorists | Limit: $50,000 |
| Underinsured Motorists | Limit: $50,000 |
| Auto Medical Payments | Limit: $5,000 |
| Garagekeepers Comprehensive | Limit: $400,000 |
| | Deductible: 1,000 For All Perils For Each Customer's Auto |
| | Maximum Deductible: 5,000 For All Loss In Any One Event |
| | Basis: Legal Liability |
| Garagekeepers Collision | Limit: $400,000 |
| | Deductible: $1,000 For Each Customer's Auto |
| | Basis: Legal Liability |

**All other terms and conditions remain unchanged.**

**IL 12 01 11 85**                                    **Page 2 of 2**

EXHIBIT A-171

## LOSS PAYEE EXTENSION SCHEDULE

| POLICY NUMBER: | EFFECTIVE DATE: |
|---|---|
| CA0952079 | 04/12/2023 |

| Vehicle/Location | Loss Payee |
|---|---|
| Loc#:001 | SmartBank<br>835 Georgia Avenue<br>Chattanooga, TN 37402 |
| Loc#:001 | BMO Harris Bank NA<br>PO Box 35704<br>Billings, MT 59107 |
| Loc#:001 | Fifth Third Bank NA ISAOA<br>38 Fountain Square Plaza MD 10<br>Cincinnati, OH 45263 |
| Loc#:001 | Paccar Financial Corp<br>PO Box 293750<br>Lewisville, TX 75029 |

EXHIBIT A-172

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# POLICY  CHANGES

Policy Change
Number     2

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| CA0952079 | 04/12/2023 | STAR INSURANCE COMPANY – AUTOEDGE |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| Transport Enterprise Leasing LLC<br>As Per Named Insured Extension<br>400 Birmingham Hwy<br>Chattanooga, TN 37419 | Williams & Stazzone Insurance Agency,<br>Inc.<br>6549 North Wickham Rd., Unit 101<br>Melbourne, FL 32940 |

COVERAGE PARTS AFFECTED
Auto Dealers Coverage Form

CHANGES

**In consideration of the returned premium shown, it is understood and agreed that the policy is amended as follows:**

Loc. No.: 001

   **The following loss payee is added:**
   Paccar Financial Corp
   PO Box 293750
   Lewisville, TX 75029

**All other terms and conditions remain unchanged.**

Return Total Premium:                                        $5.00

_____
Authorized Representative Signature

Copyright, Insurance Services Office, Inc.,  1983
Copyright, ISO Commercial Risk Services, Inc.,  1983

IL 12 01 11 85                                                         **Page  1  of  1**   ☐