DocuSign Envelope ID: E0423D6E-B6BD-4F3A-91BC-32DEFF99FF5E



## Transport Enterprise Leasing, LLC
## Equipment Schedule 16

This Equipment Schedule No. 16 with the Commencement Date of 02/19/2021 (the "Lease") is incorporated into and is a material part of the Commercial Equipment Master Lease Agreement number 101182, dated 02/01/2020, by and between Transport Enterprise Leasing, LLC, a Georgia limited liability company, and Merging Express, LLC (the "Master Lease").

1) **DESCRIPTION OF EQUIPMENT:**

| Year  Make  Model | VIN |
|---|---|
| 2022 Wabash Dry Van | 1JJV532D9NL312484 |
| 2022 Wabash Dry Van | 1JJV532D7NL312483 |
| 2022 Wabash Dry Van | 1JJV532D5NL312482 |
| 2022 Wabash Dry Van | 1JJV532D3NL312481 |
| 2022 Wabash Dry Van | 1JJV532D1NL312480 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

2) **DELIVERY AND ACCEPTANCE.** Lessee hereby represents, acknowledges and warrants that as of the Commencement Date the Equipment has been properly delivered to Lessee and the Commencement Date serves as the Delivery Date as defined in the Master Lease. Lessee further acknowledges that prior to the delivery, Lessee has had the opportunity to inspect and/or to have third parties inspect the Equipment and Lessee agrees to immediately provide Lessor written notice of any defect in the Equipment. Absent such notice, Lessee hereby accepts the Equipment in its current condition. Acceptance of the Equipment constitutes Lessee's acknowledgement that the Equipment is suitable for Lessee's intended purposes and is in good, safe, serviceable, and worthy condition. Lessee agrees that Lessor is not a manufacturer of the Equipment, and, as a result, Lessee hereby waives any defenses which it may have now or in the future against Lessor arising from the Equipment, its operation, delivery, condition, defect or any other matter concerning the Equipment. Lessee accepts the Equipment AS IS, WHERE IS, AND WITH ALL FAULTS and acknowledges Lessor's disclaimer of warranties contained herein.

3) **TERM:** This Lease shall begin on the Commencement Date and shall continue for 48 consecutive months thereafter (the "Term"). Notwithstanding the expiration or any termination of this Lease, all of Lessee's duties and obligations hereunder shall continue in full force and effect until the Equipment has been properly returned hereunder and all such terms, conditions and covenants have been fulfilled, and no such termination or expiration shall affect such rights or obligations.

**EXHIBIT D**

DocuSign Envelope ID: E0423D6E-B6BD-4F3A-91BC-32DEFF99FF5E

**4)** **RENT AND OTHER PAYMENTS**: On or before the Commencement Date, Lessee shall immediately pay to Lessor the Amount Due at Lease Inception as defined below, comprising the amounts identified below for Security Deposit, Interim Rent, and Advance Rent. The Security Deposit will be held and used by Lessor pursuant to Section 7 of the Master Lease. The Interim Rent is defined in Section 3(c) of the Master Lease. The Advance Rent set forth below is a non-refundable advance payment in connection with the lease of the Equipment.

| | | |
|---|---|---|
| A. | Security Deposit | $2,015.00 |
| B. | Advance Rent | $0.00 |
| **C.** | **Interim Rent Due on 03/20/2021** | **$671.67** |
| **Amount Due at Lease Inception (A+B+C)** | | **$2,015.00** |

Lessee's regular Lease Payment, as set forth below, comprises the amounts identified below for Monthly Rental Payment and Taxes, as well as any other obligations required under this Lease, as indicated to Lessee ahead of time, and is payable as provided in Section 5 of this Equipment Schedule:

| | | |
|---|---|---|
| A. | Monthly Rental Payment | $2,015.00 |
| B. | Taxes | $0.00 |
| **Lease Payment (A+B)** | | **$2,015.00** |

**5)** **PAYMENT OF RENT**. Lessee shall pay to Lessor the Lease Payment which shall be due and payable beginning on 03/30/2021 and continuing thereafter on the same day each month (the "Due Date") throughout the Term of this Lease; provided however that Lessor and Lessee may agree in writing to any other payment schedule, including irregular payments as may be set forth in an addendum hereto and signed by both Lessee and Lessor. The Lease Payment shall be paid in full at the address of Lessor described on the first page of this Lease. Lessee agrees to make all payments to Lessor hereunder by check or electronic funds transfer ("EFT"). Should any check or EFT from Lessee be returned or dishonored on account of insufficient funds or claw back, Lessee must pay that Lease Payment, as well as all Lease Payments due thereafter, by cashier's check, teller's check, wire transfer, or other certified funds, as approved by Lessor. Upon each and every returned or dishonored check from Lessee, Lessor shall be entitled to assess against Lessee, and Lessee agrees to pay Lessor, the administrative collection cost of $50.00. The Lease Payment shall be applied based on the following order: first to any Additional Charges (as defined in Section 4 of the Master Lease) then-owed by Lessee; next to any past due Lease Payment; last, to any current Lease Payment.

**6)** **MILEAGE LIMITATION. [This Section does not apply to Trailers]** Lessee acknowledges and agrees that the Monthly Rental payment is based upon normal wear and tear on each unit of Equipment as Lessee conducts certain transportation services, and the mileage accumulated on each unit of Equipment should **not exceed <u>N/A</u>** miles whether loaded or empty, per YEAR as measured from the Commencement Date ("Regular Mileage"). For each mile accumulated on a unit of Equipment in any given Year during the Term of this Lease in excess of the Regular Mileage, Lessee agrees to pay Lessor fifteen cents ($0.15) ("Excess Mileage Charge"). At the end of each one-year period, Lessee agrees to make the Equipment available to Lessor for Lessor's confirmation of overall mileage as indicated on the Equipment's odometer, or Lessee or an approved third-party facility will provide, in a form reasonably acceptable to Lessor, confirmation of the then-current odometer reading. The Excess Mileage Charge shall be calculated by subtracting the Regular Mileage from the applicable year's actual miles. The applicable year's actual miles are determined by subtracting the odometer reading at the start of the applicable year from the odometer reading at the end of the applicable year. If any unit of Equipment's actual miles are less than the Regular Mileage, Lessee acknowledges and agrees Lessee will not receive any credit for such unused mileage and the unused mileage will not be added to the Regular Mileage for the following one-year period. All Excess Mileage Payments include administrative-cost, reimbursements and markups benefiting Lessor. Should Lessee fail to make the required Excess Mileage Payments within 30 days of invoice due date, Lessor shall have the right to charge a late fee and withhold any unpaid Excess Mileage Charges from the Security Deposit. All Excess Mileage Charges collected from Lessee are the property of Lessor. If any unit of Equipment's actual miles are less than the Regular Mileage, Lessee acknowledges and agrees Lessee will not receive any credit for such unused mileage.**IN WITNESS WHEREOF**, the parties hereto have caused this Equipment Schedule to be signed by their duly authorized representatives.

| | |
|---|---|
| *Lessor: Transport Enterprise Leasing, LLC* | *Lessee: Merging Express, LLC* |
| By_____ | By:_____ |
| Name: Jacob Brazier | Name: Jason DeSanto |
| Title: VP of Fleet Leasing | Title: Owner |
| Date: 02/19/2021 | "Commencement Date": 2/19/2021 |

DocuSign Envelope ID: E0423D6E-B6BD-4F3A-91BC-32DEFF99FF5E



## APPENDIX A – Stipulated Loss Value Table

This Stipulated Loss Value Table is incorporated into and is a material part of the Equipment Schedule No. 16, dated 02/19/2021 (the "Lease") to the Commercial Equipment Master Lease Agreement number 101182, dated 02/01/2021, by and between Transport Enterprise Leasing, LLC and Merging Express, LLC (the "Master Lease").

The Stipulated Loss Values as defined below are for each single unit of Equipment as defined on the Equipment Schedule to the Lease.

| Period | Value | Period | Value |
|---|---|---|---|
| 1 | 33,500 | 25 | 29,750 |
| 2 | 33,344 | 26 | 29,594 |
| 3 | 33,188 | 27 | 29,438 |
| 4 | 33,031 | 28 | 29,281 |
| 5 | 32,875 | 29 | 29,125 |
| 6 | 32,719 | 30 | 28,969 |
| 7 | 32,563 | 31 | 28,813 |
| 8 | 32,406 | 32 | 28,656 |
| 9 | 32,250 | 33 | 28,500 |
| 10 | 32,094 | 34 | 28,344 |
| 11 | 31,938 | 35 | 28,188 |
| 12 | 31,781 | 36 | 28,031 |
| 13 | 31,625 | 37 | 27,875 |
| 14 | 31,469 | 38 | 27,719 |
| 15 | 31,313 | 39 | 27,563 |
| 16 | 31,156 | 40 | 27,406 |
| 17 | 31,000 | 41 | 27,250 |
| 18 | 30,844 | 42 | 27,094 |
| 19 | 30,688 | 43 | 26,938 |
| 20 | 30,531 | 44 | 26,781 |
| 21 | 30,375 | 45 | 26,625 |
| 22 | 30,219 | 46 | 26,469 |
| 23 | 30,063 | 47 | 26,313 |
| 24 | 29,906 | 48 | 26,156 |
| | | | 26,000 |

Merging Express, LLC Schedule 16 to Master Lease 101182

REV 4/2019

DocuSign Envelope ID: E0423D6E-B6BD-4F3A-91BC-32DEFF99FF5E

*SGLHF Revised 07.30.2019*



Personal Guaranty
Addendum

Equipment Lease Number: 101182

This Personal Guaranty Addendum (this "Guaranty") creates specific legal obligations in regard to the Transport Enterprise Leasing, LLC Equipment Schedule(s) identified in Schedule 1 to this Guaranty, which is incorporated into and made part of this Guaranty, between <u>Merging Express, LLC</u> ("Lessee") and Transport Enterprise Leasing, LLC, a Georgia limited liability company ("Lessor") together with all attachments and accessories thereto (altogether, the "Lease") with respect to the equipment identified in each such Lease (the "Equipment").

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledge, <u>Jason DeSanto</u>, the undersigned ("Guarantor"), unconditionally and irrevocably guarantees to Lessor, and Lessor's successor and assigns, the prompt performance of all of Lessee's obligations under the Lease, including, without limitation, payment of all amounts owing by Lessee under the terms and conditions of the Lease. Guarantor covenants to make the payments as they become due under the Lease. The execution and delivery of this Guaranty is a requirement of Lessor entering into the Lease, and Guarantor represents that Guarantor will derive benefit from Lessee having access to the Equipment under the Lease.

The Guarantor promises to pay the entire amount owing under this Lease in the form of weekly payments to Lessor, whether Lessee is or is not in default pursuant to the terms of the Lease. Guarantor agrees that this is a guaranty of payment and not of collection and that Lessor is not required to make demand upon or to collect from Lessee, against the Equipment or any other remedy available to Lessor prior to making a claim under this Guaranty.

Lessor shall give Guarantor ten (10) days' notice prior to commencing suit under this Guaranty; such notice shall be sent via first class, U.S. Mail addressed to Guarantor, or to such other person as Guarantor may direct, in a writing provided to Lessor to the attention of the person listed on the signature page of the Lease. Guarantor waives any notice to which it is otherwise entitled and agrees to continue to be bound by this Guaranty even if the Lease is extended, renewed, modified, compromised, or assigned.

In addition to the foregoing provisions, Guarantor absolutely, unconditionally and irrevocably guarantees full and punctual payment and satisfaction of any Indebtedness of Lessee to Lessor. The term "Indebtedness" as used in this Guaranty means all of the principal amount outstanding from time to time and at any one or more times, accrued unpaid interest thereon and all collection costs and legal expenses related thereto permitted by law, attorneys' fees, arising from any and all debts, liabilities and obligations of every nature or form, now existing or hereafter arising or acquired, that Lessee owes or will owe to Lessor.

**THIS GUARANTY IS GOVERNED BY THE LAWS OF THE STATE OF TENNESSEE. CARRIER/GUARANTOR AND LESSOR EXPRESSLY AND IRREVOCABLY WAIVE ALL RIGHT TO A TRIAL BY JURY IN ANY LEGAL PROCEEDING ARISING OUT OF OR RELATING TO THIS GUARANTY OR THE TRANSACTIONS CONTEMPLATED HEREBY. GUARANTOR ALSO AGREES THIS NOTE SHALL BE GOVERNED BY AND CONSTRUED ACCORDING TO THE INTERNAL LAWS OF THE STATE OF TENNESSEE, COUNTY OF HAMILTON, AND TO THE EXTENT PERMITTED BY THIS PARAGRAPH, TO THE NON-EXCLUSIVE JURISDICTION OF THE COURTS OR WHICH, AND THE FEDERAL COURTS LOCATED THEREIN, THE PARTIES HERETO SUBMIT.**

GUARANTOR:

By: _Jason DeSanto_ (DocuSigned by, 3AF21A8E733E412...)

Name: __Jason DeSanto__

Title: __INDIVIDUALLY__

Date: __02/19/2021__

Address: __15240 MacKenzie Drive__
__Homer Glen, IL 60491__

ACKNOWLEDGED:
TRANSPORT ENTERPRISE LEASING, LLC

By: _____ (DocuSigned by, D8B199661D7A4B0...)

Name: __Jacob Brazier__

Title: __VP of Fleet Leasing__

Date: __02/19/2021__

4834-7236-9297, v. 4

DocuSign Envelope ID: E0423D6E-B6BD-4F3A-91BC-32DEFF99FF5E

*SGLHF Revised 07.30.2019*

## Schedule 1
## to Guaranty

1. Transport Enterprise Leasing, LLC Equipment Schedule 16 to Commercial Equipment Master Lease Agreement 101182, executed by Lessor and Lessee on 02/19/2021.

4834-7236-9297, v. 4

EXHIBIT D

DocuSign Envelope ID: E0423D6E-B6BD-4F3A-91BC-32DEFF99FF5E

*SGLHF Revised 07.30.2019*



Corporate Guaranty
Addendum

Equipment Lease Number: 101182

This Corporate Guaranty Addendum (this "Guaranty") creates specific legal obligations in regard to the Equipment Lease(s) identified in Schedule 1 to this Guaranty, which is incorporated into and made part of this Guaranty, between Capitol Trucking, Inc. (Lessee) and Transport Enterprise Leasing, LLC, a Georgia limited liability company (Lessor) together with all attachments and accessories thereto (altogether, the "Lease") with respect to the equipment identified in each such Lease (the "Equipment").

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Capitol Trucking, Inc., the undersigned ("Carrier/Guarantor"), unconditionally and irrevocably guarantees to Lessor, and Lessor's successor and assigns, the prompt performance of all of Lessee's obligations under the Lease, including, without limitation, payment of all amounts owing by Lessee under the terms and conditions of the Lease. Carrier/Guarantor covenants to make the payments as they become due under the Lease, regardless of whether Lessee has made payment to Carrier/Guarantor or performed Lessee's contractual obligations to Carrier/Guarantor. The execution and delivery of this Guaranty is a requirement of Lessor entering into the Lease, and Carrier/Guarantor represents that Carrier/Guarantor will derive benefit from Lessee having access to the Equipment under the Lease.

Carrier/Guarantor promises to pay the entire amount owing under the Lease in the form of weekly settlement payments to Lessor, whether Lessee is or is not in default pursuant to the terms of the Lease. Carrier/Guarantor agrees that this is a guaranty of payment and not of collection, and that Lessor is not required to make demand upon or to collect from Lessee or against the Equipment, or pursue any other remedy available to Lessor prior to making a claim under this Guaranty.

Lessor shall give Carrier/Guarantor ten (10) days' notice prior to commencing suit under this Guaranty; such notice shall be sent via first class, U.S. Mail addressed to the attention of the individual executing this Guaranty on behalf of Carrier/Guarantor, or to such other person as Carrier/Guarantor may direct, in a writing provided to Lessor to the attention of the person listed on the signature page of the Lease. Carrier/Guarantor waives any notice to which it is otherwise entitled and agrees to continue to be bound by this Guaranty even if the Lease is extended, renewed, modified, compromised, or assigned.

In the event that Lessee successfully completes the execution of the Rental Option as outlined in section 11(d) of the Lease, Carrier/Guarantor's obligations under this Guaranty shall cease.

**In addition to the foregoing provisions, Carrier/Guarantor absolutely, unconditionally and irrevocably guarantees full and punctual payment and satisfaction of any Indebtedness of Lessee to Lessor. The term "Indebtedness" as used in this Guaranty means all of the principal amount outstanding from time to time and at any one or more times, accrued unpaid interest thereon and all collection costs and legal expenses related thereto permitted by law, attorneys' fees, arising from any and all debts, liabilities and obligations of every nature or form, now existing or hereafter arising or acquired, that Lessee owes or will owe to Lessor. THIS GUARANTY IS GOVERNED BY THE LAWS OF THE STATE OF TENNESSEE. CARRIER/GUARANTOR AND LESSOR EXPRESSLY AND IRREVOCABLY WAIVE ALL RIGHT TO A TRIAL BY JURY IN ANY LEGAL PROCEEDING ARISING OUT OF OR RELATING TO THIS GUARANTY OR THE TRANSACTIONS CONTEMPLATED HEREBY. GUARANTOR ALSO AGREES THIS NOTE SHALL BE GOVERNED BY AND CONSTRUED ACCORDING TO THE INTERNAL LAWS OF THE STATE OF TENNESSEE, COUNTY OF HAMILTON, AND TO THE EXTENT PERMITTED BY THIS PARAGRAPH, TO THE NON-EXCLUSIVE JURISDICTION OF THE COURTS OF WHICH, AND THE FEDERAL COURTS LOCATED THEREIN, THE PARTIES HERETO SUBMIT**

CARRIER/GUARANTOR

By: _Jason DeSanto_
Name: _Jason DeSanto_
Title: _President_
Date: _02/19/2021_

ACKNOWLEDGED:
TRANSPORT ENTERPRISE LEASING, LLC

By: _____
Name: _Jacob Brazier_
Title: _VP of Fleet Leasing_
Date: _02/19/2021_

4833-8265-0257, v. 4

EXHIBIT D

DocuSign Envelope ID: E0423D6E-B6BD-4F3A-91BC-32DEFF99FF5E

*SGLHF Revised 07.30.2019*

**Schedule 1**
**to Guaranty**

1. Transport Enterprise Leasing, LLC Equipment Schedule 16 to Commercial Equipment Master Lease Agreement 101182, executed by Lessor and Lessee on 02/19/2021.

4833-8265-0257, v. 4

EXHIBIT D

DocuSign Envelope ID: E0423D6E-B6BD-4F3A-91BC-32DEFF99FF5E



# Transport Enterprise Leasing, LLC
### Agreement to Provide Insurance

In respect to and as a condition of the Commercial Equipment Master Lease 101182, dated 02/01/2021, by and between Transport Enterprise Leasing, LLC, a Georgia limited liability company ("Lessor") and Merging Express, LLC, ("Lessee") (the "Lease"); the Lessee hereby agrees to do all the following (in addition to any requirements specified in the Commercial Equipment Master Lease documents):

A. Provide Liability insurance for the minimum DOT requirement of $1,000,000 (or in an amount required by state or federal government now or in the future which may exceed the stated minimum coverage).
B. Provide Physical Damage insurance on the Equipment for the stated amount of $33,500.00 or for full replacement value. The Physical Damage deductible shall not exceed $2,500.00.
C. Have SmartBank ATIMA ISAOA named on the policy as Lienholder/Loss Payee as noted below.
D. Have Transport Enterprise Leasing, LLC named and listed as an Additional Insured as noted below.
E. Arrange for the insurance company to notify Transport Enterprise Leasing, LLC (TEL) that the policy is in effect and the correct status has been noted and to give TEL 30 days' notice of any change or cancellation.
F. Pay for this insurance, including any fees for the endorsements.
G. Keep the insurance in effect until the Equipment is no longer subject to the Lease.

**Additional information:**

Notices generated by the insurance company should be forwarded to the following addresses:

**Lienholder/Loss Payee:**
SmartBank ISAOA ATIMA
6413 Lee Highway
Chattanooga, TN 37421

**Additional Insured:**
Transport Enterprise Leasing, LLC
400 Birmingham Highway
Chattanooga, TN 37419

**Insurance company and agent information:**

Bondar insurance
_____

Paul bondar
_____

**Signatures:**

**SIGNATURES FOR OWNER(S) AND AUTHORIZATION TO INSURANCE AGENT AND COMPANY:**

By signing below, I agree to the terms contained in this agreement and acknowledge receipt of a copy of this agreement. I request the listed insurance agency to provide the indicated coverage and list, Transport Enterprise Leasing, LLC and SmartBank ISAOA ATIMA, on my insurance policy with the indicated status. I also request the listed insurance company or its authorized agents to immediately confirm that the policy in effect by forwarding a copy of the policy to all parties.

**Signed: Merging Express, LLC**

DocuSigned by:

*Jason Desanto*
_____
3AF21A8E733E412...

**Dated:** 02/19/2021 _____

 EXHIBIT D

DocuSign Envelope ID: E0423D6E-B6BD-4F3A-91BC-32DEFF99FF5E



**TENNESSEE DEPARTMENT OF REVENUE**
**VEHICLE TAXPAYER SERVICES DIVISION**
**MULTI-PURPOSE APPLICATION**

### OFFICIAL VEHICLE REGISTRATION

**STATE**

| NEW OR CURRENT TITLE NUMBER | TRANSACTION CODE* | REGISTRATION ONLY NUMBER |
|---|---|---|
| 11900583462 | N01 | |

OWNER INFORMATION *LEGAL STATUS: 1 (AND) 2 (OR) [ ] ENTER NAME CODE IN BOX 1: (SAME) 2(DIFFERENT) 3(MULTIPLE LAST NAMES) 4(COMPANY) 5(OVER 28 CHARACTERS) **5** MAO **N** ILU **N**

| LAST NAME | FIRST NAME | MIDDLE INITIAL | LAST NAME | FIRST NAME | MIDDLE INITIAL |
|---|---|---|---|---|---|
| TRANSPORT ENTERPRISE LEASING LLC | | | | | |

| ADDRESS 1 (MAILING) | ADDRESS 2 (PHYSICAL) |
|---|---|
| 400 BIRMINGHAM HWY | |

| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| CHATTANOOGA | TN | 37419-2346 | | | |

| CNTY OF RESIDENCE/PRINCIPAL BUS OR INCORP LOCATION | PURCHASE DATE | *LEASED **0** *SERVICE OPTIONS SEE REVERSE SIDE FOR INSTRUCTIONS | TELEPHONE # | *PLACARD/HEARING IMPAIRED CLS/YR | *INSURANCE POLICY # |
|---|---|---|---|---|---|
| HAMILTON 033 | 01/22/2021 | | 6152560600 | | |

VEHICLE INFORMATION

| VIN | MAKE | MODEL | YEAR | BODY | TITLE BRAND - translation | CODE | TYPE OF FUEL - translation | CODE |
|---|---|---|---|---|---|---|---|---|
| 1JJV532D9NL312484 | WANC | DVC | 2022 | SE | | N | Other | 9 |

| SURRENDERED TITLE # | STATE | PREVIOUS STATES TITLED | VEHICLE USE | VEHICLE TYPE | CURRENT MILEAGE | ODOMETER: ACTUAL (0) NOT ACTUAL (8) INDICATOR OVER 10 YRS / 16,000 LBS (1) (List one) IN EXCESS OF MECHANICAL LIMITS (9) | CODE |
|---|---|---|---|---|---|---|---|
| MSO | TN | | F | S | | | 1 |

| COLOR CODE (enter appropriate code)* UPPER / LOWER | MOBILE HOME LGTH / WDTH | # AXLES | GROSS VEHICLE WEIGHT | *VEHICLE TRADE-IN DESCRIPTION | COMPANY VEHICLE # |
|---|---|---|---|---|---|
| 9 | | | 9 | | |

PLATE INFORMATION *(required for Title and Registration and Registration Only Transactions) SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS

| PLATE #(1) | CLASSCODE/ISSUEYR(1)(3) | VALIDATION #(1) | COUNTY STICKER #(1) | CITY STICKER #(1)(2) | *PLATE #(TRADE IN)(2) | CLASS CODE/ISSUE YR(2) | EXPIRATION DATE (1)(2)(3) |
|---|---|---|---|---|---|---|---|
| 150265T | 8020/1994 | | | | | | PERMANENT |

| TDR STICKER #(4) | TEMP OPERATOR PERMIT #(3) | # OF SEATS(5) | ZONE(COUNTY NAME)(6) | USDOT / REGISTRANT #(7) | MOTOR CARRIER #(8) |
|---|---|---|---|---|---|
| | | | | | |

LIEN INFORMATION (if lien present)

| LIEN CODE | FIRST LIENHOLDER | LIEN DATE |
|---|---|---|
| | | |

| STREET | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

| LIEN CODE | SECOND LIENHOLDER | LIEN DATE |
|---|---|---|
| | | |

| STREET | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

*LESSEE / REGISTRANT INFORMATION(OWNER OF PLATE) LEGAL STATUS [ ] NAME CODE [ ] MAO [ ] ILU [ ]

| NAME | NAME |
|---|---|
| | |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

VEHICLE COST / TAX INFORMATION *(required for Title & Registration Transactions)

| SALE PRICE | TRADE IN ALLOWANCE | TAXABLE AMOUNT | SALESTAX PAID | *TAX EXEMPTION REASON / SALES TAX # |
|---|---|---|---|---|
| | | | | 106280151 |

| DEALER NAME | DEALER ADDRESS | DEALER # |
|---|---|---|
| FLEETCO INC | 3003 BRICK CHURCH PK NASHVILLE, TN 37207 | 16849 |

*Required for Duplicate Title: T.C.A. 55-3-115 (submit illegible or altered Certificate of Title)

| [ ] LOST | [ ] STOLEN | [ ] MUTILATED | [ ] RTN'D DUE TO NON DELIVERY | [ ] ALTERED | [ ] ILLEGIBLE |
|---|---|---|---|---|---|

Under penalties of perjury, I hereby certify all information provided is true and correct to the best of my knowledge, and acknowledge that it is not the responsibility of the Motor Vehicle Division or its assignees to determine the accuracy of the information provided by me or on my behalf.

| SIGNATURE OF CERTIFIER/OWNER | POWER OF ATTORNEY/AUTHORIZED AGENT TRANSPORT ENTERPRISE LEASING LLC BY | DATE 1/29/2021 11:45:02 AM 01/29/2021 |
|---|---|---|

| INVOICE NUMBER | COUNTY NAME | CO NUMBER | DATE OF APPLICATION | BY AUTHORITY OF REGISTRAR OF MOTOR VEHICLES(COUNTY CLERK) | |
|---|---|---|---|---|---|
| 21029 @ | DAVIDSON | 19 | 01/29/2021 | BRENDA WYNN | MAI - JUNDERWOO |

OFFICE USE ONLY — EMISSION: Trailer — Received 01/26/2021 — (total fees collected indicated certifies this form as a valid registration)

| REGISTRATION FEE | ELECTRIC VEHICLE FEE | CREDIT | LEASE FEE | TRANS FEE | CLERK FEE | ISSUANCE FEE | LIEN FEE | TITLE FEE | TOTAL TAX COLLECTED |
|---|---|---|---|---|---|---|---|---|---|
| 100.25 | | | | | | 8.00 | | 5.50 | .00 |

| COMPUTATION OF [ ] SALES TAX [ ] USE TAX | SALES OR USE TAX | SA TAX | LOCAL TAX | ADDITIONAL TAX | COLLECTED IN STATE OF | COUNTY WHEEL TAX | CITY WHEEL TAX | INS FEE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| *SERVICE OPT FEE | ORGAN DONOR | POSTAGE | VER | ID / RESIDENCY VERIFICATION | VIN PLATE FEE | *TOTAL FEES COLLECTED |
|---|---|---|---|---|---|---|
| | | | | | .00 | 113.75 |

SF-1357 — Port: WK206/DR130/8020 — Cash: 0.00 — Check: 113.75 — Check#: 52546 — Credit: 0.00 — Auth: — GV: 0.00 — Change: 0.00 — RDA-692

DocuSign Envelope ID: E0423D6E-B6BD-4F3A-91BC-32DEFF99FF5E



TENNESSEE DEPARTMENT OF REVENUE
VEHICLE TAXPAYER SERVICES DIVISION
MULTI-PURPOSE APPLICATION

**OFFICIAL VEHICLE REGISTRATION**



STATE

| NEW OR CURRENT TITLE NUMBER | TRANSACTION CODE* | REGISTRATION ONLY NUMBER |
|---|---|---|
| 11900583456 | N01 | |

**OWNER INFORMATION** *LEGAL STATUS: 1 (AND) 2 (OR) [ ] ENTER NAME CODE IN BOX 1 (SAME) 2(DIFFERENT) 3(MULTIPLE LAST NAMES) 4(COMPANY) 5(OVER 28 CHARACTERS) [5]   MAO [N]   ILU [N]

| LAST NAME | FIRST NAME | MIDDLE INITIAL | LAST NAME | FIRST NAME | MIDDLE INITIAL |
|---|---|---|---|---|---|
| TRANSPORT ENTERPRISE LEASING LLC | | | | | |

| ADDRESS 1 (MAILING) | ADDRESS 2 (PHYSICAL) |
|---|---|
| 400 BIRMINGHAM HWY | |

| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| CHATTANOOGA | TN | 37419-2346 | | | |

| CNTY OF RESIDENCE/PRINCIPAL BUS OR INCORP LOCATION | PURCHASE DATE | *LEASED [0] *SERVICE OPTIONS SEE REVERSE SIDE FOR INSTRUCTIONS | TELEPHONE # | *PLACARD/HEARING IMPAIRED CLS/YR | *INSURANCE POLICY # |
|---|---|---|---|---|---|
| HAMILTON 033 | 01/22/2021 | | 6152560600 | | |

**VEHICLE INFORMATION**

| VIN | MAKE | MODEL | YEAR | BODY | TITLE BRAND - translation | CODE | TYPE OF FUEL - translation | CODE |
|---|---|---|---|---|---|---|---|---|
| 1JJV532D7NL312483 | WANC | DVC | 2022 | SE | | N | Other | 9 |

| SURRENDERED TITLE # | STATE | PREVIOUS STATES TITLED | VEHICLE USE | VEHICLE TYPE | CURRENT MILEAGE | ODOMETER INDICATOR (List one) | ACTUAL (0) NOT ACTUAL (8) OVER 10 YRS / 16,000 LBS (1) IN EXCESS OF MECHANICAL LIMITS (9) | CODE |
|---|---|---|---|---|---|---|---|---|
| MSO | TN | | F | S | | | | 1 |

| COLOR CODE (enter appropriate code)* UPPER | LOWER | MOBILE HOME LGTH | WDTH | # AXLES | GROSS VEHICLE WEIGHT | *VEHICLE TRADE-IN DESCRIPTION | COMPANY VEHICLE # |
|---|---|---|---|---|---|---|---|
| 9 | | | | | 9 | | |

**PLATE INFORMATION** *(required for Title and Registration and Registration Only Transactions) SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS

| PLATE #(1) | CLASSCODE/ISSUEYR(1)(3) | VALIDATION #(1) | COUNTY STICKER #(1) | CITY STICKER #(1)(2) | *PLATE #(TRADE IN)(2) | CLASS CODE/ISSUE YR(2) | EXPIRATION DATE (1)(2)(3) |
|---|---|---|---|---|---|---|---|
| 150264T | 8020/1994 | | | | | | PERMANENT |

| TDR STICKER #(4) | TEMP OPERATOR PERMIT #(3) | # OF SEATS(5) | ZONE(COUNTY NAME)(6) | USDOT / REGISTRANT #(7) | MOTOR CARRIER #(8) |
|---|---|---|---|---|---|
| | | | | | |

**LIEN INFORMATION**

| LIEN CODE | FIRST LIENHOLDER | | | LIEN DATE |
|---|---|---|---|---|
| | | | | |
| STREET | | CITY | STATE | ZIP CODE |
| LIEN CODE | SECOND LIENHOLDER | | | LIEN DATE |
| | | | | |
| STREET | | CITY | STATE | ZIP CODE |

**\*LESSEE / REGISTRANT INFORMATION(OWNER OF PLATE)**   LEGAL STATUS [ ]   NAME CODE [ ]   MAO [ ]   ILU [ ]

| NAME | NAME |
|---|---|
| | |
| ADDRESS | CITY | STATE | ZIP CODE |

**VEHICLE COST / TAX INFORMATION** *(required for Title & Registration Transactions)

| SALE PRICE | TRADE IN ALLOWANCE | TAXABLE AMOUNT | SALESTAX PAID | *TAX EXEMPTION REASON / SALES TAX # |
|---|---|---|---|---|
| | | | | 106280151 |

| DEALER NAME | DEALER ADDRESS | DEALER # |
|---|---|---|
| FLEETCO INC | 3003 BRICK CHURCH PK NASHVILLE, TN 37207 | 16849 |

**\*Required for Duplicate Title - T.C.A. 55-3-115 (submit illegible or altered Certificate of Title)**

| LOST | STOLEN | MUTILATED | RTN'D DUE TO NON DELIEVERY | ALTERED | ILLEGIBLE |
|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Under penalties of perjury, I hereby certify all information provided is true and correct to the best of my knowledge, and acknowledge that it is not the responsibility of the Motor Vehicle Division or its assignees to determine the accuracy of the information provided by me or on my behalf.

| SIGNATURE OF CERTIFIER/OWNER | POWER OF ATTORNEY/AUTHOR TRANSPORT ENTERPRISE LEASING LLC    BY | DATE | 1/29/2021 11:41:22 AM 01/29/2021 |
|---|---|---|---|

| INVOICE NUMBER | COUNTY NAME | CO NUMBER | DATE OF APPLICATION | BY AUTHORITY OF REGISTRAR OF MOTOR VEHICLES(COUNTY CLERK) | |
|---|---|---|---|---|---|
| 21029 @ | DAVIDSON | 19 | 01/29/2021 | BRENDA WYNN | MAI - JUNDERWOO |

OFFICE USE ONLY    EMISSION: Trailer    Received 01/26/2021    (total fees collected indicated certifies this form as a valid registration)

| REGISTRATION FEE | ELECTRIC VEHICLE FEE | CREDIT | LEASE FEE | TRANS FEE | CLERK FEE | ISSUANCE FEE | LIEN FEE | TITLE FEE | TOTAL TAX COLLECTED |
|---|---|---|---|---|---|---|---|---|---|
| 100.25 | | | | | | 8.00 | | 5.50 | .00 |

| COMPUTATION OF [ ] SALES TAX [ ] USE TAX | SALES OR USE TAX | SA TAX | LOCAL TAX | ADDITIONAL TAX | COLLECTED IN STATE OF | COUNTY WHEEL TAX | CITY WHEEL TAX | INS FEE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| *SERVICE OPT FEE | ORGAN DONOR | POSTAGE | VER | ID / RESIDENCY VERIFICATION | VIN PLATE FEE | *TOTAL FEES COLLECTED |
|---|---|---|---|---|---|---|
| | | | | | .00 | 113.75 |

SF-1357    **Port: WK206/DR130/8020    Cash: 0.00    Check: 113.75    Check#: 52546    Credit: 0.00    Auth#:    GV: 0.00    Change: 0.00**    RDA-692

EXHIBIT D

DocuSign Envelope ID: E0423D6E-B6BD-4F3A-91BC-32DEFF99FF5E



TENNESSEE DEPARTMENT OF REVENUE
VEHICLE TAXPAYER SERVICES DIVISION
MULTI-PURPOSE APPLICATION

**OFFICIAL VEHICLE REGISTRATION**

STATE

| NEW OR CURRENT TITLE NUMBER | TRANSACTION CODE* | REGISTRATION ONLY NUMBER |
|---|---|---|
| 11900583452 | N01 | |

OWNER INFORMATION *LEGAL STATUS: 1 (AND) 2 (OR) ☐ ENTER NAME CODE IN BOX 1 (SAME) 2 (DIFFERENT) 3 (MULTIPLE LAST NAMES) 4 (COMPANY) 5 (OVER 28 CHARACTERS) **5** MAO **N** ILU **N**

| LAST NAME | FIRST NAME | MIDDLE INITIAL | LAST NAME | FIRST NAME | MIDDLE INITIAL |
|---|---|---|---|---|---|
| TRANSPORT ENTERPRISE LEASING LLC | | | | | |

| ADDRESS 1 (MAILING) | ADDRESS 2 (PHYSICAL) |
|---|---|
| 400 BIRMINGHAM HWY | |

| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| CHATTANOOGA | TN | 37419-2346 | | | |

| CITY OF RESIDENCE/PRINCIPAL BUS OR INCORP LOCATION | PURCHASE DATE | *LEASED **0** *SERVICE OPTIONS SEE REVERSE SIDE FOR INSTRUCTIONS | TELEPHONE # | *PLACARD/HEARING IMPAIRED CLS/YR | *INSURANCE POLICY # |
|---|---|---|---|---|---|
| HAMILTON 033 | 01/22/2021 | | 6152560600 | | |

VEHICLE INFORMATION

| VIN | MAKE | MODEL | YEAR | BODY | TITLE BRAND - translation | CODE | TYPE OF FUEL - translation | CODE |
|---|---|---|---|---|---|---|---|---|
| 1JJV532D5NL312482 | WANC | DVC | 2022 | SE | | N | Other | 9 |

| SURRENDERED TITLE # | STATE | PREVIOUS STATES TITLED | VEHICLE USE | VEHICLE TYPE | CURRENT MILEAGE | ODOMETER INDICATOR (List one) ACTUAL (0) NOT ACTUAL (8) OVER 10 YRS / 16,000 LBS (1) IN EXCESS OF MECHANICAL LIMITS (9) | CODE |
|---|---|---|---|---|---|---|---|
| MSO | TN | | F | S | | | 1 |

| COLOR CODE (enter appropriate code)* UPPER | LOWER | MOBILE HOME LGTH | WDTH | # AXLES | GROSS VEHICLE WEIGHT | *VEHICLE TRADE-IN DESCRIPTION | COMPANY VEHICLE # |
|---|---|---|---|---|---|---|---|
| 9 | | | | | 9 | | |

PLATE INFORMATION *(required for Title and Registration and Registration Only Transactions) SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS

| PLATE #(1) | CLASSCODE/ISSUEYR(1)(3) | VALIDATION #(1) | COUNTY STICKER #(1) | CITY STICKER #(1)(2) | *PLATE #(TRADE IN)(2) | CLASS CODE/ISSUE YR(2) | EXPIRATION DATE (1)(2)(3) |
|---|---|---|---|---|---|---|---|
| 150263T | 8020/1994 | | | | | | PERMANENT |

| TDR STICKER #(4) | TEMP OPERATOR PERMIT #(3) | # OF SEATS(5) | ZONE(COUNTY NAME)(6) | USDOT / REGISTRANT #(7) | MOTOR CARRIER #(8) |
|---|---|---|---|---|---|
| | | | | | |

LIEN INFORMATION (if lien present)

| LIEN CODE | FIRST LIENHOLDER | LIEN DATE |
|---|---|---|
| | | |

| STREET | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

| LIEN CODE | SECOND LIENHOLDER | LIEN DATE |
|---|---|---|
| | | |

| STREET | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

*LESSEE / REGISTRANT INFORMATION (OWNER OF PLATE) LEGAL STATUS ☐ NAME CODE ☐ MAO ☐ ILU ☐

| NAME | NAME |
|---|---|
| | |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

VEHICLE COST / TAX INFORMATION *(required for Title & Registration Transactions)

| SALE PRICE | TRADE IN ALLOWANCE | TAXABLE AMOUNT | SALESTAX PAID | *TAX EXEMPTION REASON / SALES TAX # |
|---|---|---|---|---|
| | | | | 106280151 |

| DEALER NAME | DEALER ADDRESS | DEALER # |
|---|---|---|
| FLEETCO INC | 3003 BRICK CHURCH PK NASHVILLE, TN 37207 | 16849 |

*Required for Duplicate Title. T.C.A. 55-3-115 (submit illegible or altered Certificate of Title)

| ☐ LOST | ☐ STOLEN | ☐ MUTILATED | ☐ RTN'D DUE TO NON DELIEVERY | ☐ ALTERED | ☐ ILLEGIBLE |
|---|---|---|---|---|---|

Under penalties of perjury, I hereby certify all information provided is true and correct to the best of my knowledge, and acknowledge that it is not the responsibility of the Motor Vehicle Division or its assignees to determine the accuracy of the information provided by me or on my behalf.

| SIGNATURE OF CERTIFIER/OWNER | POWER OF ATTORNEY/AUTHO **TRANSPORT ENTERPRISE LEASING LLC BY** | DATE 1/29/2021 11:38:02 AM 01/29/2021 |
|---|---|---|

| INVOICE NUMBER | COUNTY NAME | CO NUMBER | DATE OF APPLICATION | BY AUTHORITY OF REGISTRAR OF MOTOR VEHICLES (COUNTY CLERK) |
|---|---|---|---|---|
| 21029 @ | DAVIDSON | 19 | 01/29/2021 | BRENDA WYNN    MAI - JUNDERWOO |

OFFICE USE ONLY    EMISSION: Trailer    Received 01/26/2021    (total fees collected indicated certifies this form as a valid registration)

| REGISTRATION FEE | ELECTRIC VEHICLE FEE | CREDIT | LEASE FEE | TRANS FEE | CLERK FEE | ISSUANCE FEE | LIEN FEE | TITLE FEE | TOTAL TAX COLLECTED |
|---|---|---|---|---|---|---|---|---|---|
| 100.25 | | | | | | 8.00 | | 5.50 | .00 |

| COMPUTATION OF ☐ SALES TAX ☐ USE TAX | SALES OR USE TAX | SA TAX | LOCAL TAX | ADDITIONAL TAX | COLLECTED IN STATE OF | COUNTY WHEEL TAX | CITY WHEEL TAX | INS FEE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| *SERVICE OPT FEE | ORGAN DONOR | POSTAGE | VER | ID / RESIDENCY VERIFICATION | VIN PLATE FEE | *TOTAL FEES COLLECTED |
|---|---|---|---|---|---|---|
| | | | | | .00 | 113.75 |

SF-1357    Port: WK206/DR130/8020    Cash: 0.00    Check: 113.75    Check#: 52546    Credit: 0.00    Auth#:    GV: 0.00    Change: 0.00    RDA-692

**EXHIBIT D**

DocuSign Envelope ID: E0423D6E-B6BD-4F3A-91BC-32DEFF99FF5E



TENNESSEE DEPARTMENT OF REVENUE
VEHICLE TAXPAYER SERVICES DIVISION
MULTI-PURPOSE APPLICATION

**OFFICIAL VEHICLE REGISTRATION**



STATE

| NEW OR CURRENT TITLE NUMBER | TRANSACTION CODE* | REGISTRATION ONLY NUMBER |
|---|---|---|
| 11900583448 | N01 | |

OWNER INFORMATION *LEGAL STATUS: 1 (AND) 2 (OR) ☐ ENTER NAME CODE IN BOX 1 (SAME) 2(DIFFERENT) 3(MULTIPLE LAST NAMES) 4(COMPANY) 6(OVER 28 CHARACTERS) [5]   MAO [N] ILU [N]

| LAST NAME | FIRST NAME | MIDDLE INITIAL | LAST NAME | FIRST NAME | MIDDLE INITIAL |
|---|---|---|---|---|---|
| TRANSPORT ENTERPRISE LEASING LLC | | | | | |

| ADDRESS 1 (MAILING) | ADDRESS 2 (PHYSICAL) |
|---|---|
| 400 BIRMINGHAM HWY | |

| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| CHATTANOOGA | TN | 37419-2346 | | | |

| CNTY OF RESIDENCE/PRINCIPAL BUS OR INCORP LOCATION | PURCHASE DATE | *LEASED [0] *SERVICE OPTIONS ☐ SEE REVERSE SIDE FOR INSTRUCTIONS | TELEPHONE # | *PLACARD/HEARING IMPAIRED CLS/YR | *INSURANCE POLICY # |
|---|---|---|---|---|---|
| HAMILTON 033 | 01/22/2021 | | 6152560600 | | |

VEHICLE INFORMATION

| VIN | MAKE | MODEL | YEAR | BODY | TITLE BRAND - translation | CODE | TYPE OF FUEL - translation | CODE |
|---|---|---|---|---|---|---|---|---|
| 1JJV532D3NL312481 | WANC | DVC | 2022 | SE | | N | Other | 9 |

| SURRENDERED TITLE # | STATE | PREVIOUS STATES TITLED | VEHICLE USE | VEHICLE TYPE | CURRENT MILEAGE | ODOMETER INDICATOR (List one) ACTUAL (0) NOT ACTUAL (8) OVER 10 YRS / 16,000 LBS (1) IN EXCESS OF MECHANICAL LIMITS (9) | CODE |
|---|---|---|---|---|---|---|---|
| MSO | TN | | F | S | | | 1 |

| COLOR CODE (enter appropriate code)* UPPER / LOWER | MOBILE HOME LGTH / WDTH | # AXLES | GROSS VEHICLE WEIGHT | *VEHICLE TRADE-IN DESCRIPTION | COMPANY VEHICLE # |
|---|---|---|---|---|---|
| 9 | | | 9 | | |

PLATE INFORMATION *(required for Title and Registration and Registration Only Transactions) SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS

| PLATE #(1) | CLASSCODE/ISSUEYR(1)(3) | VALIDATION #(1) | COUNTY STICKER #(1) | CITY STICKER #(1)(2) | *PLATE #(TRADE IN)(2) | CLASS CODE/ISSUE YR(2) | EXPIRATION DATE (1)(2)(3) |
|---|---|---|---|---|---|---|---|
| 150262T | 8020/1994 | | | | | | PERMANENT |

| TDR STICKER #(4) | TEMP OPERATOR PERMIT #(3) | # OF SEATS(5) | ZONE(COUNTY NAME)(6) | USDOT / REGISTRANT #(7) | MOTOR CARRIER #(8) |
|---|---|---|---|---|---|
| | | | | | |

LIEN INFORMATION (if lien present)

| LIEN CODE | FIRST LIENHOLDER | | LIEN DATE |
|---|---|---|---|
| | | | |

| STREET | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

| LIEN CODE | SECOND LIENHOLDER | | LIEN DATE |
|---|---|---|---|
| | | | |

| STREET | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

*LESSEE / REGISTRANT INFORMATION(OWNER OF PLATE)   LEGAL STATUS ☐   NAME CODE ☐   MAO ☐   ILU ☐

| NAME | | NAME |
|---|---|---|
| | | |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

VEHICLE COST / TAX INFORMATION *(required for Title & Registration Transactions)

| SALE PRICE | TRADE IN ALLOWANCE | TAXABLE AMOUNT | SALESTAX PAID | *TAX EXEMPTION REASON / SALES TAX # |
|---|---|---|---|---|
| | | | | 106280151 |

| DEALER NAME | DEALER ADDRESS | DEALER # |
|---|---|---|
| FLEETCO INC | 3003 BRICK CHURCH PK NASHVILLE, TN 37207 | 16849 |

*Required for Duplicate Title - T.C.A. 55-3-115 (submit illegible or altered Certificate of Title)

| ☐ LOST | ☐ STOLEN | ☐ MUTILATED | ☐ RTN'D DUE TO NON DELIEVERY | ☐ ALTERED | ☐ ILLEGIBLE |
|---|---|---|---|---|---|

Under penalties of perjury, I hereby certify all information provided is true and correct to the best of my knowledge, and acknowledge that it is not the responsibility of the Motor Vehicle Division or its assignees to determine the accuracy of the information provided by me or on my behalf.

| SIGNATURE OF CERTIFIER/OWNER | POWER OF ATTORNEY/AUTHORIZED AGENT TRANSPORT ENTERPRISE LEASING LLC    BY | DATE 1/29/2021 11:35:12 AM 01/29/2021 |
|---|---|---|

| INVOICE NUMBER | COUNTY NAME | CO NUMBER | DATE OF APPLICATION | BY AUTHORITY OF REGISTRAR OF MOTOR VEHICLES(COUNTY CLERK) |
|---|---|---|---|---|
| 21029 @ | DAVIDSON | 19 | 01/29/2021 | BRENDA WYNN    MAI - JUNDERWOO |

OFFICE USE ONLY    EMISSION: Trailer    Received 01/26/2021    (total fees collected indicated certifies this form as a valid registration)

| REGISTRATION FEE | ELECTRIC VEHICLE FEE | CREDIT | LEASE FEE | TRANS FEE | CLERK FEE | ISSUANCE FEE | LIEN FEE | TITLE FEE | TOTAL TAX COLLECTED |
|---|---|---|---|---|---|---|---|---|---|
| 100.25 | | | | | | 8.00 | | 5.50 | .00 |

| COMPUTATION OF ☐ SALES TAX ☐ USE TAX | SALES OR USE TAX | SA TAX | LOCAL TAX | ADDITIONAL TAX | COLLECTED IN STATE OF | COUNTY WHEEL TAX | CITY WHEEL TAX | INS FEE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| *SERVICE OPT FEE | ORGAN DONOR | POSTAGE | VER | ID / RESIDENCY VERIFICATION | VIN PLATE FEE | *TOTAL FEES COLLECTED |
|---|---|---|---|---|---|---|
| | | | | | .00 | 113.75 |

SF-1357    Port: WK206/DR130/8020    Cash: 0.00    Check: 113.75    Check#: 52546    Credit: 0.00    Auth#:    GV: 0.00    Change: 0.00    RDA-692

EXHIBIT D

DocuSign Envelope ID: E0423D6E-B6BD-4F3A-91BC-32DEFF99FF5E

**TENNESSEE DEPARTMENT OF REVENUE**
**VEHICLE TAXPAYER SERVICES DIVISION**
**MULTI-PURPOSE APPLICATION**

**OFFICIAL VEHICLE REGISTRATION**

STATE

| NEW OR CURRENT TITLE NUMBER | TRANSACTION CODE* | REGISTRATION ONLY NUMBER |
|---|---|---|
| 11900583446 | N01 | |

OWNER INFORMATION *LEGAL STATUS: 1 (AND) 2 (OR) ☐ ENTER NAME CODE IN BOX 1 (SAME) 2 (DIFFERENT) 3(MULTIPLE LAST NAMES) 4(COMPANY) 5(OVER 28 CHARACTERS) | 5 | MAO N | ILU N

| LAST NAME | FIRST NAME | MIDDLE INITIAL | LAST NAME | FIRST NAME | MIDDLE INITIAL |
|---|---|---|---|---|---|
| TRANSPORT ENTERPRISE LEASING LLC | | | | | |

| ADDRESS 1 (MAILING) | ADDRESS 2 (PHYSICAL) |
|---|---|
| 400 BIRMINGHAM HWY | |

| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| CHATTANOOGA | TN | 37419-2346 | | | |

| CNTY OF RESIDENCE/PRINCIPAL BUS OR INCORP LOCATION | PURCHASE DATE | *LEASED 0 *SERVICE OPTIONS SEE REVERSE SIDE FOR INSTRUCTIONS | TELEPHONE # | *PLACARD/HEARING IMPAIRED CLS/YR | *INSURANCE POLICY # |
|---|---|---|---|---|---|
| HAMILTON 033 | 01/22/2021 | | 6152560600 | | |

**VEHICLE INFORMATION**

| VIN | MAKE | MODEL | YEAR | BODY | TITLE BRAND - translation | CODE | TYPE OF FUEL - translation | CODE |
|---|---|---|---|---|---|---|---|---|
| 1JJV532D1NL312480 | WANC | DVC | 2022 | SE | | N | Other | 9 |

| SURRENDERED TITLE # | STATE | PREVIOUS STATES TITLED | VEHICLE USE | VEHICLE TYPE | CURRENT MILEAGE | ODOMETER INDICATOR (List one) | CODE |
|---|---|---|---|---|---|---|---|
| MSO | TN | | F | S | | ACTUAL (0) NOT ACTUAL (8) OVER 10 YRS / 16,000 LBS (1) IN EXCESS OF MECHANICAL LIMITS (9) | 1 |

| COLOR CODE (enter appropriate code)* UPPER | LOWER | MOBILE HOME LGTH | WDTH | # AXLES | GROSS VEHICLE WEIGHT | *VEHICLE TRADE-IN DESCRIPTION | COMPANY VEHICLE # |
|---|---|---|---|---|---|---|---|
| 9 | | | | | 9 | | |

**PLATE INFORMATION** *(required for Title and Registration and Registration Only Transactions) SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS

| PLATE #(1) | CLASSCODE/ISSUEYR(1)(3) | VALIDATION #(1) | COUNTY STICKER #(1) | CITY STICKER #(1)(2) | *PLATE #(TRADE IN)(2) | CLASS CODE/ISSUE YR(2) | EXPIRATION DATE (1)(2)(3) |
|---|---|---|---|---|---|---|---|
| 450261T | 8020/1994 | | | | | | PERMANENT |

| TDR STICKER #(4) | TEMP OPERATOR PERMIT #(3) | # OF SEATS(5) | ZONE(COUNTY NAME)(6) | USDOT / REGISTRANT #(7) | MOTOR CARRIER #(8) |
|---|---|---|---|---|---|
| | | | | | |

**LIEN INFORMATION** (If lien present)

| LIEN CODE | FIRST LIENHOLDER | | | LIEN DATE |
|---|---|---|---|---|
| | | | | |
| STREET | | CITY | STATE | ZIP CODE |
| | | | | |
| LIEN CODE | SECOND LIENHOLDER | | | LIEN DATE |
| | | | | |
| STREET | | CITY | STATE | ZIP CODE |
| | | | | |

**LESSEE / REGISTRANT INFORMATION(OWNER OF PLATE)**    LEGAL STATUS    NAME CODE    MAO    ILU

| NAME | NAME |
|---|---|
| | |
| ADDRESS | CITY | STATE | ZIP CODE |
| | | | |

**VEHICLE COST / TAX INFORMATION** *(required for Title & Registration Transactions)

| SALE PRICE | TRADE IN ALLOWANCE | TAXABLE AMOUNT | SALESTAX PAID | *TAX EXEMPTION REASON / SALES TAX # |
|---|---|---|---|---|
| | | | | 106280151 |

| DEALER NAME | DEALER ADDRESS | DEALER # |
|---|---|---|
| FLEETCO INC | 3003 BRICK CHURCH PK NASHVILLE, TN 37207 | 16849 |

*Required for Duplicate Title - T.C.A. 55-3-115 (submit illegible or altered Certificate of Title)

| ☐ LOST | ☐ STOLEN | ☐ MUTILATED | ☐ RTN'D DUE TO NON DELIEVERY | ☐ ALTERED | ☐ ILLEGIBLE |
|---|---|---|---|---|---|

Under penalties of perjury, I hereby certify all information provided is true and correct to the best of my knowledge, and acknowledge that it is not the responsibility of the Motor Vehicle Division or its assignees to determine the accuracy of the information provided by me or on my behalf.

| SIGNATURE OF CERTIFIER/OWNER | POWER OF ATTORNEY/AUTHORIZED REPRESENTATIVE TRANSPORT ENTERPRISE LEASING LLC BY | DATE 1/29/2021 11:31:46 AM 01/29/2021 |
|---|---|---|

| INVOICE NUMBER | COUNTY NAME | CO NUMBER | DATE OF APPLICATION | BY AUTHORITY OF REGISTRAR OF MOTOR VEHICLES(COUNTY CLERK) | |
|---|---|---|---|---|---|
| 21029 @ | DAVIDSON | 19 | 01/29/2021 | BRENDA WYNN | MAI - JUNDERWOO |

| OFFICE USE ONLY | EMISSION: Trailer | | | Received 01/26/2021 | | (total fees collected indicated certifies this form as a valid registration) | | | |
|---|---|---|---|---|---|---|---|---|---|
| REGISTRATION FEE | ELECTRIC VEHICLE FEE | CREDIT | LEASE FEE | TRANS FEE | CLERK FEE | ISSUANCE FEE | LIEN FEE | TITLE FEE | TOTAL TAX COLLECTED |
| 100.25 | | | | | | 8.00 | | 5.50 | .00 |

| COMPUTATION OF ☐ SALES TAX ☐ USE TAX | SALES OR USE TAX | SA TAX | LOCAL TAX | ADDITIONAL TAX | COLLECTED IN STATE OF | COUNTY WHEEL TAX | CITY WHEEL TAX | INS FEE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| *SERVICE OPT FEE | ORGAN DONOR | POSTAGE | VER | ID / RESIDENCY VERIFICATION | VIN PLATE FEE | *TOTAL FEES COLLECTED |
|---|---|---|---|---|---|---|
| | | | | | .00 | 113.75 |

SF-1357    **Port: WK206/DR130/8020    Cash: 0.00    Check: 113.75    Check#: 52546    Credit: 0.00    Auth#:    GV: 0.00    Change: 0.00**    RDA-692